# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN DOES <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:21–cv–08533–MCS–KK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __12/13/2021__

Document Number(s):   __11__

Title of Document(s):   __Notice and Motions for early discovery__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Local Rule 7–19.1 Notice to other parties of ex parte application lacking.

Incorrect event selected. Correct event to be used is: Ex parte Applicaton: Order

CLARIFICATION OF THE ABOVE: As a motion missing hearing date and information, no hearing set. 2) However pdf title reads "Ex parte", as such missing Ex parte notice to opposing party.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  December 14, 2021         By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS