Name: Amrit Kumar
Tracking Number: ELS-220830-000-0139
Date of Submission: 8/30/2022 2:11:47 AM
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case 2:21-cv-08533-MCS-KK   Document 26   Filed 08/30/22   Page 1 of 1   Page ID #:393

FILED
CLERK, U.S. DISTRICT COURT
8/30/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CMO___ DEPUTY

Civil Action No.    2:21-CV-08533-MCS-KK

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for   A. Eric Bjorgum
was recieved by me on  8/24/2022:

[X]   I personally served the summons on the individual at **KARISH & BJORGUM, PC, 119 E. Union St., Suite B, Pasadena, CA 91103 on 08/29/2022**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   08/29/2022

_____
Server's signature

**Charles Ramos**
Printed name and title

**208 N. Stoneman Ave
G
Alhambra, CA 91801**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to A. Eric Bjorgum with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 240-300 lbs with glasses.**





Tracking #: 0091900979