

F I L E D
CLERK, U.S. DISTRICT COURT
October 21, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DBE___ DEPUTY

### UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

――――――――――――――――――――――――――X

**MG PREMIUM LTD, a limited liability company organized under the law of the Republic of Cyprus**

      *Plaintiffs,*

                                 **Case No: 2:21-cv-08533-MCS-KK**

      *v.*

**AMRIT KUMAR, LIZETTE LUNDERBERG, EMILE BRUNN, and JOHN DOES 4-20, d/b/a GOODPORN.TO**

      *Defendants.*

――――――――――――――――――――――――――

### NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

TO PLAINTIFF MG PREMIUM LTD AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on 21 November 2022, at 9:00 a.m. or as soon thereafter as counsel may be heard in Courtroom 7C of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Amrit Kumar, owner and operator of the website goodporn.to, will move this Court to dismiss Plaintiff MG Premium's Amended Complaint pursuant to Federal Rule of Civil

Procedure 12(b)(2) for lack of personal jurisdiction, and, in the alternative, to dismiss Plaintiff MG Premium's Amended Complaint based on the common law doctrine of forum non conveniens.

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Amrit Kumar, pro se, respectfully moves to dismiss for lack of personal jurisdiction and for forum non convenience, and for other and further relief as the Court deems just and proper. In support, Mr. Kumar submits his Memorandum of Law dated 17 October 2022, which is being filed contemporaneously with this motion, its accompanying exhibits, and a proposed order.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place from 06 October 2014 to 14 October 2022 by email. (*See* Ex. A., Declaration of Amrit Kumar; Ex. C, Emails from Meet and Confer.). Pursuant to the Local Rules, Mr. Kumar met and conferred with counsel for MG Premium via email. (*See id*.). The meet and confer did not result in any progress towards a resolution of this dispute; therefore, Mr. Kumar now files his Motion to Dismiss the Amended Complaint and Memorandum in Support of his Motion to Dismiss. (*See id*.).

**Dated**: 17 October 2022

**Respectfully submitted**,

By: /s/Amrit Kumar
AMRIT KUMAR
601, 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1<br>
Mahape, Mumbai<br>
Maharashtra-400710, India<br>
Email: amritkum@proton.me

*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically via the Court's website at https://apps.cacd.uscourts.gov/edss and was served electronically on counsel of record for Plaintiff via email at eric.bjorgum@kb-ip.com on 17 October 2022.

**Dated**: 17 October 2022

**Respectfully submitted**,

By: /s/Amrit Kumar
AMRIT KUMAR
601, 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Email: amritkum@proton.me

*Pro Se*

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

**MG PREMIUM LTD, a limited liability company organized under the law of the Republic of Cyprus**

    *Plaintiffs,*

                              **Case No: 2:21-cv-08533-MCS-KK**

    *v.*

**AMRIT KUMAR, LIZETTE LUNDERBERG, EMILE BRUNN, and JOHN DOES 4-20, d/b/a GOODPORN.TO**

    *Defendants.*

– – – – – – – – – – – – – – – – – – – – – – – – – – – –

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Having considered Defendant Amrit Kumar's Motion to Dismiss Plaintiff MG Premium LTD's Amended Complaint, Plaintiff's Opposition, and Mr. Kumar's Reply, this Court hereby rules as follows:

- Defendant Mr. Kumar's Motion to Dismiss Plaintiff's MG Premium's Amended Complaint is **GRANTED**, therefore this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated:

_____

Hon. Mark C. Scarsi

United States District Court Judge