

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

------------------------------X

**MG PREMIUM LTD, a limited liability company organized under the law of the Republic of Cyprus**

    *Plaintiff,*

                        **Case No: 2:21-cv-08533-MCS-KK**

    *v.*

**AMRIT KUMAR, LIZETTE LUNDERBERG, EMILE BRUNN, and JOHN DOES 4-20, d/b/a GOODPORN.TO**

    *Defendants.*

------------------------------X

## MOTION TO EXTEND DEADLINES AND OBLIGATIONS

Defendant Amrit Kumar, pro se, requests that the current trial deadlines and obligations in the above captioned case be extended to allow Mr. Kumar to find and acquire legal counsel in the state of California.

For the foregoing reasons, Mr. Kumar requests that the Court extend the current trial deadlines and obligations.

I am requesting court to give me 90 days to search and find a lawyer in California to represent me and defend my case.

MG premium lawyers and investigators scares away anyone who tries to give me legal advice and help me to defend myself.

They are trying to make me hire a lawyer because they know its much more expensive and I will most likely cant afford it to the end.

I lost my fortune in crypto crash and I'm already under debts.

Finding a lawyer in US is extremely difficult specially when each state has its own rules and a Lawyer in State A cant practice law in State B, This will limit my already limited options.

I am encountering a lot of issues in finding a lawyer in California. Most of available resources are made for Americans not foreigners, It means many websites doesn't have even Country name in their forms and they assumes all their clients are from US.

Another challenge is communication, A few would accept communication base on text and majority of them like MG premium ltd lawyers think if some one can write in English he should be able to speak as well However there are 4 skills of English, Writing, Reading, Speaking and Listening. If someone is good at reading doesn't necessarily mean he is good at listening because these lawyers didn't have much contacts with client outside US, They cant really grasp it and they wont accept the case, Another issue is method of payment. They use payment methods which are common in US and it will make my already limited choices even more limited.

I have contacted many lawyers and success in hiring one was very disappointing. Therefor I need more time to send messages and check every single lawyers available in California to find some one who can represent me.

I find it unfair that I am engaged in a legal battle in US in order to say I am not in jurisdiction of US. Its like asking some one to say in Chinese that he cant speak Chinese. Its like a paradox and not logical.

I request court to give me 90 days so I can find a lawyer in California.

**Dated**: 7 November 2022

                                        **Respectfully submitted**,

By: /s/Amrit Kumar
AMRIT KUMAR
601, 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Email: amritkum@proton.me

*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically via the Court's website at https://apps.cacd.uscourts.gov/edss and was served electronically on counsel of record for Plaintiff via email at eric.bjorgum@kb-ip.com on 7 November 2022.

**Dated**: 7 November 2022

**Respectfully submitted**,

By: /s/Amrit Kumar
AMRIT KUMAR
601, 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Email: amritkum@proton.me

*Pro Se*