PRO SE
Lizette Lundberg
12 rue le Corbusier
Geneva, GE 1208
Switzerland
Liz.lundberg@protonmail.ch



FILED
CLERK, U.S. DISTRICT COURT

1/17/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# USA, California Central District Court

**Plaintiff:** MG Premium Ltd

Vs.

**Defendant:** Lizette Lundberg

**Case No:** 2:21-cv-08533-MCS-KK
**Answer and Counterclaim**

**Subject:** Lizette Lundberg Answer and
    Counterclaim to Plaintiff Complaint

**Judge:** Hon. Mark C Scarsi

**Cause:** Copyright Infringement

## Responses to the Claims in the Complaint

The defendant, Lizette Lundberg, denies each and every allegation in the
Complaint, except that her name is Lizette Lundberg and that she is from Switzerland.

**Affirmative Defenses**

Affirmative Defense 1:  I, Lizette Lundberg, am writing to respectfully request that I be removed as a defendant in the above-referenced copyright lawsuit. I was not properly served with the complaint, and I only became aware of the case through a communication with one of the other defendants.

Affirmative Defense 2: I am a freelancer who provides a variety of services, one of which was data entries tasks such as filing DMCA counter notices. In this case, I was hired by Mr. Jason Tucker, who works for the plaintiff, to file counter notices on their behalf. At the time of providing these services, I had no knowledge of the other defendants or any alleged wrong-doing on their part.

Affirmative Defense 3: I trust that my clients are acting within the law and providing me with accurate information. In this instance, I had no reason to suspect that the counter notices I filed were in any way illegal or that they would implicate the other defendants in any wrongdoing.

Affirmative Defense 4: I did not participate in any illegal activities or have knowledge of any such activities. My involvement in this case was solely limited to filing the counter notices as per my client's instruction.

## Counterclaim against the Plaintiff

1. In addition to my request to be removed as a defendant in the above-referenced copyright lawsuit, I am also filing a counterclaim against the plaintiff for defamation, abuse of legal process, and malicious prosecution.

2. I am alleging that the plaintiff purposely failed to properly serve me with the complaint in order to prevent me from being able to defend myself. They knew or should have known that I was not involved in any illegal activities, yet they proceeded to name me as a defendant without proper cause.

3. Furthermore, I claim that the plaintiff's agent, Mr. Jason Tucker, hired me to perform certain services and then used me as a pawn to create false evidence and wrong-doing to accuse the other defendants. This constitutes an abuse of legal process and malicious prosecution.

4. As a result of the plaintiff's actions, my reputation has been damaged, and I have suffered financial loss. I am seeking damages for the harm caused to my reputation and business, as well as attorney's fees incurred in defending myself against these false accusations.

5. I also request that the court impose sanctions against the plaintiff for their abuse of legal process and malicious prosecution.

6. I ask that the court take these counterclaims into consideration as it makes its decisions in this case.

## Demand for Relief

WHEREFORE, Defendant demands:

    1. A declaration that the plaintiff defamed me by falsely accusing me of participating in illegal activities.

    2. An award of damages for the harm caused to my reputation and business as a result of the plaintiff's defamation.

    3. An award of attorney's fees incurred in defending myself against the plaintiff's false accusations.

    4. An injunction against the plaintiff to prevent them from continuing to defame me.

    5. An award of damages for the harm caused by the plaintiff's abuse of legal process.

    6. An award of damages for the harm caused by the plaintiff's malicious prosecution.

    7. Sanctions against the plaintiff for their abuse of legal process and malicious prosecution.

    8. Any further relief that the Court deems just and proper.

## Demand for Jury Trial

Yes.

Respectfully submitted,

Date: 1/16/2023

Signature: /s/ Lizette Lundberg
Printed Name: Lizette Lundberg

## Certificate of Service

1. **Case name**: MG Premium Ltd.

                                        v.          Lizette Lundberg

2. **Case Number:** 2:21-cv-08533-MCS-KK

3. **Document Served:** Answer, Counterclaim

4. **How was the Answer and Counterclaim served?** By email.

5. **To Whom was the Answer sent?** Plaintiffs and Defendants

| Plaintiff's | Defendants |
|---|---|
| Eric Bjorgum | Emilie Brunn |
| Marc Karish | Amrit Kumar |

6. **When was the Answer and Counterclaim served?** 1/16/2023

7. **Who served the Answer and Counterclaim?** I, Lizette Lundberg, Served them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: /s/ Lizette Lundberg

Name: Lizette Lundberg

Address: 12 rue le Corbusier

Geneva, GE 1208

Switzerland

Liz.lundberg@protonmail.ch

## Certificate of Service