**KARISH & BJORUGM, PC**
A. ERIC BJORGUM (State Bar No. 198392)
Eric.bjorgum@kb-ip.com
MARC KARISH (State Bar No. 205440)
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Attorneys for Plaintiff and Counterdefendant
MG PREMIUM LTD.

# UNITED STATES DISTRICT COURT
# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD., a limited liability company organized under the laws of the Republic of Cyprus,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN DOES 4-20, d/b/a GOODPORN.TO, AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual; and EMILIE BRUNN, an individual,<br>　　　　　Defendants. | Case No. 2:21-cv-08533-MCS-KK<br><br>**PLALINTIF AND COUNTER-DEFENDANT MG PREMIUM LTD.'S NOTICE OF MOTION TO COMPEL AND FOR SANCTIONS**<br><br>**Date:** Thursday, May 11, 2023 at 10:00 a.m.<br>**Judge:** Hon. Kenly Kiya Kato<br>**Courtroom:** Riverside, Courtroom 3 or 4, 3rd Floor<br><br>**Trial Date:** December 5, 2023<br>**Pretrial Conference:** November 27, 2023<br>**Discovery Cutoff:** July 17, 2023 |
| AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual<br><br>　　　　　Counterclaimants,<br>　　vs.<br>MG PREMIUM LTD., a limited liability company organized under the laws of the Republic of Cyprus,<br>　　　　　Counter-Defendant. | |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL AND FOR SANCTIONS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, May 11, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard before Magistrate Judge Kenly Kiya Kato, Court room 3 or 4, Third Floor, Riverside Courthouse, 3470 Twelfth Street Riverside, CA 92501-3801, Plaintiff / Counter-Defendant MG Premium Ltd. will and hereby does move for an order compelling and sanctioning Counterclaimant and Defendant Amrit Kumar for failing to appear at deposition after receiving two notices, and failing to serve Rule-compliant Initial Disclosures (including his failure to provide any valid contact information, even after multiple pieces of mail to him have been returned to the Court as undeliverable).

This Motion is brought pursuant to Federal Rules of Civil Procedure 26, 30 and 37, Local Rule 37 and the Rules and practices of this Court. This Motion is based upon this Notice, the unilaterally filed Joint Stipulation regarding the parties' discovery dispute, the Declaration of A. Eric Bjorgum, the separate Declaration of Defendant's Non-Compliance with L.R. 37, documents previously filed with the Court that have been incorporated by reference, the complete record in the action as of the date of the hearing, and on such other and further matters as may be presented to the Court at the time of the hearing on this matter.

This Motion is made following the futile meet and confer efforts of movant's counsel pursuant to the Rules of this Court and set forth under L.R. Rule 37. Defendant did not respond substantively to the initial meet-and-confer letter, nor did he insert his portions into the Joint Stipulation. This is supported by the statements and Exhibits in the Declaration of Non-Compliance.

Dated: April 18, 2023                KARISH & BJORGUM, PC

By: _____
A. Eric Bjorgum
Karish & Bjorgum, PC
Attorneys for Plaintiff/Counterdefendant
MG Premium, Ltd.