# UNITED STATES DISTRICT COURT
# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br>Plaintiff,<br>vs.<br>JOHN DOES 4-20, d/b/a GOODPORN.TO, AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual; and EMILIE BRUNN, an individual,<br><br>Defendants.<br>_____<br>AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual,<br>Counterclaimants,<br>vs.<br>MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br>Counterdefendant | Case No. 2:21-cv-08533-MCS-KK<br><br>**[PROPOSED] ORDER RE MOTION TO COMPEL AND FOR SANCTIONS RE AMRIT KUMAR**<br><br>**Date: Thursday, May 11, 2023 at 10:00 a.m.**<br>**Judge: Hon. Kenly Kiya Kato**<br>**Courtroom: Riverside, Courtroom 3 or 4, 3rd Floor**<br><br>**Trial Date: December 5, 2023**<br>**Pretrial Conference: November 27, 2023**<br>**Discovery Cutoff: July 17, 2023** |

The Court having considered the Plaintiff's Motion to Compel and for Sanctions regarding Defendant Amrit Kumar under Local Rule 37 (the "Motion"), the accompanying Joint Stipulation, the Declaration of Eric Bjorgum, the arguments of counsel and the parties and the papers on file in this matter, and good cause appearing therefor, finds as follows:

IT IS HEREBY ORDERED the that Motion is GRANTED.  The Court rules as follows as to Defendant Amrit Kumar:

<u>1.  Evidentiary Sanctions and Monetary Sanctions re Deposition:</u>

 (i)  Kumar is precluding from offering testimony as to the authenticity of Plaintiff's copyright registrations.

(ii)   The printouts from GoodPorn.to that were disclosed by Plaintiff are true and correct copies of pages displayed on the websites GoodPorn.to and GoodPorn.se, and Kumar is precluded from arguing otherwise.

(iii)   Kumar is precluded from offering any further evidence that the "Bilateral Agreement" upon which he relies is a binding agreement on Plaintiff MG Premium Ltd.

(iv)  Kumar is precluded from offering any further evidence that MG Premium Ltd. was a party to the Bilateral Agreement or breached it.

(v)  All discovery by Kumar is stayed until he appears for deposition and submits compliant Initial Disclosures.

(vi)   In addition, or alternatively to any of the above, Kumar is ordered to appear for deposition on _____ , and he must appear on video.

(vii)  Kumar is ordered to pay sanctions  of $4675.50 for the cost of the deposition he did not attend and for bringing this motion.

<u>An order staying all discovery by Defendants until these orders are complied with.</u>  Fed.R.Civ.P. 37(b)(2)(A)(iv) provides for a stay of further proceedings until a discovery order is obeyed.

2. <u>Evidentiary and Monetary Sanctions for Failure to Disclose and Cooperate in Discovery</u>

For the failure to properly disclose information and cooperate in discovery, Kumar is sanctioned as follows:

(i)  He is not authorized to use any information or witness that was not disclosed in accordance with Fed.R.Civ.P. 26(a), unless the failure is later shown to be substantially justified or harmless.

(ii)  He is required to provide working addresses and phone numbers for himself and his Co-Defendants, and all further meet and confer sessions must be held on the phone.

vii)  Kumar is ordered to pay sanctions of $1,975 within seven calendar days of this Order.

IT IS SO ORDERED.

_____                    _____
Dated:                                             Hon. Kenly Kia Kato
                                                   Magistrate Judge