PRO SE
Lizette Lundberg
12 rue le Corbusier
Geneva, GE 1208
Switzerland
Liz.lundberg@protonmail.ch



**FILED**
CLERK, U.S. DISTRICT COURT

04/25/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# USA, California Central District Court

**Plaintiff:** MG Premium Ltd

**Case No:** 2:21-cv-08533-MCS-KK

**MOTION TO AMEND ANSWER AND ADD COUNTERCLAIM AND COUNTER-DEFENDANTS**

Vs.

**Judge:** Hon. Mark C Scarsi

**Defendant:** Lizette Lundberg

---

## MOTION TO AMEND ANSWER AND ADD COUNTERCLAIM AND COUNTER-DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7-3, I, Lizette Lundberg, a pro se defendant in the above-captioned case, respectfully move the Court to grant leave to file an amended answer to add counterclaims against Jason Tucker, Ethical Capital Partners, and MindGeek S.A.R.L., and to include them as additional

counter-defendants.

Hearing Date: June 5, 2023
Time: 9:00 AM
Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los
Angeles, California 90012

## INTRODUCTION

This motion seeks to amend the answer to add a counterclaim against Jason
Tucker for fraud and to include additional counter-defendants who are, in essence, one
entity. The proposed amendments are based on new information and developments in
the case, and the meet and confer requirements have been satisfied.

## Clarification of Terms

For the purposes of this motion to amend answer and add counterclaim and
counter-defendants, "MindGeek" is defined as follows: MindGeek S.a.r.l., MG Premium
Ltd., and Ethical Capital Partners, together with all their subsidiary, sister companies,
and parent company, are collectively identified as "MindGeek".

## I. Background

A meet and confer attempt occurred with opposing counsel, and the details are
attached as Exhibit A. I informed the plaintiff's attorney of my intention to bring this
motion to amend, adding a new counterclaim and counter-defendant. The plaintiff's
attorney inquired about the basis of my proposed amendments, and I explained my
belief that Jason Tucker committed fraud against me by knowingly instructing me to
send counter-DMCA notices on behalf of another defendant while being aware that this
action would potentially result in legal consequences for me. He misrepresented the

situation, leading me to unknowingly engage in actions that eventually led to my inclusion as a defendant in this case.

The plaintiff's attorney expressed concerns about the method of the meet and confer, insisting on a phone call. However, I provided several reasons for preferring email communication:

1. Personal safety concerns based on information from the case of Serena Fleites v. MindGeek S.A.R.L. (Case No. 21-cv-04518, C.D. Cal., Complaint filed June 17, 2021, pp. 14-15, ¶¶ 75-77), detailing instances of intimidation, threats, and potential harm to individuals involved in legal disputes with MindGeek. As a result, I prefer not to share my phone number or engage in phone conversations at this time.

2. A history of successful meet and confer sessions conducted via email with the plaintiff and other defendants in this case.

3. A previous court ruling that both parties should focus on the substance of the meet and confer rather than the method.

Furthermore, I argue that Ethical Capital Partners., MindGeek S.A.R.L., and MG Premium Ltd. are, in essence, one entity. They exist under different names on paper but share funds, resources, and employees, making them effectively the same entity. This structure aims to create confusion, avoid liability, and evade taxes.

## II. Adding New Counter-Defendants And Counterclaim

I seek to add Jason Tucker, MindGeek S.A.R.L., and Ethical Capital Partners as counter-defendants for the following reasons:

### A. Jason Tucker

I allege that Jason Tucker, an employee and/or agent of MindGeek S.A.R.L. and MG Premium Ltd., committed fraud against me, as demonstrated by the following elements:

1. Misrepresentation of a material fact: Jason Tucker falsely claimed that Goodporn.to was owned by him or their company MindGeek S.A.R.L. [Exhibit B]

2. Intent to deceive: Jason Tucker used me and deceived me into sending counter-notices on behalf of another defendant.

3. Reliance: I relied on Jason Tucker's misrepresentation.

4. Damages: I suffered emotional and financial damages by dedicating time to read extensive legal papers and documents in this case and experiencing uncertainty and stress. This stress has increased my blood sugar levels, causing irreversible damage to my body for the rest of my life.

It is important to note that a similar situation occurred with another defendant in this case, Emilie Brunn, who was also a victim of Jason Tucker's fraudulent actions. In her Motion to set aside default entry and answer to the first amended complaint, she explained how she was scammed and tricked into sending counter DMCA notices to Google, which mirrors my own experience with Jason Tucker.

### B. MindGeek S.A.R.L. and Ethical Capital Partners

MindGeek S.A.R.L., the parent company of MG Premium Ltd, purportedly sold itself to Ethical Capital Partners; however, there is no conclusive evidence to support this transaction. Many individuals in the adult industry believe that this sale is a long-arm deal intended to create another proxy and shell company for their corporation. To the best of my knowledge, Jason Tucker is an employee or agent of MindGeek S.A.R.L., based on his statement when he hired me [Exhibit B].

