**KARISH & BJORGUM, PC**
A. ERIC BJORGUM (State Bar No. 198392)
Eric.bjorgum@kb-ip.com
MARC KARISH (State Bar No. 205440)
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone:  (213) 785-8070
Facsimile:  (213) 995-5010

Attorneys for Plaintiff
MG PREMIUM LTD.

# UNITED STATES DISTRICT COURT
## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD., a limited liability company organized under the laws of the Republic of Cyprus, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 4-20, d/b/a GOODPORN.TO, AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual; and EMILIE BRUNN, an individual, <br> Defendants. <hr> AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual <br> Counterclaimants, <br> vs. <br> MG PREMIUM LTD., a limited liability company organized under the laws of the Republic of Cyprus, <br> Counteredefendant. | Case No.  2:21-cv-8533-MCS-KK <br><br> **DECLARATION OF A. ERIC BJORGUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION** <br><br> **Judge:  Hon. Mark C. Scarsi** <br> **Date: N/A.** <br> **Time:  N/A** <br> **Courtroom: Courtroom 7C, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012** |

DECLARATION OF A. ERIC BJORGUM

<u>DECLARATION OF A. ERIC BJORGUM</u>

I, A. Eric Bjorgum, under penalty of perjury of the laws of the United States, declare and state as follows:

1.      I am a partner at Karish & Bjorgum, PC, attorneys for Plaintiff in the above-entitled matter.  I am a Citizen of the United States, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein. I submit this Declaration in Support of Plaintiff's Application for Temporary Restraining Order and OSC re Preliminary Injunction.

2.      Since this case started, I have never spoken with Amrit Kumar, though I have made myself available many times.  Kumar ostensibly resides in Mumbai, India.  Neither Kumar nor his co-Defendants (who ostensibly reside in the Netherlands and Switzerland) have verbally communicated with Plaintiff's counsel, and mail sent to the addresses provided by them to Plaintiff's counsel or the Court has been returned as undeliverable.

3.      Defendant Kumar has refused to attend his deposition, which has been noticed twice.  Scheduling these depositions was difficult because I work in Pasadena, California, while Defendant Kumar is in India.  Also present for the deposition were Plaintiff's agent (in the Central time zone) and a company representative in London, England. Accordingly, for scheduling purposes, Mr. Kumar is 12.5 hours ahead of Pacific Time, Plaintiff's agent is 2 hours ahead of Pacific Time, and Plaintiff's representative is 8 hours ahead of Pacific Time.

4.      Kumar appears to use a service known as "UpWork" to obtain legal advice and ghostwriters.  I contacted one of his ghostwriters (Johnfar Kerlee), who is an attorney in Florida.  He sent me a copy of billing information from Kumar, which indicated he lives in New Delhi (700 miles from Mumbai).  Because Kumar had

1  claimed to be in pro per around the time he was working with Kerlee, this Court

2  invited Plaintiff's counsel to investigate whether Kumar was actually in pro per.  The

3  Court wrote:

4        Separately, the Court invites Plaintiff to investigate the truth of Defendant's

5        account of events, including the timing and nature of Mr. Johnfar Kerlee's

6        purported retention and withdrawal. Should facts contradicting Defendant's ex

7        parte motion come to light, the Court may subject Defendant to sanctions,

8        including the entry of default. Fed. Rs. Civ. P. 11(b)–(c).

9  (Dkt. No. 52.)   Attached hereto as Exhibit A is a true and correct copy of the billing

10  information I received from Kerlee.

11        5.      Kumar has provided no documentation or further support for his alleged

12  purchase of the Subject Works.  He has provided no draft contracts, no emails,

13  evidence of payment or anything that would indicate the alleged transfer actually

14  happened.

15        6.      Attached hereto as Exhibit B are true and correct copies of copyright

16  registration certificates to 20 of Plaintiff's works that are at issue in this matter.

17  These were all filed within five years of publication and are incontestable.  Hundreds

18  of other registered works are being copied by GoodPorn.to.

19        7.      In response to communication from me, Kumar wrote an email implying

20  that he would share information regarding how to litigate in pro per against MG, and

21  he stated that he would not circulate that information if there could be a settlement.

22  Attached hereto as Exhibit C is a true and correct copy of the December 30, 2022

23  email I received from Amrit Kumar (which has been redacted to omit settlement

24  discussions).

25

26

DECLARATION OF A. ERIC BJORGUM

8. Attached hereto as Exhibit D is a true and correct copy of a May 31, 2023 printout from Defendant's web page at goodporn.to/channels/brazzers that encourages viewers to watch and download Plaintiff's content "for free."

9. As noted above, I have only had success communicating with the Defendants in this matter by email.  On May 31, 2023, at 12:03 pm, I sent an email to all Defendants notifying them that I would be submitting this Application for a Temporary Restraining Order.  Attached hereto as Exhibit E is a true and correct copy of the email notice that I sent regarding this Application. As of 8:13 pm, I have received no response.

10. In response to the DMCA Takedown Notice sent by Defendant Amrit Kumar on May 23, 2023, my office sent a Counternotice.  A true and correct copy of the Counternotice is attached hereto as Exhibit F.  As of May 31, 2023, some of Plaintiff's legitimate content was still listed by Twitter as infringing.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st Day of May, 2023, at Pasadena, California.

*/s/ A. Eric Bjorgum*
A. Eric Bjorgum
Counsel for Plaintiff and Counterdefendant
MG Premium Ltd.