Emilie Brunn

Johan de Wittlaan 7.

The Hague, 2517 JR, Netherlands

Emilie.brunn@protonmail.com

Pro Per



FILED
CLERK, U.S. DISTRICT COURT
7/3/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# California Central District Court of U.S.A

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus,<br><br>     **Plaintiff,**<br>vs.<br><br>EMILIE BRUNN<br><br>     **Defendant** | Case No.: 2: 21-cv-08533-MCS-KK<br><br>**Defendant Emilie Brunn's Answer to Plaintiff's First Amended Complaint** |

  I, Emilie Brunn, hereby submit this Answer to Plaintiff's First Amended Complaint. I am a defendant in this case and am proceeding pro se.

## Answer to Plaintiff's First Amended Complaint

I deny every allegation made by the Plaintiff in the First Amended Complaint except my name and location for the following reasons:

I have been working as a freelancer, primarily completing simple tasks or data entry jobs. I was contacted by Mr. Jason Tucker, who I later discovered was an employee of MG Premium Ltd. Mr. Tucker provided clear instructions on how to fill out and submit Google counter-notice forms. He informed me that this was a data entry job and that I was required to submit 100 links for each submission. He also mentioned that they would be able to track my progress and would not pay me if I attempted to cheat by skipping any URLs. [Exhibit A]

I was hired by Jason Tucker, who is associated with MG Premium Ltd, MindGeek, Pornhub.com, and various other divisions of their corporation. I believed that he had the authority to request such tasks since he claimed that both websites, MG Premium Ltd and Goodporn.to, belonged to their company.

My involvement in this case is limited to this interaction. I confirm that I have no stake or interest in MG Premium Ltd or Goodporn and do not own any of the content on either website. My claim of ownership of the content was based on instructions provided by Jason Tucker.

In the Plaintiff proposal for default judgment, they did not request any damages or other relief. It seems their primary objective was to use me to submit counter notices and place the blame on Goodporn to strengthen their case.

The reason I informed Google that I owned the content was based on the Plaintiff's instructions, which I believed granted me the authority to make such a claim.

In response to the Plaintiff's default judgment proposed order, I provide the following answers:

*Ms. Brunn has no ownership rights in Plaintiff's copyright works as identified in Exhibit A to the First Amended Complaint (the "Works");*

My Answer: This is true. I do not have any ownership or rights to the content, whether it is owned by MG Premium Ltd or Goodporn.

*Plaintiff is the owner of the Works identified in Exhibit A to the First Amended Complaint;*

My Answer: I do not have any stake in either party, and I am not in a position to know if this is true or false.

*Defendant Brunn is ORDERED to cease and desist from any further copyright infringement of Plaintiff's works;*

My Answer: I have not engaged in and am not currently infringing on anyone's copyrights.

*Within 15 days of this Order, Defendant Brunn will transfer Brunn's interest in GoodPorn.to, GoodPorn.se, and GPStatus.org to Plaintiff;*

My Answer: I do not have any interest in any of these websites.

### Request for Relief

Based on the information provided and my belief that I was set up by the Plaintiff, I respectfully request the following relief from the Court:

**1. That the Court dismiss me from this case and clear my name, as I have not done anything wrong and was manipulated by the Plaintiff.**

**2. That the Court take into account the Plaintiff's role in hiring me and instructing me to issue these counter notices with the intention of manipulating court proceedings and evidence. I also request an examination of the Plaintiff's conduct, which involved lying to the court. Please consider taking appropriate action against the Plaintiff, according to the applicable rules, to ensure that justice is served.**

In summary, my involvement in this case was limited to my freelance work and interaction with Jason Tucker, an employee of MG Premium Ltd. I had no knowledge or intention of engaging in wrongful or illegal actions, and I believe that I was set up by the Plaintiff. I ask the Court to consider my requests and provide the necessary relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Dated: 6/30/2023 | /s/ Emilie Brunn |
| | Emilie Brunn |
| | Johan de Wittlaan 7. |
| | The Hague, 2517 JR, Netherlands |
| | Emilie.brunn@protonmail.com |

## Proof of Service

I hereby certify that a true and correct copy of the Answer to Plaintiff's First Amended Complaint was served on 6/30/2023 to the following person(s):

ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
AMRIT KUMAR
Amritkum@proton.me
LIZETTE LUNDBERG
Liz.lundberg@protonmail.ch

| | |
|---|---|
| Dated: 6/30/2023 | /s/ Emilie Brunn |
| | Emilie Brunn |
| | Johan de Wittlaan 7. |
| | The Hague, 2517 JR, Netherlands |
| | Emilie.brunn@protonmail.com |

# Exhibit A

Case No.: 2: 21-cv-08533-MCS-KK

Email communications between the defendant, Emilie Brunn, and the plaintiff's agent, Jason Tucker.

