**KARISH & BJORUGM, PC**
A. ERIC BJORGUM (State Bar No. 198392)
Eric.bjorgum@kb-ip.com
MARC KARISH (State Bar No. 205440)
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone:  (213) 785-8070
Facsimile:   (213) 995-5010

Attorneys for Plaintiff
MG PREMIUM LTD.

## UNITED STATES DISTRICT COURT
## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-20, d/b/a GOODPORN.TO<br><br>Defendants. | Case No.  2:21-cv-8533<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT OF LIZETTE LUNDBERG; DECLARATION OF A. ERIC BJORGUM IN SUPPORT THEREOF**<br><br>Judge:  Hon. Marc Scarsi<br>Date: N/A<br>Courtroom: Courtroom 7C, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012 |

1      Pursuant to Fed.R.Civ.P. 55(a), and this Court's Order of June 22, 2023 (Dkt.
2 No. 114), Plaintiff hereby requests that the Court order the Clerk to enter default in
3 this matter against defendant LIZETTE LUNDBERG on the ground that she violated
4 the June 22 Order by not providing a phone number or P.O. Box. contact information.
5 The Court's Order stated: "Failure to [provide the contact information] will result in
6 entry of default against Lundberg. Fed. R. Civ. P. 55(a). The Court will deem
7 Lundberg's continued failure to provide her contact information as tantamount to
8 refusing to defend this action."
9      As further explained in the Declaration below, Lundberg has failed to provide
10 that information and has instead filed a truly *sui generis* request that the Court or
11 Plaintiff pay for the P.O. Box and phone number. For these reasons, and those
12 explained below (including her co-Defendant's recent failure to appear at a court-
13 ordered deposition, after only making himself available at 3:30 AM), Plaintiff
14 requests that this Court enter Lundberg's default.

Dated: July 10, 2023                 KARISH & BJORGUM, PC

By:   /s/ A. Eric Bjorgum
      A. Eric Bjorgum
      Attorneys for Plaintiff MG Premium Ltd.

# DECLARATION OF A. ERIC BJORGUM

I, A. Eric Bjorgum, under penalty of perjury of the laws of the United States, declare and state as follows:

1. I am a partner at Karish & Bjorgum, PC, attorneys for Plaintiff in the above-entitled matter. I am a Citizen of the United States, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. On June 22, 2023, (Dkt. No. 114), this court entered an order denying Defendant Lizette Lundberg's Motion "Stay Anonymous And To Use Email For Litigation Processing." The Order also stated:

> The Court orders Lundberg to provide a working mailing address and phone number within seven days of this order. Failure to do so will result in entry of default against Lundberg. Fed. R. Civ. P. 55(a). The Court will deem Lundberg's continued failure to provide her contact information as tantamount to refusing to defend this action."

3. On July 2, 2023, Lundberg served and filed a document entitled "Defendant's Response To The Court Order Dated June 22, 2023." (Dkt. No. 124.) In that document Lundberg did not include the PO Box or phone number. Instead she claimed financial hardship in obtaining those items. She further wrote:

> The Defendant asks the Court and the Plaintiff to assist in covering the costs with obtaining a temporary phone and P.O. Box. The Defendant believes that these considerations are in the justice and respectfully request the Court's understanding and assistance in this matter.

4. This response is in violation of Court's Order, and it is not credible. There has been no prior indication that Lundberg is in financial hardship. She has attempted to bring counterclaims in this federal action in another country. She has

filed many documents. She has claimed that she was approached by Plaintiff's agent to do freelance work submitting DMCA notices.  In short, "Lundberg," if she exists at all, is sophisticated enough to earn enough money to obtain a PO Box and simple cell phone.

5. Further, Lundberg has been on notice of this issue before and did not bring up the points regarding financial hardship.  On April 27, 2023 (Dkt. No. 87), the Court noted that "all pro se parties obligation to provide personal contact information on all documents filed with the clerk court stated Lundberg cannot refuse this requirement to avoid allegedly abusive litigation tactics she has not personally encountered in this action."  The Court ordered her to provide a working mail address within fourteen days, which she refused to do but instead brought the Motion to Remain Anonymous.  Despite all of this, Lundberg only brought up the financial hardship issue in her July 2, 2023 filing.

6. Her failure is further evidence of the fraud of all Defendants in this case. Notably, lead Defendant Amrit Kumar was ordered to appear at a deposition no later than June 28, 2023. He would only make himself available at 3:30 AM, so at that early hour, Plaintiff's counsel assembled a videographer, court reporter and Hindi translator.  Kumar began emailing shortly thereafter and claimed he could not log into the deposition (which was run on a simple Zoom session).  He provided a phone number that did not work.  He then offered to try again the next day, and whole scenario repeated itself, this time with Kumar appearing to be logged in but writing that he was unable to get his computer's audio system to work.  When asked by Veritext Tech Support (via email) to try using a cell phone, Kumar wrote that he had a Nokia cell phone (ostensibly because he knew an older Nokia cell phone would not be able to operate the Zoom app).

7. Because this was a direct violation of an order by Mag. Judge Kato, Plaintiff will bring it up on further motion practice with her. Nevertheless, the incident further illustrates that there remain serious questions about whether the Defendants even exist, as Plaintiff's counsel has never been able to speak with any of them.

8. Given this pattern of deception, Lundberg should be allowed no further chances, and her default should be entered.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of July, 2023, at Pasadena, California.

*/s/ A. Eric Bjorgum*
A. Eric Bjorgum

**PROOF OF SERVICE**

1. At the time of service I was over 18 years of age and **not a party to this action**.
2. My business address is: 119 E. Union Street, Suite B, Pasadena, CA 91103
3. On **July 10, 2023,** I served the following document(s):

   1. **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT OF LIZETTE LUNDBERG; DECLARATION OF A. ERIC BJORGUM IN SUPPORT THEREOF**

4. These documents were served by email, per agreement of the parties (and a prior Court
   order allowing email service in this matter (DKT. NO. 22).

> **Amrit Kumar**
> Email: amritkum@proton.me
>
> **Lizette Lundberg**
> Email: liz.lundberg@protonmail.ch
>
> **Emilie Brunn**
> Email: emilie.brunn@protonmail.com

5. The documents were served by the following means (specify):
   a. **By personal service.** I personally delivered the documents to the persons at the addresses listed in Item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some

person not less than 18 years of age between the hours of eight in the morning and six in the evening.

  b. **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in Item 4 and (specify one):

  (1) **deposited** the sealed envelope with the United States Postal Service, with the postage fully prepaid.

  (2) **placed** the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

  **c. X By Email (by agreement and per Court Minute Order ECF No. 22).**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2023, at Pasadena, CA.

/s/ A. Eric Bjorgum
A. Eric Bjorgum

REQUEST FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF