UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-08533-MCS-KK | Date | July 19, 2023 |
| Title | MG Premium Ltd. v. Does d/b/a Goodporn.to et al. | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING REQUEST FOR ENTRY OF DEFAULT (ECF NO. 128)**

After considering Plaintiff MG Premium Ltd.'s request for entry of default against Defendant Lizette Lundberg, (Renewed Req. for Entry of Default, ECF No. 128), the Court ordered Lundberg to submit a working mailing address and telephone number by July 18, 2023 and reserved decision on MG Premium's request, (Prior Order 2, ECF No. 130). Lundberg timely filed a response providing the required contact information. (Lundberg Resp., ECF No. 131.) Given Lundberg's apparent compliance with the Court's order, MG Premium's request for entry of default is denied without prejudice to renewal.

**IT IS SO ORDERED.**