UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-8533-MCS (KKx)** | Date | September 11, 2023 |
|---|---|---|---|
| Title | *MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER (1) for Defendants to Show Cause Why Sanctions Should Not be Entered for Failure to Comply with Court Orders, and (2) VACATING the September 15, 2023 Settlement Conference

On February 22, 2023, this matter was referred to the assigned Magistrate Judge for a settlement conference to be completed no later than September 18, 2023. ECF Docket No. ("Dkt.") 72. On August 15, 2023, the Court issued an Order Regarding Settlement Conference, scheduling an in-person settlement conference for September 6, 2023, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 164.

On August 22, 2023, defendant Amrit Kumar ("defendant Kumar") filed an Ex Parte Application requesting that the settlement conference be cancelled, or, in the alternative, that it "proceed through written submissions or remote means." Dkt. 170.

On August 25, 2023, the Court issued an order granting defendant Kumar's request to hold the settlement conference via video and continuing the settlement conference to September 15, 2023. Dkt. 176. In addition, "in light of the technical difficulty defendant Kumar appears to have experienced attempting to attend his deposition via remote means," the Court ordered the parties to "arrange a time to test their hardware and ability to connect with the Court via video . . . **no later than 4:00 p.m. on Friday, September 8, 2023**." Id. The Court expressly warned the parties that "[t]he failure of any party to comply with this requirement will result in sanctions being imposed and/or the Settlement Conference being ordered off calendar." Id.

On August 30, 2023, counsel for plaintiff MG Premium Ltd. ("Plaintiff"), A. Eric Bjorgum; Plaintiff's representative, Steven Salway; and Plaintiff's consultant, Jason Tucker, tested their

hardware with Judge Kato's Courtroom Deputy, Ms. Maurice, pursuant to the Court's August 25, 2023 Order.

On September 8, 2023, at the time defendant Kumar previously arranged with Ms. Maurice to test his hardware, an individual identifying herself as "Jennifer"[1] connected with the Court via video. This individual did not clarify her relationship to defendant Kumar. Defendant Kumar never personally connected with the Court via video to test his hardware as ordered by the Court. In addition, Defendants Lizette Lundberg ("defendant Lundberg") and Emilie Brunn ("defendant Brunn") did not contact Ms. Maurice to arrange a time to test their hardware and have not conducted a hardware test as ordered by the Court.

First, pursuant to the Court's August 15, 2023 Order, the parties' confidential settlement briefs were due on September 8, 2023. As of this date, however, the Court, has not received a Confidential Settlement Conference Statement from defendant Kumar, defendant Lundberg, or defendant Brunn.[2]

Second, pursuant to the Court's August 25, 2023 Order, the parties were required to personally connect with the Court via video to test the hardware they intended to use for the settlement conference no later than September 8, 2023. As of this date, however, defendants Kumar, Lundberg and Brunn have not connected with this Court via video.

Accordingly, defendants Kumar, Lundberg, and Brunn have failed to comply with at least two Court Orders. Defendants were expressly warned that failure to comply would result in sanctions being imposed and/or the September 15, 2023 settlement conference being ordered off calendar. Dkt. 176. The Court, therefore, ORDERS defendants Kumar, Lundberg, and Brunn to show cause why they should not be sanctioned in the amount of $500 each for their failures to comply with the Court's orders. Defendants Kumar, Lundberg, and Brunn shall file responses to this Order to Show Cause **no later than Friday, September 22, 2023**.

Furthermore, in light of the failure of defendants Kumar, Lundberg, and Brunn to test their hardware and ability to connect with the Court via video as ordered by the Court, the Court VACATES the September 15, 2023 video settlement conference.

**IT IS SO ORDERED.**

cc: Honorable Mark C. Scarsi

---

[1] The individual's last name is not known to the Court.

[2] On September 8, 2023, counsel for Plaintiff, Mr. Bjorgum, contacted the Court via email requesting an extension of the deadline for submitting Plaintiff's confidential settlement brief. The Court granted Mr. Bjorgum's request and extended the deadline to September 11, 2023, at 4:00 p.m.