UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-8533-MCS (KKx)** | Date | September 20, 2023 |
|---|---|---|---|
| Title | *MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Plaintiff's Motion for Sanctions [Dkt. 134]

On October 28, 2021, plaintiff MG Premium Ltd ("Plaintiff") filed a Complaint alleging defendants Does 1-20, d/b/a Goodporn.to, infringed Plaintiff's copyrights in various "adult-oriented audiovisual content." Dkt. 1.

On September 9, 2022, Plaintiff filed a First Amended Complaint ("FAC") against defendants Amrit Kumar ("defendant Kumar"), Lizette Lundberg, Emilie Brunn, and Does 4-20, d/b/a Goodporn.to. Dkt. 30.

On January 3, 2023, defendant Kumar, proceeding pro se, filed an Answer to the FAC. Dkt. 58. On January 26, 2023, defendant Kumar filed an Amended Answer to the FAC. Dkt. 63.

On February 7, 2023, Plaintiff served a Notice of Deposition on defendant Kumar via email for defendant Kumar's deposition to occur via video on February 21, 2023 at 6:30 p.m. PT. Dkt. 81-2, Declaration of A. Eric Bjorgum in support of Motion to Compel ("Bjorgum MTC Decl."), ¶ 8, Ex. C.

On February 16, 2023, Plaintiff's counsel emailed defendant Kumar to confirm whether he would appear for the February 21, 2023 deposition and requested he respond by February 17, 2023. Id., ¶ 11. Defendant Kumar did not respond. Id. Therefore, Plaintiff's counsel cancelled the February 21, 2023 deposition. Id.

On February 21, 2023, Plaintiff served a Notice of Deposition on defendant Kumar via email for defendant Kumar's deposition to occur via video on March 2, 2023 at 6:30 p.m. PT. Id., ¶ 13, Ex. H.

On February 22, 2023, the Court issued a Jury Trial Scheduling Order setting a fact discovery cut-off of July 17, 2023 and a Jury Trial for December 5, 2023.  Dkt. 71.

On March 2, 2023, Plaintiff's counsel appeared for defendant Kumar's deposition as previously noticed.  Bjorgum MTC Decl., ¶ 16.  Defendant Kumar failed to appear.  Id.

On April 20, 2023, Plaintiff filed a Motion to Compel defendant Kumar to appear for a deposition via videoconference, seeking evidentiary and monetary sanctions.  Dkt. 81.

On June 8, 2023, the Court issued an Order granting in part and denying in part Plaintiff's Motion to Compel.  Dkt. 106.  Specifically, the Court ordered defendant Kumar to meet and confer telephonically with Plaintiff regarding mutually agreeable dates for defendant Kumar's deposition, to be held no later than June 28, 2023, and to appear for deposition on the agreed-upon date.  Id.  In addition, the Court ordered defendant Kumar to pay Plaintiff the sum of $4,287.25, as reasonable expenses incurred in bringing the Motion to Compel, no later than July 8, 2023.  Id.  Defendant Kumar was "expressly cautioned that failure to meet and confer telephonically as required by Local Rule and/or failure to appear in person or via video for his deposition as ordered herein will result in monetary, evidentiary, and/or terminating sanctions."  Id.

On June 12, 2023, defendant Kumar emailed Plaintiff's counsel offering to appear for his deposition on June 27, 2023 at 4:00 p.m. India Standard Time ("IST"), which is 3:30 a.m. PT.  Dkt. 134-1, Declaration of A. Eric Bjorgum in support of Motion for Sanctions ("Bjorgum Sanctions Decl."), ¶ 4, Ex. A.

On June 15, 2023, defendant Kumar filed a Motion to Modify the Court's June 8, 2023 Order to (1) permit meet and confer communications to be conducted via email; (2) permit defendant Kumar's deposition to proceed via email; and (3) "reduce or remove" the award of monetary sanctions.  Dkt. 110.

On June 20, 2023, the Court denied defendant Kumar's Motion to Modify the Court's June 8, 2023 Order.  Dkt. 112.  On the same date, Plaintiff's counsel emailed defendant Kumar and requested to begin the deposition on June 27, 2023 at 5:00 a.m. PT (5:30 p.m. IST).  Bjorgum Sanctions Decl., ¶ 8, Ex. D.

On June 21, 2023, defendant Kumar filed a "Corrected" Motion to Modify the Court's June 8, 2023 Order, seeking the same relief the Court had previously denied in its June 20, 2023 Order.  Dkt. 113.

On June 22, 2023, the Court denied defendant Kumar's "Corrected" Motion to Modify the June 8, 2023 Order.  Dkt. 115.