### CONCLUSION

In light of the foregoing, I respectfully request that the Court grant this motion to amend and allow the addition of the counterclaim and counter-defendants as described herein.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Signature: /s/ Lizette Lundberg

Name: Lizette Lundberg

Address: 12 rue le Corbusier

Geneva, GE 1208

Switzerland

Liz.lundberg@protonmail.ch

Dated: 4/24/2023

### Certificate of Service

1. **Case name**: MG Premium Ltd.

v.             Lizette Lundberg

2. **Case Number:** 2:21-cv-08533-MCS-KK

3. **Document Served:** MOTION TO AMEND ANSWER AND ADD COUNTERCLAIM AND COUNTER-DEFENDANTS

4. **How was the document served?** By email.

5. **To Whom was the document sent?** Plaintiffs and Defendants

| Plaintiff's | Defendants |
| --- | --- |
| Eric Bjorgum | Emilie Brunn |
| Marc Karish | Amrit Kumar |

6. **When was the document served?** 4/24/2023

7. **Who served the document?** I, Lizette Lundberg, Served them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: /s/ Lizette Lundberg

Name: Lizette Lundberg

Address: 12 rue le Corbusier

Geneva, GE 1208

Switzerland

Liz.lundberg@protonmail.ch

**Certificate of Service**

PRO SE
Lizette Lundberg
12 rue le Corbusier
Geneva, GE 1208
Switzerland
Liz.lundberg@protonmail.ch

# USA, California Central District Court

| | |
|---|---|
| **Plaintiff:** MG Premium Ltd | **Case No:** 2:21-cv-08533-MCS-KK |
| Vs. | **Lizette Lundberg's Amended Answer and Counterclaim** |
| **Defendant:** Lizette Lundberg | **Judge:** Hon. Mark C Scarsi |
| **Counterclaimant:** Lizette Lundberg | |
| Vs. | |
| **Counter-defendants:**  MG Premium Ltd, Jason Tucker, Ethical Capital Partners, MindGeek S.A.R.L | |

## LIZETTE LUNDBERG'S AMENDED ANSWER AND COUNTERCLAIM

Defendant Lizette Lundberg ("Defendant") hereby submits her Amended
Answer, Affirmative Defenses, and Amended Counterclaim in response to the First
Amended Complaint and in accordance with the Court's previous order. Defendant

denies each and every allegation in the First Amended Complaint, except that her name is Lizette Lundberg and that she is from Switzerland.

## Affirmative Defenses

1. Defendant was not properly served with the complaint, and only became aware of the case through a communication with one of the other defendants.

2. Defendant is a freelancer who provides a variety of services, one of which was data entry tasks such as filing DMCA counter-notices. In this case, Defendant was hired by Mr. Jason Tucker, who works for the plaintiff, to file counter-notices on their behalf. At the time of providing these services, Defendant had no knowledge of the other defendants or any alleged wrong-doing on their part. [Exhibit B]

3. Defendant trusts that her clients are acting within the law and providing her with accurate information. In this instance, Defendant had no reason to suspect that the counter-notices she filed were in any way illegal or that they would implicate the other defendants in any wrongdoing.

4. Defendant did not participate in any illegal activities or have knowledge of any such activities. Her involvement in this case was solely limited to filing the DMCA counter-notices as per her client's instruction.

## AMENDED COUNTERCLAIM

1. Counter-claimant seeks to add Ethical Capital Partners, MindGeek S.A.R.L., Jason Tucker, and MG Premium Ltd. as counter-defendants and amends her previous counterclaim, alleging fraud committed by Jason Tucker, who was hired by MindGeek S.A.R.L. Furthermore, MG Premium Ltd. is a subsidiary of MindGeek S.A.R.L., and Ethical Capital Partners acquired the whole MindGeek and its subsidiaries, including MG Premium Ltd. The counterclaim asserts that all these parties are connected and responsible for the fraud perpetrated against the

counter-claimant.

2. MindGeek S.a.r.l., MG Premium Ltd., and Ethical Capital Partners, together with all their subsidiary, sister companies, and parent company, are collectively identified as "MindGeek" or the "counter-defendant.

3. Counter-claimant, Lizette Lundberg, is an individual residing in Geneva, Switzerland.

4. Counter-defendant, MG Premium Ltd., is a corporation registered and operating in Cyprus.

5. Counter-defendant, Jason Tucker, is an individual who claimed to be working for MindGeek S.A.R.L. and acted on its behalf when he hired the Counter-claimant.