---

Email number 1:

From: Jason Tucker <jason@battleshipstance.com>

To: Emilie Brunn <emilie.brunn@protonmail.com>

Subject: Data Entry Job Opportunity

Hey Emilie,

I'm Jason Tucker, and I work at MindGeek S.A.R.L, a pretty big entertainment company with several subsidiaries.

A mutual friend of ours mentioned you did some work for them in the past and recommended you. I've got this data entry gig that's really straightforward, and I thought you might be interested. Just follow my instructions, and you'll earn $3,000 for your efforts. The job mainly involves filing counter DMCA notices, and I'll send you the list of URLs and detailed

Page 1

instructions. As for payment, I'll send you 50% upfront, and the remaining 50% once the job is done. Sound good?

Let me know what you think.

Best,

Jason

--

Jason Tucker

SKYPE: jtucker001

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

---

Email number 2:

From: Emilie Brunn <emilie.brunn@protonmail.com>

To: Jason Tucker <jason@battleshipstance.com>

Subject: Re: Data Entry Job Opportunity

Hey Jason,

I appreciate the offer! I'd be happy to help out. Just send over the job details and I'll get started. As for payment, could you let me know which methods you're able to use? I'm pretty flexible, so we'll work something out.

Looking forward to working with you!

Thanks,
Emilie

---

Email number 3:

From: Jason Tucker <jason@battleshipstance.com>

To: Emilie Brunn <emilie.brunn@protonmail.com>

Subject: Re: Data Entry Job Opportunity

Hey Emilie,

Thanks for agreeing to take on the project. Here's what you need to know:

Our DMCA bot mistakenly listed one of our websites, Goodporn.to, as a pirate site and sent out thousands of DMCA notices. To resolve this, you'll need to submit counter DMCA notices for each of the erroneous notices we sent to Google.

To do this, head to the Google Counter DMCA page (link provided in the attached instructions). We have full authorization and permission to submit these counter notices. Read the instructions in "instruction.txt" and insert the text provided into the fields on Google's form. Use the URLs from "URLs.txt" and submit 100 URLs per counter notice.

Keep in mind that we'll be checking your work, and the remaining 50% of the payment will be

sent once everything is completed. Since we've heard great things about you, we're happy to send you 50% upfront.

Regarding payment method, we're currently experiencing some issues with our payment processors. However, we can pay you in Monero cryptocurrency. If you create a Monero wallet, we'll send the payment there. To compensate for any inconvenience, we'll add an extra 5% to cover your conversion fees and any trouble you may encounter receiving payment in crypto.

Please find the attached files: "URLs.txt" contains the list of URLs, and "instruction.txt" provides guidance on how to fill out the Counter DMCA forms on Google.

Let me know if you have any questions!

Best,

Jason

--
Jason Tucker
SKYPE: jtucker001

The email you have received from this company and individual and any
file attachments(s) are confidential and intended solely for use by the
identified recipient(s). If you received this message in error, please
notify the sender and delete the message and any copies completely from
your computer. Distribution or copying of this communication, in whole
or in part, by any unauthorized recipient is prohibited and may subject
you to liability.  All rights reserved.

Email number 4:

From: Emilie Brunn <emilie.brunn@protonmail.com>

To: Jason Tucker <jason@battleshipstance.com>

Subject: Re: Data Entry Job Opportunity

Hey Jason,

Sounds good to me! I've attached a file with my Monero wallet address. Please send the upfront payment there.

I'll get started as soon as the payment comes through. Let me know if there's anything else I need to know before diving in.

Thanks,
Emilie

---

Email number 5:

From: Jason Tucker <jason@battleshipstance.com>

To: Emilie Brunn <emilie.brunn@protonmail.com>

Subject: Re: Data Entry Job Opportunity

Hi Emilie,

I've just sent the upfront payment to your Monero wallet. You can go ahead and start the project now.

If you have any questions or need any assistance along the way, don't hesitate to reach out.

Good luck!

Jason

--

Jason Tucker

SKYPE: jtucker001

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.