On June 23, 2023, defendant Kumar sent Plaintiff's counsel an email providing a phone number where he could be reached.  Bjorgum Sanctions Decl., ¶ 9, Ex. E.  On the same date, Plaintiff served a Notice of Deposition on defendant Kumar via email for defendant Kumar's deposition to occur via video on June 27, 2023 at 3:30 a.m. PT (4:00 p.m. IST), the time previously proposed by defendant Kumar.  Id., ¶ 9, Ex. F.

On June 27, 2023 at 3:30 a.m. PT (4:00 p.m. IST), Plaintiff's counsel in Healdsburg, California, a court reporter in New York, a videographer in Salt Lake City, a Hindi translator in Los Angeles, and Plaintiff's representatives appeared for defendant Kumar's remote deposition. Id., ¶¶ 11, 12. Defendant Kumar failed to appear. Id., ¶¶ 12, 14, Ex. J.

On the same date, at 8:00 p.m. PT, Plaintiff's counsel, as well as the court reporter, videographer, and Plaintiff's representatives, reconvened to call defendant Kumar to resolve any technical issues. Id., ¶ 15. The translator was ready for a call at 9:00 p.m. PT (9:30 a.m. IST on June 28, 2023). Id. Plaintiff's counsel sent defendant Kumar two emails scheduling the call and asking that he confirm his availability. Id., ¶ 15, Ex. K. Defendant Kumar did not respond to Plaintiff's counsel's emails. Id.

On the same date, Plaintiff served a Notice of Deposition on defendant Kumar via email for defendant Kumar's deposition to occur via video on June 28, 2023 at 3:00 a.m. PT (3:30 p.m. IST). Id., ¶ 16, Ex. M.

On June 28, 2023 at 3:00 a.m. PT, Plaintiff's counsel, the court reporter, videographer, translator, and Plaintiff's representatives appeared for defendant Kumar's deposition. Id., ¶ 17. Defendant Kumar failed to appear. Id., ¶ 18, Ex. O.

On July 23, 2023, Plaintiff filed the instant Motion seeking terminating sanctions or, in the alternative, evidentiary sanctions, as well as monetary sanctions, based on defendant Kumar's failure to comply with the Court's June 8, 2023 Order requiring defendant Kumar to (a) meet and confer via telephone; (b) appear for his deposition via video no later than June 28, 2023; and (c) pay Plaintiff the sum of $4,287.25 as reasonable expenses. Dkt. 134.

On August 3, 2023, defendant Kumar filed an Opposition to the Motion, claiming he "encountered substantial technical difficulties that impeded his ability to participate effectively" in the deposition. Dkt. 156 at 5. Defendant Kumar asserts he "proposed to continue the deposition to a later date, allowing sufficient time for the technical issues to be fully addressed and resolved." Id.

On August 10, 2023, Plaintiff filed a Reply in support of the Motion. Dkt. 158.

///

///

///



In light of defendant Kumar's alleged technical difficulties and his representation that he is amenable to "continu[ing] the deposition to a later date" that would "allow[] sufficient time for the technical issues to be fully addressed and resolved," the Court **ORDERS** as follows:

1. **Within three (3) days of the date of this Order**, Plaintiff's counsel shall email defendant Kumar with three (3) proposed dates for a deposition by videoconference

    to be held **no later than October 4, 2023**.[1] **Within 48 hours of receiving Plaintiff's counsel's email**, defendant Kumar shall respond to confirm the date and time he is available for the deposition. **Within 24 hours of receiving defendant Kumar's email**, Plaintiff's counsel shall confirm the date and time of defendant Kumar's deposition. **Defendant Kumar shall thereafter appear for his deposition on the date agreed to by the parties.**

2. **It is defendant Kumar's responsibility to resolve any technical issues in advance of the agreed-upon date and ensure he is able to connect to Veritext via video for his deposition**. Failure to meet this requirement in a way that prevents the deposition from moving forward on the agreed-upon date shall be considered a failure to appear at the deposition.

   **Defendant Kumar is expressly cautioned that if he fails to appear for his deposition by October 4, 2023, the Court will recommend the District Judge grant Plaintiff's Motion for Sanctions, including the request for terminating sanctions**. See Fed. R. Civ. P. 37(b)(2)(A).

3. **Within seven (7) days of the date of defendant Kumar's deposition**, Plaintiff shall file a status report regarding the deposition.

**IT IS SO ORDERED.**

cc: Honorable Mark C. Scarsi

---

[1] Pursuant to a forthcoming order from Judge Scarsi, the discovery cut-off will be extended for the limited purpose of Plaintiff taking defendant Kumar's deposition.