6. Counter-defendant, MindGeek S.A.R.L., is a corporation registered and operating in Luxembourg.

7. Counter-defendant, Ethical Capital Partners, is a corporation registered and operating in Canada and has acquired the entire MindGeek organization, including its subsidiaries.

8. The counter-claimant alleges that Jason Tucker committed fraud against her, as demonstrated by the following elements:

a. Misrepresentation of a material fact: Jason Tucker falsely claimed that Goodporn.to was owned by him or their company MindGeek S.A.R.L.

b. Intent to deceive: Jason Tucker used the counter-claimant and deceived her into sending DMCA counter-notices on behalf of another defendant.

c. Reliance: The counter-claimant relied on Jason Tucker's misrepresentation.

d. Damages: The counter-claimant suffered emotional and financial damages by dedicating time to read extensive legal papers and documents in this case and experiencing uncertainty and stress. This stress has increased her blood sugar levels, causing irreversible damage to her body for the rest of her life.

9. Jason Tucker, who is an employee or agent of MindGeek S.A.R.L and MG Premium Ltd., represented to the counter-claimant that filing counter-notices was a

legitimate and legal activity, while concealing the fact that it could potentially result in her being named as a defendant in this case. He knowingly induced the counter-claimant to engage in actions that he was aware could have adverse legal consequences for her, with the ulterior motive of building a case against another defendant, Amrit Kumar. This constitutes fraud, as Jason Tucker intentionally deceived the counter-claimant for his own benefit and to the detriment of the counter-claimant.

10. As a result of Jason Tucker's fraudulent actions, the counter-claimant has suffered harm to her reputation, financial loss, and emotional distress. The counter-claimant seeks damages against Jason Tucker and the other counter-defendants for their participation in the fraudulent scheme.

11. The counter-claimant is adding Ethical Capital Partners, MindGeek S.A.R.L., and MG Premium Ltd. as counter-defendants because they are, in essence, one entity, and they are connected to Jason Tucker's actions. Ethical Capital Partners, MindGeek S.A.R.L., and MG Premium Ltd. exist under different names on paper but share funds, resources, and employees, making them effectively the same entity. This structure aims to create confusion, avoid liability, and evade taxes. MindGeek S.A.R.L. purportedly sold itself to Ethical Capital Partners; however, there is no conclusive evidence to support this transaction. Many individuals in the adult industry believe that this sale is a long-arm deal intended to create another proxy and shell company for their corporation. The counter-claimant alleges that the counter-defendant was using her in this fraudulent scheme to create false evidence for another defendant in this case, Amrit Kumar. The counter-defendant never informed the counter-claimant of this lawsuit, hoping she would not become aware of it and would not expose their actions in court.

12. MG Premium Ltd. is a subsidiary of MindGeek S.A.R.L., and as such, it should be considered responsible for the actions of its parent company and its agents, such as Jason Tucker.

13. Ethical Capital Partners, having acquired the entire MindGeek organization, including its subsidiaries, is now responsible for the actions of the

entities it has acquired, including MindGeek S.A.R.L. and MG Premium Ltd.

14. The counter-defendants have falsely claimed that Amrit Kumar, another defendant in this case, hired the Counter-Claimant to send the DMCA counter-notices when, in fact, it was Jason Tucker, an employee or agent of MindGeek S.A.R.L and MG Premium Ltd., who hired the counter-claimant for this purpose. The counter-defendants' misrepresentation of the facts indicates a deliberate attempt to deceive the Court and create confusion.

15. The counter-claimant alleges that Jason Tucker provided explicit instructions on how to complete the Google DMCA counter-notice forms, including which checkmarks to select, what information to insert in each field, and what claims to make. Jason Tucker granted authorization to the counter-claimant to complete these forms on his behalf, further involving the counter-claimant in the fraudulent scheme.

16. MindGeek companies and their subsidiaries have a long history of criminal activities. It is safe to call them a criminal enterprise, as evidenced by several of their current cases involving child pornography, human trafficking, and rape.

Visa, Mastercard, PayPal, Meta, and YouTube have dropped their services and severed their ties to MindGeek companies due to an abundance of criminal activities.

Some of their cases are as follows:

a) Doe #1 et al v. MG Freesites LTD et al, 7:21-cv-00220: This case is about victims and survivors of childhood sex trafficking who had videos and images of their childhood sex trafficking sold and/or distributed on websites owned, operated, managed, and controlled by MindGeek.

b) Jane Doe Nos. 1 through 40 v. MG Freesites, Ltd. et al, 3:20-cv-02440: In this case, MindGeek is accused of profiting from the sex trafficking of at least 40 girls, highlighting the extent of their involvement in such illicit activities.

c) Jane Doe v. MindGeek USA Incorporated et al, 8:21-cv-00338: This case involves allegations that MindGeek knowingly permits child pornography on its

platforms and profits from child trafficking, further demonstrating their engagement in criminal activities.

d) CV1 Mother et al v. Franklin et al, 2:22-cv-00605: This case concerns a 12-year-old boy who was drugged, overpowered, and repeatedly raped. A total of 23 rape videos were sold on one of MindGeek's websites, where they took a 35% profit and also sold ads alongside the disturbing content, highlighting their involvement in such aweful crime.

e) Serena Fleites et al v. MindGeek S.A.R.L. et al, 2:21-cv-04920: In this case, Serena Fleites was 13 years old when her non-consensual pornographic video was hosted on MindGeek's website (Pornhub.com). The video became popular, generating significant revenue for MindGeek due to its high exposure. Despite Serena's repeated reports and pleas for the removal of the video, MindGeek was slow and lenient in addressing her requests, further showcasing their criminal practices.

These cases are just the tip of the iceberg, shedding light on the alleged criminal activities and unethical practices that MindGeek and its subsidiaries are involved in. The company faces serious accusations, including profiting from child trafficking, non-consensual pornography, and sex trafficking. As more information comes to light, it becomes increasingly important to scrutinize and hold such organizations accountable for their actions.

17. It is alleged that MindGeek has strategically incorporated numerous subsidiaries and sister companies globally to evade liabilities and obscure the identity of the entities and individuals responsible for its corporate actions. Information suggests that MindGeek S.a.r.l and all other MindGeek entities operate as a single business enterprise, focusing exclusively on producing, distributing, and monetizing pornography on the Internet. In carrying out the acts mentioned herein and in general business dealings, Ethical Capital Partners, MindGeek S.a.r.l., MG Premium Ltd., and all their subsidiary and sister companies, as well as their parent company, have allegedly acted as alter egos of one another.

18. Upon information and belief, and in particular, the counter-defendants: (a)

commingled their funds and other assets, failed to segregate funds between them, and have without authorization diverted corporate funds and assets for noncorporate uses; (b) treated each other's assets as their own; (c) issued shares of one other to themselves and third parties haphazardly and without authority; (d) held themselves out as being personally liable for the debts of each other; (e) failed to maintain minutes and corporate records, and confused the records of the separate entities; (f) used the same business locations and employed the same employees; (g) failed to adequately capitalize the entities; (h) used each other as a conduit for a single venture of themselves; (i) failed to maintain arm's length relationships among themselves; and (j) diverted assets without consideration from/to one another to the detriment of creditors. Recognition of the privilege of separate existences between the counter-defendants would promote injustice, unfairness, and fraud. Any separateness is to be disregarded. As such, these counter-defendants are jointly and severally liable in this action as alter egos.

19. In doing all things alleged herein, counter-defendants were agents, servants, representatives, partners, joint venturers, affiliates, parents, subsidiaries, and/or employees of each other in the acts and/or omissions herein alleged. The Counter-Defendants were acting within the course and scope of their authority as such agents, servants, representatives, partners, joint venturers, affiliates, parents, subsidiaries, and/or employees and with the permission, authorization, consent, and ratification of each other.

## Demand for Relief

WHEREFORE, counter-claimant demands:

1. A declaration that the counter-defendants committed fraud against the counter-claimant.

2. An award of damages for the harm caused to the counter-claimant's reputation and business as a result of the counter-defendants' fraud.

3. An award of fees and costs incurred by the counter-claimant in defending

against the counter-defendants' fraudulent actions, to the extent allowed by law for a pro se litigant.

4. An injunction against Jason Tucker to prevent him from engaging in similar fraudulent activities in the future.

5. Imposition of sanctions against the Counter-defendants to deter them and others from engaging in similar fraudulent conduct in the future, and to compensate the Counter-claimant for the harm suffered as a result of the Counter-defendants' actions.

6. An award of damages for the harm caused to the counter-claimant's health, including stress and increased blood sugar levels, which may potentially result in permanent and irreversible damage to her body, as a result of the counter-defendants' fraud.

8. Sanctions against the counter-defendants for their intentional misrepresentation of material facts, including falsely claiming that the counter-claimant was hired by another defendant, Amrit Kumar, to send counter-notices, while in reality, Jason Tucker, an employee or agent of MindGeek S.A.R.L and MG Premium Ltd., induced the counter-claimant to engage in these actions. This misrepresentation constitutes an attempt to deceive the Court, and as such, sanctions should be imposed to deter such conduct in the future and to compensate the counter-claimant for the harm suffered as a result of the counter-defendants' actions.

9. Any further relief that the Court deems just and proper.

### Demand for Jury Trial

Yes.

Respectfully submitted, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 4/24/2023                                    Signature: /s/ Lizette Lundberg

                                                   Printed Name: Lizette Lundberg

## Certificate of Service

1. **Case name**: MG Premium Ltd.

                                                     v.            Lizette Lundberg

2. **Case Number:** 2:21-cv-08533-MCS-KK

3. **Document Served:** LIZETTE LUNDBERG'S AMENDED ANSWER AND COUNTERCLAIM

4. **How was the document served?** By email.

5. **To Whom was the document sent?** Plaintiffs, Defendants, Counter-defendants and Counter-claimant

| Plaintiffs & Counter-defendants | Defendants & Counter-claimant |
|---|---|
| Eric Bjorgum | Emilie Brunn |
| Marc Karish | Amrit Kumar |
| Jason Tucker | |
| MindGeek S.A.R.L | |

Ethical Capital Partners

6. **When was the Answer and Counterclaim served?** 4/24/2023

7. **Who served the Answer and Counterclaim?** I, Lizette Lundberg, Served them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: /s/ Lizette Lundberg

Name: Lizette Lundberg

Address: 12 rue le Corbusier

Geneva, GE 1208

Switzerland

Liz.lundberg@protonmail.ch

Dated: 4/24/2023

## Certificate of Service

PRO SE
Lizette Lundberg
12 rue le Corbusier
Geneva, GE 1208
Switzerland
Liz.lundberg@protonmail.ch

# USA, California Central District Court

| | |
|---|---|
| **Plaintiff:** MG Premium Ltd | **Case No:** 2:21-cv-08533-MCS-KK |
| | **EXHIBIT A: Email Correspondence between Lizette Lundberg and Eric Bjorgum** |
| Vs. | |
| **Defendant:** Lizette Lundberg | **Judge:** Hon. Mark C Scarsi |

**EXHIBIT A: Email Correspondence between Lizette Lundberg and Eric Bjorgum**

Email 1:

Subject: Meet and Confer: Motion to Amend and Adding Counterclaim

From: liz.lundberg@protonmail.ch          To: eric.bjorgum@kb-ip.com

Hello,

I am contacting you for the meet and confer which is needed before filing a motion to the court. I'm considering filing a Motion to Amend the Answer and Counterclaim, and I'd like to add Jason Tucker, an agent of MG Premium Ltd. as a counter-defendant.

I believe Jason Tucker committed fraud against me by knowingly instructing me to send counter-DMCA notices on behalf of another defendant, while he was aware that this action would potentially result in legal consequences for me. He misrepresented the situation, leading me to unknowingly engage in actions that eventually led to my inclusion as a defendant in this case. I'm reaching out to you in the spirit of cooperation and to comply with the court's procedures.

Please let me know your thoughts on this matter and whether you have any concerns or suggestions regarding my proposed amendment and counterclaim.


-Lizette Lundberg

P.S: As I plan to add Jason Tucker as a counter-defendant, could you please let me know if you will be representing him in this matter, or if he will have separate legal representation?


Email 2:

Subject: Re: Meet and Confer: Motion to Amend and Adding Counterclaim

From: eric.bjorgum@kb-ip.com          To: liz.lundberg@protonmail.ch

Lizette,

I'm available on Monday, April 17 to meet and confer at 10:00 a.m., 11:00 a.m. or 1:30 p.m., all Pacific Time.  Please select a time and let me know a number where I can reach you.

Thanks,

Eric Bjorgum

Email 3:
Subject: Re: Meet and Confer: Motion to Amend and Adding Counterclaim
From: liz.lundberg@protonmail.ch            To: eric.bjorgum@kb-ip.com

In the past, we have successfully conducted our meet and confer sessions via email, and I would like to continue with that method for this matter. I have personal safety concerns based on information I have come across in the case of Serena Fleites v. MindGeek S.A.R.L. (Case No. 2:21-cv-04920, C.D. Cal., Complaint filed June 17, 2021, pp. 14-15, ¶¶ 75-77), which details instances of intimidation, threats, and potential harm to individuals involved in legal disputes with MindGeek. As a result, I prefer not to share my phone number or engage in a phone conversation with you at this time.

If you have any points or arguments regarding my proposed amendments to the answer or counterclaim, please feel free to share them through email. I will be more than happy

to address them promptly and discuss any concerns you may have.

Looking forward to your response.

-Lizette

Email 4:
Subject: Re: Meet and Confer: Motion to Amend and Adding Counterclaim
From: eric.bjorgum@kb-ip.com               To: liz.lundberg@protonmail.ch

Lizette,

I'm in receipt of your email below and take exception to every assertion you make.

First, your email does not address the substance of your amendments.  Putting aside for a moment the statements about other pending litigation involving MindGeek S.A.R.L. (not a party to this case), you

are required, in this case, to provide some detail about your proposed amendments so that I can consider them.  Local Rule 7-3 states:

"counsel contemplating the filing of any motion must first contact

opposing counsel to discuss thoroughly, preferably in person, the

substance of the contemplated motion and any potential resolution. "

 I understand that you are proposing to add new counterclaims, and you are proposing to add Jason Tucker as a Defendant, but you have not provided details sufficient to "discuss thoroughly" the  amendments.  Therefore, please let me know: (i) what counterclaims you intend to add; (ii) the basis for those counterclaims; and (iii) the basis for adding a new Defendant to this case.

 Second, contrary to your representation below, we have not  "successfully conducted our meet and confer sessions via email" in this case.  Your co-defendant, Amrit Kumar, received leave to conduct

one meet-and-confer via email (because of an ostensible language barrier).  You have not received permission from the Court to do so.

I am not averse to doing so, should you articulate a reason, but do not misrepresent the record and state that you and I have  "successfully" done so.  Further, as an attorney appearing in this case, I take very seriously my obligations as an officer of the Court. I would never intimidate or threaten any witness or party, and I would not work for a client who does so.  There is absolutely no safety risk in talking to me on the phone.  You may be in pro per, but  that does not allow you to make statements that amount to ad hominem  attacks on my character.  I will not tolerate that.

 Third, your justification for not wanting to speak on the phone  ("potential harm to individuals involved in legal disputes with MindGeek") is unfounded and irrelevant.  First, obviously, MindGeek is not a party to this case.  Second, you are reciting unsupported factual statements in another case as a ground to avoid your duties in this case.  MindGeek is a large company, involved in things around the

world.  You cannot take out of context inflammatory statements about a  non-party and unilaterally decide they provide you a basis to ignore the Local Rules in this case.

Yours truly,

Eric Bjorgum

Email 5:
Subject: Re: Meet and Confer: Motion to Amend and Adding Counterclaim
From: liz.lundberg@protonmail.ch            To: eric.bjorgum@kb-ip.com

In response to your email, let me make a few things clear regarding my proposed amendments, my preference to continue our meet and confer sessions via email, and the reasons behind it.

   1. Proposed amendments: It's quite ironic that you insist on a phone call while you're discussing the basis of my counterclaim and adding a new defendant right here in the email. Jason Tucker, who worked for MG Premium Ltd., committed fraud against me by instructing me to submit counter-DMCA notices, and now his company is suing me. He provided authorization for those notices and later claimed I acted on my own or that I was hired by Kumar. This is a clear case of deception and fraud, which is why I want to add Jason Tucker as a counter-defendant.

   2. Your client's true nature: Despite your claim that MindGeek and MG Premium Ltd are different entities, they operate as one company. They may have different names on paper, but they share resources, employees, and funds. With no separate structure or

base, they are essentially the same entity.

   3. Your client's reputation: Do a quick Google search, and you'll find countless child pornography and rape lawsuits involving MindGeek and its affiliates. Major companies like Visa, Mastercard, PayPal, and Discover Card have severed ties with your client. It's quite evident that MindGeek and its affiliates, including MG Premium Ltd., are involved in numerous unethical and illegal activities, and I have no interest in trusting with those who represent them.

   4. Concerns about phone calls: Given the circumstances and the notorious reputation of your client, I have valid concerns about sharing my phone number and having a phone call. I prefer email communication for my safety and will not engage in phone conversations. I am well aware of the threats and intimidation tactics used against individuals involved in legal disputes with MindGeek, as mentioned in the case of Serena Fleites v. MindGeek S.A.R.L., No. 2:21-cv-04769, C.D. Cal., pp. 14-15, ¶¶ 75-77.

So, in summary:

   1. I will not provide my phone number or engage in phone calls. Safety is my top priority, and I have no trust in your client or their representatives.

   2. I will add Jason Tucker as a defendant, as he deceived me, dragged me into this lawsuit, and lied to me. His fraudulent activities have caused me a great deal of trouble, and I will seek justice for his actions.

I hope this email clarifies my position. If you have any questions or concerns, feel free to address them in writing, and I will respond accordingly.

Lizette Lundberg

Email 6:
Subject: Re: Meet and Confer: Motion to Amend and Adding Counterclaim
From: eric.bjorgum@kb-ip.com                To: liz.lundberg@protonmail.ch

Lizette,

As usual, your response is heavy on rhetoric and attacks, but light on actual substance that might move this case along.

Your threats and "concerns" ring hollow at this point.  We are months into this case, and you have done nothing other than make unsupported accusations and ask to meet and confer.  I have made myself available to meet and confer, provided days and times, you have rejected all.  You've sued my client.  That is serious.  You are threatening to bring in a third party.  That is serious, too.  But you have also ignored your duty under Fed.R.Civ.P. 26 to disclose information and documents that would prove your case, and you did not participate at all in the early meeting of counsel process.

If Jason Tucker hired you (he did not), why not provide some evidence of that?  Where are the documents, the emails, text messages, evidence of payment?

At the very least, you were required weeks ago to provide the location of documents that would support your counterclaims and defenses.   And what claims are you adding against MG Premium?

You appear to be a free rider.  You want the benefits of something, but do not want to do the work.  You complain about MG Premium, but you make money stealing its property and claim ownership (you have none) of it.

You bring a lawsuit, but you do none of the required work and complain when the MG Premium defends itself.  Then you blame others.

You are in litigation.  There are consequences to improperly using the legal system or treating it as a joke.  We have been dealing properly and methodically with you and your cohort of copyright pirates (to the extent you even

exist) with the tools afforded by the law.  These are tools designed to get to the truth and obtain legal remedies, and we are dedicated to that process.

So, again, please articulate exactly the claims you are bringing and against whom.  If your claims against Jason Tucker are as baseless as your claims against MG Premium (as they no doubt are), we will respond the appropriately under Rule 11 and every available ground to obtain sanctions and other relief.

Yours truly,


Eric Bjorgum

PRO SE
Lizette Lundberg
12 rue le Corbusier
Geneva, GE 1208
Switzerland
Liz.lundberg@protonmail.ch

# USA, California Central District Court

**Plaintiff:** MG Premium Ltd

| **Case No:** 2:21-cv-08533-MCS-KK

| **EXHIBIT B: Email Correspondence**
| **between Lizette Lundberg**
| **and Jason Tucker**

Vs.

| **Judge:** Hon. Mark C Scarsi

**Defendant:** Lizette Lundberg

**EXHIBIT B: Email Correspondence between Lizette Lundberg and Jason Tucker**

Email 1:

Subject: Freelance Opportunity Inquiry

From: jason@battleshipstance.com          To: Liz.lundberg@protonmail.ch

Hey Liz,

A friend of mine mentioned that you've been doing freelance work recently. He said you did some work for him in the past, and he was really happy with the results. I have a simple, repetitive task that I need some help with, and I thought you might be a good fit.

I've got a budget of $3,000 for the job. If you're interested and have some time to spare, just hit me back and I'll fill you in on all the details.

Best,

Jason Tucker

--

Jason Tucker
SKYPE: jtucker001

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

Email 2:

Subject: Re: Freelance Opportunity Inquiry
From: Liz.lundberg@protonmail.ch          To: jason@battleshipstance.com

Hi Jason,

Thanks for reaching out! I'm definitely interested in learning more about the job you've got. However, I'll need some more details about the task before I can confirm whether the budget you've mentioned is reasonable or not.

Looking forward to hearing from you with the specifics!

-Lizette

Email 3:
Subject: Re: Freelance Opportunity Inquiry
From: jason@battleshipstance.com          To: Liz.lundberg@protonmail.ch

Hi Lizette,

Thanks for getting back to me so quickly!

I work for MindGeek S.A.R.L, one of the major players in the entertainment industry. We often send DMCA notices to Google to delist websites that steal our content. Unfortunately, we mistakenly sent a massive number of DMCA notices to one of our own tube websites, Goodporn.to. Since we own that site, we're authorized and allowed to send DMCA counter notices to Google in order to retract the erroneous DMCA notices.

The job summary is as follows: you'll be responsible for sending DMCA counter notices to Google for all the URLs we mistakenly sent DMCA notices to.

The duration of the job depends on how quickly you work. I'm going to attach the

EXHIBIT B: Email Correspondence between Lizette Lundberg and Jason Tucker
Page 3

instructions and the list of URLs for your review in a separate email. The "instruction.txt" file contains all the details and steps you need to take to send the counter notices to Google, including what to write in each field of the Google counter notice form. The "URLs.txt" file is a list of all the URLs that need to be entered in the Google DMCA counter notice form. You'll enter about 100 URLs in each form.

Please note that we can track the progress of this work, and we expect honesty and professionalism to maintain a long-term business relationship. We have a history of keeping good relationships with our freelancers and providing them with more jobs in the future.

Although this is our first collaboration, based on the positive reviews we've received about you, I'm willing to send you 50% of the payment upfront and the remaining 50% upon project completion.

I'll send the instruction and URLs in a separate email.

Best,

Jason

--

Jason Tucker
SKYPE: jtucker001

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject

you to liability.  All rights reserved.


Email 4:

Subject: Re: Freelance Opportunity Inquiry

From: jason@battleshipstance.com          To: Liz.lundberg@protonmail.ch


I've attached the "instruction.txt" and "URLs.txt" files as promised. Please review them and let me know if you have any questions or concerns, or if you're okay with moving forward on the project.


Looking forward to hearing from you!


Best,


Jason


--

Jason Tucker

SKYPE: jtucker001


The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.


Email 5:

Subject: Re: Freelance Opportunity Inquiry

From: Liz.lundberg@protonmail.ch          To: jason@battleshipstance.com

EXHIBIT B: Email Correspondence between Lizette Lundberg and Jason Tucker

I've gone through the instructions and URLs you provided. Due to the large number of URLs and the time it will take to submit all these counter notices, I would like to request an increase in the budget to $4,000.

Please let me know if you agree with the revised budget, and we can proceed from there.

-Lizette

Email 6:
Subject: Re: Freelance Opportunity Inquiry
From: jason@battleshipstance.com          To: Liz.lundberg@protonmail.ch

Hey Lizette,

I appreciate your understanding of the scope of the project, and I'm okay with the revised budget of $4,000. However, our company policy restricts me from sending more than $1,500 upfront to new freelancers. So, I can send $1,500 now and the remaining $2,500 upon project completion.

I hope this arrangement works for you. Please let me know if you're comfortable with these payment terms and if we can move forward.

Best,

Jason

--
Jason Tucker
SKYPE: jtucker001

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

Email 7:
Subject: Re: Freelance Opportunity Inquiry
From: Liz.lundberg@protonmail.ch          To: jason@battleshipstance.com

Hi Jason,

I'm on board with the payment arrangement you proposed. Just let me know how you'll be sending the upfront payment. Once I receive the payment, I can start working on the project.

Looking forward to getting started!

-Lizette

Email 8:
Subject: Re: Freelance Opportunity Inquiry
From: jason@battleshipstance.com          To: Liz.lundberg@protonmail.ch

Lizette, We're currently experiencing some issues with our payment processor, so we'll be sending out payments in cryptocurrency temporarily. We have a balance in Monero, and I can send your upfront payment to your Monero wallet. To make up for any inconvenience and conversion fees, I'll add an extra 5% to the amount.

Please let me know if this works for you and provide your Monero wallet address.

Best,

Jason

--

Jason Tucker
SKYPE: jtucker001

The email you have received from this company and individual and any
file attachments(s) are confidential and intended solely for use by the
identified recipient(s). If you received this message in error, please
notify the sender and delete the message and any copies completely from
your computer. Distribution or copying of this communication, in whole
or in part, by any unauthorized recipient is prohibited and may subject
you to liability.  All rights reserved.

Email 9:
Subject: Re: Freelance Opportunity Inquiry
From: Liz.lundberg@protonmail.ch          To: jason@battleshipstance.com

I'm open to receiving the payment in Monero. However, I don't currently have a Monero
wallet. Could you recommend any websites or services where I can set one up?

Thanks for your help!

-Lizette

Email 10:

Subject: Re: Freelance Opportunity Inquiry

From: jason@battleshipstance.com          To: Liz.lundberg@protonmail.ch

The easiest way to set up a Monero wallet is by visiting the official Monero website at
https://www.getmonero.org. Once you have your wallet set up, please send me your
Monero wallet address. To ensure there are no errors, it's a good practice to put the
address in a text file and attach it to an email.

Looking forward to receiving your wallet address!

Best,

Jason

--

Jason Tucker

SKYPE: jtucker001

The email you have received from this company and individual and any
file attachments(s) are confidential and intended solely for use by the
identified recipient(s). If you received this message in error, please
notify the sender and delete the message and any copies completely from
your computer. Distribution or copying of this communication, in whole
or in part, by any unauthorized recipient is prohibited and may subject
you to liability.  All rights reserved.

Email 11:

Subject: Re: Freelance Opportunity Inquiry

From: Liz.lundberg@protonmail.ch          To: jason@battleshipstance.com

Hi Jason,

I've successfully set up my Monero wallet and attached my wallet address in a text file to this email. Please let me know if everything looks good and when you've sent the upfront payment.

Thank you!

-Lizette

Email 12:
Subject: Re: Freelance Opportunity Inquiry
From: jason@battleshipstance.com         To: Liz.lundberg@protonmail.ch

That's great! I'll process the payment to your Monero wallet soon. I'll let you know once the payment has been sent.

Best,

Jason

--

Jason Tucker
SKYPE: jtucker001

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

EXHIBIT B: Email Correspondence between Lizette Lundberg and Jason Tucker
Page 10

Email 13:

Subject: Re: Freelance Opportunity Inquiry

From: jason@battleshipstance.com          To: Liz.lundberg@protonmail.ch

Hi Lizette,

I've just sent the payment to your Monero wallet. Please start working on the project as discussed. If you have any questions or need clarification at any point, feel free to reach out to me.

Thank you, and good luck with the work!

Best,

Jason

--

Jason Tucker

SKYPE: jtucker001

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.