Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Defendant pro se

**FILED**
CLERK, U.S. DISTRICT COURT

11/20/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus,<br><br>            Plaintiff,<br>vs.<br><br>AMRIT KUMAR<br>, d/b/a GOODPORN.TO,<br><br>            Defendant | Case No.: 2:21-cv-08533-MCS-SPx<br><br><br>**OBJECTION TO THE PLAINTIFF'S STATUS REPORT REGARDING THE DEPOSITION OF AMRIT KUMAR** |

In response to the Notice of Filing of Magistrate Judge's Report and Recommendation (COA) dated October 20, 2023, and in compliance with the

deadline of November 20, 2023, this report is submitted by Amrit Kumar. This document serves as a formal objection to the plaintiff's status report regarding Mr. Kumar's deposition. It presents Mr. Kumar's perspectives, addresses various aspects related to the deposition process, and provides counter-arguments against the events as depicted in the plaintiff's report. The aim of this report is to articulate Mr. Kumar's objections and offer the court a comprehensive understanding of the circumstances from his viewpoint, which is essential in ensuring a fair and informed decision-making process.

## I. INTRODUCTION

This report, prepared by Mr. Amrit Kumar, the Pro Se Defendant in the ongoing copyright lawsuit at the California Central District Court, provides a comprehensive account of the circumstances and issues encountered during the deposition process that was scheduled to take place via the Veritext platform.

Mr. Kumar is submitting this report on November 20th, in compliance with the court's stipulated deadline. The report is being filed in accordance with the instructions of the Electronic Document Submission System (EDSS) as found on https://apps.cacd.uscourts.gov/edss. In light of previous instances where the court staff has inaccurately recorded the filing dates for defendants, Mr. Kumar would like to emphasize that this report has been filed within the court's deadline. Therefore, should the court staff inadvertently set the wrong date, it is on record that Mr. Kumar has fulfilled his obligation to file his report on time.

The report addresses various concerns related to the deposition process, including time zone differences, language barriers, technical challenges encountered with the Veritext platform, and Mr. Kumar's compliance with court

orders. This document is intended to provide the court a thorough understanding of the difficulties faced by Mr. Kumar during the deposition process, his efforts to rectify them, and his adherence to the court's instructions.

## II. TIME ZONE DIFFERENCES AND DEPOSITION SCHEDULING

### A. Issues with Time Zone Differences

The scheduling of the deposition brought to light some challenges regarding time zone differences between the plaintiff and Mr. Kumar. The plaintiff seems to operate under the assumption that all regions on Earth share the same timezone. This belief led to the plaintiff expressing concerns over the timing of the deposition, implying that Mr. Kumar was intentionally choosing a time that falls in the middle of the night from the plaintiff's perspective.

However, Mr. Kumar, based in India, is operating on Indian Standard Time (IST), while the plaintiff is on Pacific Standard Time (PST). The time chosen for the deposition, while being in the middle of the night for the plaintiff, is in the middle of the day for Mr. Kumar.

One potential solution to this dilemma could have been for one of the parties to travel to the other's location to align the time zones. However, for Mr. Kumar, an Indian citizen, obtaining a U.S. visa for this purpose presents significant difficulties. Conversely, the plaintiff could have feasibly obtained an Indian Visa and traveled to India to conduct the deposition in the same timezone. In this scenario, while the plaintiff had the capability to adjust his location and align with Mr. Kumar's timezone, Mr. Kumar did not have the same luxury due to visa restrictions for Indian citizens.

**B. Court Privileges to the Plaintiff**

In this case, the court granted the plaintiff the privilege of proposing the dates for the deposition, See Dkt. 180 at 3-4 (filed Sept. 20, 2023). Mr. Kumar agreed on the proposed date. However, despite this privilege being granted to the plaintiff, they expressed dissatisfaction with the time zone

This dissatisfaction seemed to stem from the timezone differences. However, as Mr. Kumar has previously stated, the plaintiff had the option of traveling to India, where obtaining a visa is relatively easier compared to Mr. Kumar's potential struggles in obtaining a U.S. visa. This would have allowed the plaintiff to align with Mr. Kumar's timezone.

Mr. Kumar chose the deposition time based on his availability in the IST timezone. While this time may not have been ideal for the plaintiff in the PST timezone, it is important to note that Mr. Kumar's ability to adjust his schedule or location was significantly limited.

## III. LANGUAGE BARRIER AND RESPONSIBILITY OF TRANSLATION

A significant challenge that could have arisen during the deposition process was the language barrier between Mr. Kumar and the plaintiff. Mr. Kumar, being a non-native English speaker, primarily communicates in his native Indian language. This posed a significant challenge for the deposition, as conducting it in English — a language in which Mr. Kumar is not proficient enough for complex legal matters — would not have been practical.

In this context, the responsibility of hiring a translator becomes crucial. Given that the deposition was requested by the plaintiff, it is logical that the onus of arranging for a translator should fall on the plaintiff. The translation is not a necessity for Mr. Kumar, who would be providing his deposition in his native language, but is instead a requirement for the plaintiff to understand Mr. Kumar's statements. Therefore, it would make sense for the plaintiff to bear the cost and responsibility of arranging a translator for the deposition.

## IV. TECHNICAL CHALLENGES WITH VERITEXT

### A. Initial Contact with Veritext

As part of the deposition process, Mr. Kumar had to interface with the Veritext platform. Given that the deposition was to be conducted remotely, it was critical that the chosen platform functioned effectively to ensure a smooth and uninterrupted deposition.

Mr. Kumar initiated contact with Veritext a week prior, on September 26, 2023, to the scheduled deposition date. See Exhibit A. This proactive approach was taken to identify and resolve any potential technical issues well in advance of the deposition. Unfortunately, despite Mr. Kumar's timely efforts, the support provided by Veritext did not prove to be particularly helpful in resolving the technical issues.

### B. Inability of Veritext to Fix Issues

Objection to the Plaintiff's Status Report Regarding the Deposition of Amrit Kumar

Throughout the troubleshooting process, Veritext demonstrated a significant inability to rectify the technical issues that Mr. Kumar encountered. Despite multiple attempts at communication and the provision of relevant information to facilitate issue resolution, Veritext was unable to provide a satisfactory solution, see Exhibit B.

This inability was largely due to the fact that Veritext uses a third-party software, namely "Zoom," for conducting depositions. As Veritext does not have direct control over the functioning of this software, their capacity to address and fix the issues was severely limited. This resulted in persistent technical problems which could not be resolved by Veritext, leading to a disruption in the deposition process.

## C. Incompetence of Veritext

Mr. Kumar's experiences with Veritext revealed a concerning level of incompetence on the part of the company. Despite being in the business of providing a platform for legal proceedings such as depositions, Veritext failed to address and resolve the technical issues that arose.

Importantly, these issues were not isolated incidents. Mr. Kumar had previously reported similar problems during his last deposition, which took place months ago. Despite having ample time to fix these issues, Veritext failed to do so. Please See Dkt. 156, Ex. C, Parts 1 and 2 for more details regarding these communications with Veritext.

Much of the support offered by Veritext consisted of generic, canned responses that did not directly address Mr. Kumar's specific issues. This lack of tailored assistance suggested a limited understanding of the technical issues at hand

and a lack of initiative in liaising with Zoom, the third-party software they use for depositions, to rectify the problems.

Veritext's lack of proactivity in problem-solving was further evident when considering that their reported issues were not forwarded to Zoom Video Communications, Inc., the creator of the software used for the depositions. It appears that the tickets raised by Mr. Kumar were disregarded, rather than being forwarded to Zoom's customer support for resolution.

This pattern of unresolved technical difficulties and lackluster customer support has significantly impacted the deposition process and contributes to Veritext's poor reputation. This is reflected in Veritext's overall rating on Yelp, a well-known directory for real customer reviews, where it has received a rating of just 1 out of 5 stars. The negative reviews about Veritext can be read at the following link: Veritext Yelp Reviews https://www.yelp.com/biz/veritext-legal-solutions-livingston. See Exhibit C.

## D. Plaintiff's Choice of Veritext Despite Known Issues

Mr. Kumar would like to highlight that the plaintiff deliberately chose Veritext for conducting the deposition despite being aware of their history of technical issues and incompetence. The first deposition with Mr. Kumar was not completed due to errors and bugs within Veritext's system. Despite this, the plaintiff insisted on using the same company for the second deposition.

Veritext's poor reputation and low ratings among its clients were well-known and easily accessible, yet the plaintiff chose to engage their services again. This suggests that the plaintiff's intention was not to successfully conduct the deposition, but rather to set it up for failure.

By choosing a company known for its technical issues and incompetence, the plaintiff seems to have deliberately created a situation where the deposition was likely to fail. This raises concerns about the plaintiff's intentions, suggesting a potential strategy to seek sanctions against Mr. Kumar by ensuring the deposition process was unsuccessful.

### E. Mr. Kumar's Attempts to Inform the Plaintiff about Veritext's Incompetence

Recognizing Veritext's inability to resolve the technical issues with the Zoom software, Mr. Kumar took the initiative to inform the plaintiff about these persistent problems. In an email sent on Friday, September 29, four days before the scheduled deposition date of October 2, 2023, Mr. Kumar clearly stated that Veritext was unable to fix the issues. See Exhibit D.

The intention behind this communication was to prevent the plaintiff from unnecessarily booking Veritext for the deposition and hiring a translator, thereby saving time and money. On Thursday, September 28, Mr. Kumar had already informed the plaintiff via email that if it became clear that Veritext could not rectify the issues, he would relay this information to prevent the plaintiff from making unnecessary arrangements. See Exhibit E.

Despite these clear communications about the technical challenges with Veritext, the plaintiff chose to proceed with the same platform for the deposition.

### V. PLAINTIFF'S INEFFECTIVE SOLUTIONS

### A. Plaintiff's Offer of Translator to Veritext

8

In addressing the challenges associated with the deposition, the plaintiff proposed providing a translator to Veritext. While this offer may seem helpful at first glance, it fails to address the core issues at hand.

The primary issue with Veritext was not a language barrier but their technical incompetency. Providing a translator would do little to rectify the technical issues inherent in the Zoom software that Veritext used for conducting depositions.

Furthermore, it should be noted that Mr. Kumar was effectively communicating with Veritext, and there were no issues of miscommunication or comprehension in the written tickets and messages exchanged. Thus, offering a translator in this context was not only unnecessary but also ineffective in addressing the main challenges faced in the deposition process.

As such, the plaintiff's offer of a translator to Veritext was an ineffective solution that did not address the main challenges faced in the deposition process.

Contrary to the plaintiff's claims, Mr. Kumar did not receive any calls from either the plaintiff or their translator.


**B. Plaintiff's Request for Veritext Support Staff Names**


The plaintiff requested the names of the Veritext support staff members that Mr. Kumar was in contact with. However, this request does not contribute to resolving the issues at hand.

The technical issues were inherent within the Zoom software used by Veritext for the deposition, a platform over which neither Mr. Kumar nor the plaintiff had any control. The plaintiff was not in a position to assist with or change

anything regarding the debugging of Veritext's platform. Therefore, knowing the names of the support staff members that Mr. Kumar interacted with would not have facilitated any resolution.

Moreover, it's important to note that Mr. Kumar was not required to disclose these names to the plaintiff. The interactions with Veritext support were directly related to Mr. Kumar's attempts to resolve the technical issues, and the details of these interactions were irrelevant to the plaintiff.

In this context, the plaintiff's request for the names of Veritext support staff was an ineffective solution and did not aid in addressing the main challenges faced in the deposition process.

However, for the sake of transparency and to support his claim of being in contact with Veritext support for over a week, Mr. Kumar has included all email exchanges and the names of the Veritext representatives he was in contact with in this report. See Exhibit B.

## VI. COMPLIANCE WITH COURT ORDERS

### A. Sanction Payment to MG Premium Ltd

In accordance with the court's order, Mr. Kumar was directed to make a sanction payment to the plaintiff, MG Premium Ltd. Mr. Kumar fully intended and was prepared to comply with this order.

However, during the process of making the sanction payment, the plaintiff's counsel, Eric Bjorgum, insisted that the payment should be made to him or his firm. This directive was in violation of the court order, which clearly stipulated that the payment should be made to the plaintiff, MG Premium Ltd. See DKt. 106.

Objection to the Plaintiff's Status Report Regarding the Deposition of Amrit Kumar

Mr. Kumar advised Mr. Bjorgum that he was obligated to follow the court's instructions and expressed his willingness to send the payment directly to the plaintiff, MG Premium Ltd. However, Mr. Bjorgum insisted that the payment should be made to him first, and then he would forward it to MG Premium Ltd, contrary to the instructions of the court order. To this end, Mr. Kumar requested that Mr. Bjorgum provide a retainer agreement or a letter of representation confirming his authorization to receive the payment on behalf of MG Premium Ltd. This request was made to ensure that the plaintiff's counsel had explicit authorization from MG Premium Ltd to receive the payment on their behalf.

The letter provided by Mr. Bjorgum was insufficient as it lacked a handwritten signature, the specific position of the person within MG Premium Ltd, and any official company documentation. In view of these deficiencies, Mr. Kumar requested additional supporting information to verify the authenticity of the authorization and to ensure his compliance with the court order.

## B. Request for Authorization and Verification of Mr. Andreou's Status

In an attempt to facilitate the sanction payment to MG Premium Ltd, the plaintiff's counsel, Eric Bjorgum, provided a short letter from Mr. Andreou, who claimed to be a director of MG Premium Ltd. The letter was intended to serve as an authorization for the payment redirection. However, the letter was vague, lacked a handwritten signature, and did not provide any specific details about Mr. Andreou's role within MG Premium Ltd.

Due to these ambiguities and in the light of previous incidents - notably the incident involving Feras Antoon who initially claimed to be the CEO of MG Premium Ltd and later denied it - Mr. Kumar was cautious. He sought further

verification of Mr. Andreou's status within the company to ensure his compliance with the court order and to prevent potential misrepresentation.

Mr. Kumar requested the following:

- Official company documentation listing Mr. Andreou as a director

- A letter from MG Premium Ltd on company letterhead confirming his director role

- Minutes from a board meeting appointing and approving Mr. Andreou as director

Moreover, he asked Mr. Andreou to provide clarification on his specific job title and role within MG Premium Ltd. Stating simply "Director" was deemed insufficient and vague.

Mr. Kumar's intention was to ascertain the authenticity of the authorization and Mr. Andreou's status within MG Premium Ltd. This diligence was to ensure that the sanction payment made by him would be in full compliance with the court order.

**C. Plaintiff's Failure to Provide Payment Information**

According to the court order, Mr. Kumar was directed to make the sanction payment directly to the plaintiff, MG Premium Ltd. In order to comply with this order, it was incumbent upon the plaintiff to provide Mr. Kumar with the appropriate payment information. In this case, this would involve providing the payment details of MG Premium Ltd suitable for international wire transfers. Despite repeated requests by Mr. Kumar for MG Premium Ltd's payment information, Mr. Bjorgum has refused to provide it. The plaintiff's counsel, Eric Bjorgum, failed to provide the necessary payment information for MG Premium

Objection to the Plaintiff's Status Report Regarding the Deposition of Amrit Kumar

Ltd. Instead, he insisted on receiving the payment himself or through his firm, which was a clear divergence from the court's directive.

Despite this, Mr. Kumar went above and beyond his obligations in an attempt to ensure compliance with the court order. He even put himself at risk by considering the possibility of sending the payment to other individuals instead of directly to the plaintiff as directed by the court.

The plaintiff's counsel did not provide any meaningful reason for not supplying the payment information of MG Premium Ltd. This has led to unnecessary delays, as the payment could have been made months ago if the proper information had been provided.

This demonstrates Mr. Kumar's willingness to comply with court orders and his efforts to resolve matters in a timely fashion, despite the difficulties presented by the plaintiff's counsel.

Communication between Mr. Kumar and Mr. Bjorgum regarding the payment information and the method of paying the sanction amount can be found in Exhibit F.

## VII. SEQUENCE OF EVENTS

1. Mr. Kumar's first deposition took place on June, 2023.

2. Mr. Kumar managed to connect to the deposition, which was performed by Veritext. However, his video and voice were not being transmitted by the application that Veritext was using.

3. Mr. Kumar was in contact with Veritext to fix the issues. However, Veritext was unable to resolve these issues. The tickets and emails regarding this

Objection to the Plaintiff's Status Report Regarding the Deposition of Amrit Kumar

matter are detailed in the documents filed. Please see Dkt. 156, Ex. C, Parts 1 and 2.

4. The deposition was not successfully completed due to issues with Veritext's software.

5. Veritext was using a third-party software called Zoom for the deposition.

6. Mr. Kumar suggested working on the issues with Veritext until they were fixed. The plaintiff declined this suggestion and filed a motion for sanction.

7. The court issued an order setting a new date for the deposition.

8. The plaintiff was instructed to suggest three dates for the deposition, and the defendant was to pick one.

9. Mr. Kumar chose one of the dates and informed the plaintiff of his availability.

10. Mr. Kumar began contacting Veritext and raised concerns about the issues he had experienced with them in the past.

11. Veritext responded with some basic general guidance and troubleshooting advice.

12. Mr. Kumar requested a test deposition before the actual deposition, and Veritext set it up.

13. After several attempts, Mr. Kumar managed to connect to the Veritext test deposition, but no audio feed was being transferred. His video feed was also not being transmitted.

14. There were many back-and-forth emails with Veritext about the issue, but Veritext was unable to fix any of them.

15. Veritext, not being the creator of the third-party software, Zoom, that they were using, proved ineffective when the software did not work as intended.

16. Four days before the deposition was scheduled to take place, Mr. Kumar informed the plaintiff that if it became clear to him that Veritext was unable to fix the issues, he would advise the plaintiff not to book anything for the deposition to avoid wasting time and money.

17. The next day, Mr. Kumar informed the plaintiff that the issues with Veritext had not been resolved and asked the plaintiff not to make any bookings for the deposition.

18. Despite knowing that the deposition could not proceed due to the problems with Veritext, the plaintiff refused to cancel and decided to proceed.

19. The deposition took place, and Amrit Kumar joined the meeting.

20. While Mr. Kumar could see the video feed of the deposition, no audio was being transferred either way, and his video feed was not broadcasting. See Exhibit G.

21. Mr. Kumar was in the meeting and in constant contact with Veritext support and the plaintiff, attempting to fix the issues that Veritext had failed to resolve during 3-4 deposition meetings and tests performed by Mr. Kumar.

22. After about an hour into the meeting, the plaintiff gave up, left the meeting, and closed the deposition session.

23. Mr. Kumar suggested continuing the deposition until Veritext resolved the issue, but Mr. Bjorgum declined. See Exhibit H.

## VIII. CONCLUSION

In conclusion, the events leading up to, during, and following the deposition highlight a series of challenges and missteps, primarily on the part of Veritext and the plaintiff. Despite Mr. Kumar's proactive attempts to resolve the technical issues

with Veritext, the company's incompetence and inability to address these problems resulted in unsuccessful deposition sessions.

The plaintiff's refusal to consider alternate solutions, insistence on using a poorly rated service, and ineffective proposals further complicated the situation. Additionally, the plaintiff's failure to provide adequate payment information for the sanction payment to MG Premium Ltd, despite Mr. Kumar's willingness to comply with the court's order, added unnecessary delays and confusion.

Mr. Kumar has shown his commitment to resolving these issues and complying with court orders throughout this process. He respectfully submits this report for the court's consideration, hoping it sheds light on the challenges encountered during the deposition process and helps in making an informed decision on the next steps.


Respectfully submitted,

Amrit Kumar

Pro Se Defendant


## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.


Dated: November 20, 2023

<u>/s/ Amrit Kumar</u>

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

### CERTIFICATE OF SERVICE

I hereby certify that on 11/20/2023, copies of the foregoing document have been sent to all the parties at the following addresses:

KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

Emilie Brunn
Emilie.brunn@protonmail.com

Lizette Lundberg
Liz.lundberg@protonmail.ch

Dated: November 20, 2023

/s/ Amrit Kumar

AMRIT KUMAR

Objection to the Plaintiff's Status Report Regarding the Deposition of Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Objection to the Plaintiff's Status Report Regarding the Deposition of Amrit Kumar

# Exhibit A

# Re: Deposition Access Problem

| | |
|---|---|
| From | Alejandro Bastidas <support@veritext.com> |
| To | amritkum@proton.me |
| Date | Tuesday, June 27th, 2023 at 11:19 AM |

Hello,

We can assist with your access, do you have the assignment number or case caption and witness name?

Thanks

*Is there anything else we can do for you today?*


**Jeff Koishor**
Product Support Supervisor
------------------------------------------------------
**VERITEXT**
**290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039**
**Toll Free Support 866.642.9574**
support@veritext.com
www.veritext.com

> On June 27, 2023 at 6:39 AM EDT amritkum@proton.me wrote:
>
> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Dear Veritext Support,
>
> I am scheduled to participate in a deposition today at 4:00 PM IST via your platform. However, when I attempt to access the proceeding through the provided link, I encounter an error message stating, "UH OH, SOMETHING'S NOT RIGHT. There is a problem accessing this proceeding."
>
> Can you assist me in resolving this issue?
>
> Sincerely,
> Amrit Kumar

## Re: Deposition Access Problem

| | |
|---|---|
| From | amritkum@proton.me <amritkum@proton.me> |
| To | Alejandro Bastidas<support@veritext.com> |
| Date | Tuesday, June 27th, 2023 at 12:15 PM |

Hello,

The title of the case is MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to. To the best of my knowledge, the witness is TBD.

Please let me know if you can resolve this issue.

Sincerely,
Amrit Kumar


------- Original Message -------
On Tuesday, June 27th, 2023 at 11:19 AM, Jeff Koishor <support@veritext.com> wrote:

> Hello,
>
> We can assist with your access, do you have the assignment number or case caption and witness name?
>
> Thanks
>
> *Is there anything else we can do for you today?*
>
>
> **Jeff Koishor**
> Product Support Supervisor
> --------------------------------------------------------
> **VERITEXT**
> **290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039**
> **Toll Free Support 866.642.9574**
> support@veritext.com
> www.veritext.com
>
>> On June 27, 2023 at 6:39 AM EDT amritkum@proton.me wrote:
>>
>>
>>> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>>
>> Dear Veritext Support,

I am scheduled to participate in a deposition today at 4:00 PM IST via your platform. However, when I attempt to access the proceeding through the provided link, I encounter an error message stating, "UH OH, SOMETHING'S NOT RIGHT. There is a problem accessing this proceeding."

Can you assist me in resolving this issue?

Sincerely,
Amrit Kumar

## Re: Deposition Access Problem

| | |
|---|---|
| From | amritkum@proton.me <amritkum@proton.me> |
| To | Alejandro Bastidas<support@veritext.com> |
| Date | Tuesday, September 26th, 2023 at 1:01 AM |

Dear Veritex,

This is a follow up email.

I have another deposition scheduled for October 2nd.

I have sent you several tickets and emails with the aim of resolving issues with your software so that I can connect to the video conferencing platform.

Unfortunately, my last attempt to connect failed, indicating that your software is still not functioning correctly.

Can you please confirm whether these issues have been resolved?

Sincerely,

Amrit Kumar


------- Original Message -------
On Tuesday, June 27th, 2023 at 11:19 AM, Jeff Koishor <support@veritext.com> wrote:

> Hello,
>
> We can assist with your access, do you have the assignment number or case caption and witness name?
>
> Thanks
>
> *Is there anything else we can do for you today?*
>
>
> **Jeff Koishor**
> Product Support Supervisor
> --------------------------------------------------------
> **VERITEXT**
> **290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039**
> **Toll Free Support 866.642.9574**
> support@veritext.com
> www.veritext.com

On June 27, 2023 at 6:39 AM EDT amritkum@proton.me wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support,

I am scheduled to participate in a deposition today at 4:00 PM IST via your platform. However, when I attempt to access the proceeding through the provided link, I encounter an error message stating, "UH OH, SOMETHING'S NOT RIGHT. There is a problem accessing this proceeding."

Can you assist me in resolving this issue?


Sincerely,
Amrit Kumar

# Re: Deposition Access Problem

| From | Alejandro Bastidas <support@veritext.com> |
|------|-------------------------------------------|
| To   | amritkum@proton.me |
| Date | Tuesday, September 26th, 2023 at 2:11 AM |

Hi Amrit,

Apologies for the ongoing issue. Please reach out to 855-440-4861 or remote@veritext.com for assistance. They are available between the hours of 8 AM and 8:30 PM ET Monday through Friday.

Thank you,

*Is there anything else we can do for you today?*
**Connor Hillis**

Product Support Associate

---------------------------------------------------

**VERITEXT**

**290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039**

**Toll Free Technical Support 866.642.9574**

support@veritext.com

www.veritext.com

> On September 25, 2023 at 9:02 PM EDT amritkum@proton.me wrote:
>
> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Dear Veritex,
>
> This is a follow up email.
>
> I have another deposition scheduled for October 2nd.
>
> I have sent you several tickets and emails with the aim of resolving issues with your software so that I can connect to the video conferencing platform.
>
> Unfortunately, my last attempt to connect failed, indicating that your software is still not functioning correctly.
>
> Can you please confirm whether these issues have been resolved?
>
> Sincerely,
>
> Amrit Kumar

------- Original Message -------
On Tuesday, June 27th, 2023 at 11:19 AM, Jeff Koishor <support@veritext.com> wrote:

Hello,

We can assist with your access, do you have the assignment number or case caption and witness name?

Thanks

*Is there anything else we can do for you today?*


**Jeff Koishor**
Product Support Supervisor
-------------------------------------------------
**VERITEXT**
**290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039**
**Toll Free Support 866.642.9574**
support@veritext.com
www.veritext.com

> On June 27, 2023 at 6:39 AM EDT amritkum@proton.me wrote:
>
> > This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Dear Veritext Support,
>
> I am scheduled to participate in a deposition today at 4:00 PM IST via your platform. However, when I attempt to access the proceeding through the provided link, I encounter an error message stating, "UH OH, SOMETHING'S NOT RIGHT. There is a problem accessing this proceeding."
>
> Can you assist me in resolving this issue?
>
> Sincerely,
> Amrit Kumar

## Re: Assistance Required with Software Connection Issue

| From | Alejandro Bastidas <support@veritext.com> |
|---|---|
| To | amritkum@proton.me , Remote Support<remote@veritext.com> |
| Date | Tuesday, September 26th, 2023 at 11:19 AM |

Amrit,

Would you know the assignment number or the witness and case caption?

We can look into this for you.

***Is there anything else we can do for you today?***

**Jeff Koishor**
Product Support Supervisor
-------------------------------------------------------
**VERITEXT**
**290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039**
**Toll Free Support 866.642.9574**
support@veritext.com
www.veritext.com

> On September 26, 2023 at 5:53 AM EDT amritkum@proton.me wrote:
>
> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Dear Veritext Support Team,
>
> I hope this email finds you well.
>
> I am reaching out to you regarding an ongoing issue with your software that has been preventing me from connecting to the video conferencing platform. I have been in communication with your team through several tickets and emails, but unfortunately, the issue remains unresolved.
>
> I have another deposition scheduled for October 2nd, and it is crucial that this issue is resolved before that time so I can participate effectively.
>
> Could you please look into this matter urgently and provide the necessary assistance to rectify the issue? I am available to discuss this problem further or provide any additional information that you might need.
>
> I look forward to hearing from you soon.

Sincerely,

Amrit Kumar

## Re: Assistance Required with Software Connection Issue

| | |
|---|---|
| From | amritkum@proton.me <amritkum@proton.me> |
| To | Alejandro Bastidas<support@veritext.com> |
| CC | Remote Support<remote@veritext.com> |
| Date | Tuesday, September 26th, 2023 at 4:53 PM |

Hello,

The title of the case was MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to and witness was TBD.

Sincerely,
Amrit Kumar


------- Original Message -------
On Tuesday, September 26th, 2023 at 11:19 AM, Jeff Koishor <support@veritext.com> wrote:

> Amrit,
>
> Would you know the assignment number or the witness and case caption?
>
> We can look into this for you.
>
> **Is there anything else we can do for you today?**
>
>
> **Jeff Koishor**
> Product Support Supervisor
> --------------------------------------------------------
> **VERITEXT**
> **290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039**
> **Toll Free Support 866.642.9574**
> support@veritext.com
> www.veritext.com
>
>> On September 26, 2023 at 5:53 AM EDT amritkum@proton.me wrote:
>>
>>> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>>
>> Dear Veritext Support Team,

I hope this email finds you well.

I am reaching out to you regarding an ongoing issue with your software that has been preventing me from connecting to the video conferencing platform. I have been in communication with your team through several tickets and emails, but unfortunately, the issue remains unresolved.

I have another deposition scheduled for October 2nd, and it is crucial that this issue is resolved before that time so I can participate effectively.

Could you please look into this matter urgently and provide the necessary assistance to rectify the issue? I am available to discuss this problem further or provide any additional information that you might need.

I look forward to hearing from you soon.

Sincerely,

Amrit Kumar

# Exhibit B

# [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| From | veritext@courtroomconnect.zendesk.com <veritext@courtroomconnect.zendesk.com> |
|------|------|
| To | amritkum@proton.me |
| CC | Remote Support<remote@veritext.com>, Alejandro Bastidas<support@veritext.com> |
| Date | Wednesday, September 27th, 2023 at 8:28 PM |

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist

**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the

integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

---

This email is a service from CourtroomConnect. Delivered by Zendesk

[M6X79P-KZVV2]

## Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

From    amritkum@proton.me <amritkum@proton.me>

To      Support<veritext+id836635@courtroomconnect.zendesk.com>

CC      Remote Support<remote@veritext.com>, Alejandro Bastidas<support@veritext.com>

Date    Thursday, September 28th, 2023 at 9:26 PM

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar

------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:

> ##- Please type your reply above this line -##
>
> Your request (836635) has been updated. To add additional comments, reply to this email.
>
> **Cheryl L** (CourtroomConnect)
> Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist

---

**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

---

This email is a service from CourtroomConnect. Delivered by Zendesk

[M6X79P-KZVV2]

# [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| | |
|---|---|
| From | veritext@courtroomconnect.zendesk.com <veritext@courtroomconnect.zendesk.com> |
| To | amritkum@proton.me |
| CC | Alejandro Bastidas<support@veritext.com> |
| Date | Thursday, September 28th, 2023 at 9:31 PM |

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting

my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist


**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

This email is a service from CourtroomConnect. Delivered by <u>Zendesk</u>

[M6X79P-KZVV2]

## Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| | |
|---|---|
| From | amritkum@proton.me <amritkum@proton.me> |
| To | Support<veritext+id836635@courtroomconnect.zendesk.com> |
| Date | Thursday, September 28th, 2023 at 9:54 PM |

The assignment number for the deposition in question is 5990744.

Sincerely,

Amrit Kumar

------- Original Message -------
On Thursday, September 28th, 2023 at 9:31 PM, Teresa S. (Support) <veritext@courtroomconnect.zendesk.com> wrote:

> ##- Please type your reply above this line -##
>
> Your request (836635) has been updated. To add additional comments, reply to this email.
>
> ---
>
> **Teresa S.** (CourtroomConnect)
>
> Sep 28, 2023, 17:31 EDT
>
> Hello Amrit,
>
> Do you have the assignment# for the deposition?
>
> Thank you,
>
> Support Specialist
> Teresa S.
>
> ---
>
> **Amrit Kumar**
>
> Sep 28, 2023, 17:26 EDT
>
> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist


**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

---

This email is a service from CourtroomConnect. Delivered by Zendesk

[M6X79P-KZVV2]

# [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| From | veritext@courtroomconnect.zendesk.com <veritext@courtroomconnect.zendesk.com> |
|------|------|
| To | amritkum@proton.me |
| Date | Thursday, September 28th, 2023 at 10:07 PM |

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

**Chinyere W** (CourtroomConnect)

Sep 28, 2023, 18:07 EDT

Hello Amrit,

We would be happy to test your connection on Friday, you can contact us at (855) 440-4861 or email remote@veritext.com, and we can open a zoom room for you when you are ready.

Thank you,

Chinyere W.
Support Specialist

**Amrit Kumar**

Sep 28, 2023, 17:54 EDT

The assignment number for the deposition in question is 5990744.

Sincerely,

Amrit Kumar


------- Original Message -------
On Thursday, September 28th, 2023 at 9:31 PM, Teresa S. (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the

conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


---

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist


**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

## Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| | |
|---|---|
| From | Alejandro Bastidas <support@veritext.com> |
| To | Support<veritext+id836635@courtroomconnect.zendesk.com>, amritkum@proton.me |
| Date | Friday, September 29th, 2023 at 12:40 PM |

Teresa,

Job is 6128435

Amrit,

Please give us a call today at 855-440-4861 to troubleshoot the issue.

Thank you,

**Is there anything else we can do for you today?**
--------

**Williams Alvarez**

Product Support Supervisor
------------------------------------------------------
VERITEXT
290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039
**Toll Free Support 866.642.9574**
support@veritext.com
www.veritext.com

On September 28, 2023 at 5:31 PM EDT veritext@courtroomconnect.zendesk.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

---

## Teresa S. (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.

---

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar

------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support)
<veritext@courtroomconnect.zendesk.com> wrote:

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist

---

**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

---

This email is a service from CourtroomConnect. Delivered by Zendesk

[M6X79P-KZVV2]

# Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| From | amritkum@proton.me <amritkum@proton.me> |
|------|------------------------------------------|
| To | Support<veritext+id836635@courtroomconnect.zendesk.com>, Remote Support<remote@veritext.com> |
| Date | Friday, September 29th, 2023 at 3:32 PM |

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar

------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

> ##- Please type your reply above this line -##
>
> Your request (836635) has been updated. To add additional comments, reply to this email.
>
> ---
>
> **Chinyere W** (CourtroomConnect)
>
> Sep 28, 2023, 18:07 EDT
>
> Hello Amrit,
>
> We would be happy to test your connection on Friday, you can contact us at (855) 440-4861 or email remote@veritext.com, and we can open a zoom room for you when you are ready.
>
> Thank you,
>
> Chinyere W.
> Support Specialist

**Amrit Kumar**

Sep 28, 2023, 17:54 EDT

The assignment number for the deposition in question is 5990744.

Sincerely,

Amrit Kumar


------- Original Message -------
On Thursday, September 28th, 2023 at 9:31 PM, Teresa S. (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that

they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist


**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital

deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

---

This email is a service from CourtroomConnect. Delivered by Zendesk

[M6X79P-KZVV2]

# Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| From | amritkum@proton.me <amritkum@proton.me> |
|------|------------------------------------------|
| To | Alejandro Bastidas<support@veritext.com> |
| CC | Support<veritext+id836635@courtroomconnect.zendesk.com> |
| Date | Friday, September 29th, 2023 at 3:40 PM |

Dear Williams,

I would like to inform you that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally.

Given these circumstances, it would be most helpful if you could provide me with written instructions via email. This would allow me to understand and follow the steps accurately for troubleshooting and testing the connectivity.

I appreciate your understanding and assistance in this matter.

Best regards,

Amrit Kumar


------- Original Message -------
On Friday, September 29th, 2023 at 12:40 PM, Williams Alvarez <support@veritext.com> wrote:

> Teresa,
>
> Job is 6128435
>
> Amrit,
>
> Please give us a call today at 855-440-4861 to troubleshoot the issue.
>
> Thank you,
>
> **Is there anything else we can do for you today?**
> --------
>
> **Williams Alvarez**

Product Support Supervisor

-------------------------------------------------------

VERITEXT

290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039

**Toll Free Support 866.642.9574**

support@veritext.com

www.veritext.com

On September 28, 2023 at 5:31 PM EDT veritext@courtroomconnect.zendesk.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

---

**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.

---

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar

------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar

------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:

**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist

**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

---

This email is a service from CourtroomConnect. Delivered by Zendesk

[M6X79P-KZVV2]

# [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| | |
|---|---|
| From | veritext@courtroomconnect.zendesk.com <veritext@courtroomconnect.zendesk.com> |
| To | amritkum@proton.me |
| CC | Alejandro Bastidas<support@veritext.com> |
| Date | Friday, September 29th, 2023 at 4:06 PM |

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

**Chinyere W** (CourtroomConnect)

Sep 29, 2023, 12:06 EDT

Hello Amrit,

First, make sure that you have zoom downloaded and updated on your device.

I have opened a test room for you, so to join click on the link below. If it is giving you trouble, you can also use the meeting id and password in the zoom app. Please let me know if you need any further assistance.

Join Zoom Virtual Session

https://veritext.zoom.us/j/82524439670?pwd=3WoTjEbuFVbUPQ5nPeMG321bBhNMQf.1

Meeting ID: 825 2443 9670
Password: 6504283488
One tap mobile
+13126266799,,82524439670#,,1#,6504283488# US (Chicago)
+16465189805,,82524439670#,,1#,6504283488# US (New York)

Dial by your location
+1 312 626 6799 US (Chicago)
+1 646 518 9805 US (New York)
+1 301 715 8592 US (Washington DC)
+1 213 338 8477 US (Los Angeles)
+1 602 753 0140 US (Phoenix)
+1 780 666 0144 Canada

Meeting ID: 825 2443 9670
Password: 6504283488
Find your local number: https://veritext.zoom.us/u/kJMGqqv4f

Chinyere W.
Support Specialist

---

**Amrit Kumar**

Sep 29, 2023, 11:40 EDT

Dear Williams,

I would like to inform you that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally.

Given these circumstances, it would be most helpful if you could provide me with written instructions via email. This would allow me to understand and follow the steps accurately for troubleshooting and testing the connectivity.

I appreciate your understanding and assistance in this matter.

Best regards,

Amrit Kumar


------- Original Message -------
On Friday, September 29th, 2023 at 12:40 PM, Williams Alvarez <support@veritext.com> wrote:

> Teresa,
>
> Job is 6128435
>
> Amrit,
>
> Please give us a call today at 855-440-4861 to troubleshoot the issue.
>
> Thank you,

**Is there anything else we can do for you today?**
--------


**Williams Alvarez**


Product Support Supervisor
---------------------------------------------------
VERITEXT
290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039
**Toll Free Support 866.642.9574**
support@veritext.com
www.veritext.com

---

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar
------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar
------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Chinyere W** (CourtroomConnect)

Sep 28, 2023, 18:07 EDT

Hello Amrit,

We would be happy to test your connection on Friday, you can contact us at (855) 440-4861 or email remote@veritext.com, and we can open a zoom room for you when you are ready.

Thank you,

Chinyere W.
Support Specialist

---

**Amrit Kumar**

Sep 28, 2023, 17:54 EDT

The assignment number for the deposition in question is 5990744.

Sincerely,

Amrit Kumar

------- Original Message -------
On Thursday, September 28th, 2023 at 9:31 PM, Teresa S. (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.

---

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist


**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

# [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| From | veritext@courtroomconnect.zendesk.com <veritext@courtroomconnect.zendesk.com> |
|------|------|
| To | amritkum@proton.me |
| CC | Alejandro Bastidas<support@veritext.com> |
| Date | Friday, September 29th, 2023 at 6:48 PM |

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

**Chinyere W** (CourtroomConnect)

Sep 29, 2023, 14:48 EDT

Hello,

I just want to follow up and make sure that you were able to connect to zoom. If you need assistance still please call us at 855-440-4861, so we can open the room again and help you one on one.

Thank you,

Chinyere W.
Support Specialist

**Chinyere W** (CourtroomConnect)

Sep 29, 2023, 12:06 EDT

Hello Amrit,

First, make sure that you have zoom downloaded and updated on your device.

I have opened a test room for you, so to join click on the link below. If it is giving you trouble, you can also use the meeting id and password in the zoom app. Please let me know if you need any further assistance.

Join Zoom Virtual Session
https://veritext.zoom.us

/j/82524439670?pwd=3WoTjEbuFVbUPQ5nPeMG321bBhNMQf.1

Meeting ID: 825 2443 9670
Password: 6504283488
One tap mobile
+13126266799,,82524439670#,,1#,6504283488# US (Chicago)
+16465189805,,82524439670#,,1#,6504283488# US (New York)

Dial by your location
+1 312 626 6799 US (Chicago)
+1 646 518 9805 US (New York)
+1 301 715 8592 US (Washington DC)
+1 213 338 8477 US (Los Angeles)
+1 602 753 0140 US (Phoenix)
+1 780 666 0144 Canada
Meeting ID: 825 2443 9670
Password: 6504283488
Find your local number: https://veritext.zoom.us/u/kJMGqqv4f

Chinyere W.
Support Specialist

---

**Amrit Kumar**

Sep 29, 2023, 11:40 EDT

Dear Williams,

I would like to inform you that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally.

Given these circumstances, it would be most helpful if you could provide me with written instructions via email. This would allow me to understand and follow the steps accurately for troubleshooting and testing the connectivity.

I appreciate your understanding and assistance in this matter.

Best regards,

Amrit Kumar

------- Original Message -------
On Friday, September 29th, 2023 at 12:40 PM, Williams Alvarez <support@veritext.com> wrote:

> Teresa,
>
> Job is 6128435
>
> Amrit,
>
> Please give us a call today at 855-440-4861 to troubleshoot the issue.
>
> Thank you,
>
>
> **Is there anything else we can do for you today?**
> **--------**
>
> **Williams Alvarez**
>
> Product Support Supervisor
> --------------------------------------------------
> VERITEXT
> 290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039
> **Toll Free Support 866.642.9574**
> support@veritext.com
> www.veritext.com

---

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar
------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar
------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Chinyere W** (CourtroomConnect)

Sep 28, 2023, 18:07 EDT

Hello Amrit,

We would be happy to test your connection on Friday, you can contact us at (855)

440-4861 or email [remote@veritext.com](mailto:remote@veritext.com), and we can open a zoom room for you when you are ready.

Thank you,

Chinyere W.
Support Specialist

---

**Amrit Kumar**

Sep 28, 2023, 17:54 EDT

The assignment number for the deposition in question is 5990744.

Sincerely,

Amrit Kumar

------- Original Message -------
On Thursday, September 28th, 2023 at 9:31 PM, Teresa S. (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.

---

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper

judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist


**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

This email is a service from CourtroomConnect. Delivered by Zendesk

## Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

From    amritkum@proton.me <amritkum@proton.me>

To      Support<veritext+id836635@courtroomconnect.zendesk.com>

CC      Alejandro Bastidas<support@veritext.com>

Date    Friday, September 29th, 2023 at 7:15 PM

Dear Veritext Support,

Thank you for providing the instructions for setting up the video conference. I followed the instructions as given and downloaded the necessary application using the link you provided. However, I encountered an issue when trying to log in to the conference room.

The system displays an error message stating "Invalid meeting id, Please check and try again."

For your reference, I am attaching a screenshot of the error message I received.

Could you kindly assist in resolving this issue?

Best regards,

Amrit Kumar


------- Original Message -------
On Friday, September 29th, 2023 at 4:06 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

> ##- Please type your reply above this line -##
>
> Your request (836635) has been updated. To add additional comments, reply to this email.
>
> ---
>
> **Chinyere W** (CourtroomConnect)
>
> Sep 29, 2023, 12:06 EDT
>
> Hello Amrit,
>
> First, make sure that you have zoom downloaded and updated on your device.
>
> I have opened a test room for you, so to join click on the link below. If it is giving

you trouble, you can also use the meeting id and password in the zoom app. Please let me know if you need any further assistance.

Join Zoom Virtual Session
https://veritext.zoom.us/j/82524439670?pwd=3WoTjEbuFVbUPQ5nPeMG321bBhNMQf.1

Meeting ID: 825 2443 9670
Password: 6504283488
One tap mobile
+13126266799,,82524439670#,,1#,6504283488# US (Chicago)
+16465189805,,82524439670#,,1#,6504283488# US (New York)

Dial by your location
+1 312 626 6799 US (Chicago)
+1 646 518 9805 US (New York)
+1 301 715 8592 US (Washington DC)
+1 213 338 8477 US (Los Angeles)
+1 602 753 0140 US (Phoenix)
+1 780 666 0144 Canada
Meeting ID: 825 2443 9670
Password: 6504283488
Find your local number: https://veritext.zoom.us/u/kJMGqqv4f

Chinyere W.
Support Specialist

---

**Amrit Kumar**

Sep 29, 2023, 11:40 EDT

Dear Williams,

I would like to inform you that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally.

Given these circumstances, it would be most helpful if you could provide me with written instructions via email. This would allow me to understand and follow the steps accurately for troubleshooting and testing the connectivity.

I appreciate your understanding and assistance in this matter.

Best regards,

Amrit Kumar

------- Original Message -------
On Friday, September 29th, 2023 at 12:40 PM, Williams Alvarez <support@veritext.com> wrote:

> Teresa,
>
> Job is 6128435
>
> Amrit,
>
> Please give us a call today at 855-440-4861 to troubleshoot the issue.
>
> Thank you,
>
>
> **Is there anything else we can do for you today?**
> --------
>
> **Williams Alvarez**
>
> Product Support Supervisor
> ----------------------------------------------------
> VERITEXT
> 290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039
> **Toll Free Support 866.642.9574**
> support@veritext.com
> www.veritext.com

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar
------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar

------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

**Chinyere W** (CourtroomConnect)

Sep 28, 2023, 18:07 EDT

Hello Amrit,

We would be happy to test your connection on Friday, you can contact us at (855) 440-4861 or email remote@veritext.com, and we can open a zoom room for you when you are ready.

Thank you,

Chinyere W.
Support Specialist

**Amrit Kumar**

Sep 28, 2023, 17:54 EDT

The assignment number for the deposition in question is 5990744.

Sincerely,

Amrit Kumar


------- Original Message -------
On Thursday, September 28th, 2023 at 9:31 PM, Teresa S. (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting

my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to

your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:

**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist

**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

**16.36 KB**   1 file attached

zoom-1.JPG
16.36 KB

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

## Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

| | |
|---|---|
| From | amritkum@proton.me <amritkum@proton.me> |
| To | Support<veritext+id836635@courtroomconnect.zendesk.com> |
| CC | Alejandro Bastidas<support@veritext.com> |
| Date | Friday, September 29th, 2023 at 7:20 PM |

Dear Chinyere,

Thank you for your follow-up.

I regret to inform you that I was unable to connect to Zoom. I encountered an error message stating "Invalid meeting ID,". I have sent a separate email detailing this issue, along with a screenshot of the error message.

Additionally, I would like to mention that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally. Therefore, I would greatly appreciate if we could continue to communicate via written means to resolve these issues.

Thank you for your understanding, and I look forward to your assistance in resolving this issue.

Best regards,

Amrit Kumar


------- Original Message -------
On Friday, September 29th, 2023 at 6:48 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

> ##- Please type your reply above this line -##
>
> Your request (836635) has been updated. To add additional comments, reply to this email.
>
> ---
>
> **Chinyere W** (CourtroomConnect)
>
> Sep 29, 2023, 14:48 EDT
>
> Hello,
>
> I just want to follow up and make sure that you were able to connect to zoom. If

you need assistance still please call us at 855-440-4861, so we can open the room again and help you one on one.

Thank you,

Chinyere W.
Support Specialist

---

**Chinyere W** (CourtroomConnect)
Sep 29, 2023, 12:06 EDT

Hello Amrit,

First, make sure that you have zoom downloaded and updated on your device.

I have opened a test room for you, so to join click on the link below. If it is giving you trouble, you can also use the meeting id and password in the zoom app. Please let me know if you need any further assistance.

Join Zoom Virtual Session
https://veritext.zoom.us
/j/82524439670?pwd=3WoTjEbuFVbUPQ5nPeMG321bBhNMQf.1

Meeting ID: 825 2443 9670
Password: 6504283488
One tap mobile
+13126266799,,82524439670#,,1#,6504283488# US (Chicago)
+16465189805,,82524439670#,,1#,6504283488# US (New York)

Dial by your location
+1 312 626 6799 US (Chicago)
+1 646 518 9805 US (New York)
+1 301 715 8592 US (Washington DC)
+1 213 338 8477 US (Los Angeles)
+1 602 753 0140 US (Phoenix)
+1 780 666 0144 Canada
Meeting ID: 825 2443 9670
Password: 6504283488
Find your local number: https://veritext.zoom.us/u/kJMGqqv4f

Chinyere W.
Support Specialist

**Amrit Kumar**

Sep 29, 2023, 11:40 EDT

Dear Williams,

I would like to inform you that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally.

Given these circumstances, it would be most helpful if you could provide me with written instructions via email. This would allow me to understand and follow the steps accurately for troubleshooting and testing the connectivity.

I appreciate your understanding and assistance in this matter.

Best regards,

Amrit Kumar


------- Original Message -------
On Friday, September 29th, 2023 at 12:40 PM, Williams Alvarez <support@veritext.com> wrote:

> Teresa,
>
> Job is 6128435
>
> Amrit,
>
> Please give us a call today at 855-440-4861 to troubleshoot the issue.
>
> Thank you,
>
>
> **Is there anything else we can do for you today?**
> --------
>
> **Williams Alvarez**
>
> Product Support Supervisor

---------------------------------------------------

VERITEXT
290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039
**Toll Free Support 866.642.9574**
support@veritext.com
www.veritext.com

---

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar
------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Amrit Kumar**

Sep 29, 2023, 11:32 EDT

Dear Chinyere,

Thank you for your swift response and your willingness to help test my connection.

I am available now to proceed with the test conference. Could you please send me the instructions on how to enter the test Zoom room and any other steps I need to follow to successfully complete the test?

I appreciate your assistance in resolving these connectivity issues.

Sincerely,

Amrit Kumar
------- Original Message -------
On Thursday, September 28th, 2023 at 10:07 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

**Chinyere W** (CourtroomConnect)

Sep 28, 2023, 18:07 EDT

Hello Amrit,

We would be happy to test your connection on Friday, you can contact us at (855) 440-4861 or email remote@veritext.com, and we can open a zoom room for you when you are ready.

Thank you,

Chinyere W.
Support Specialist

**Amrit Kumar**

Sep 28, 2023, 17:54 EDT

The assignment number for the deposition in question is 5990744.

Sincerely,

Amrit Kumar

------- Original Message -------
On Thursday, September 28th, 2023 at 9:31 PM, Teresa S. (Support) <veritext@courtroomconnect.zendesk.com> wrote:

**Teresa S.** (CourtroomConnect)

Sep 28, 2023, 17:31 EDT

Hello Amrit,

Do you have the assignment# for the deposition?

Thank you,

Support Specialist
Teresa S.

**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar


------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:


**Amrit Kumar**

Sep 28, 2023, 17:26 EDT

Dear Veritext Support Team,

The primary issue I've been facing with your platform involves establishing a connection to the video conference. I have experienced significant difficulty connecting to the conference room.

Additionally, I've encountered issues with my microphone and camera functionality within the conference room. Despite various troubleshooting efforts, these problems persist.

Given the critical nature of these depositions, these technical issues are significantly affecting my ability to participate effectively. I suggest we arrange a test conference on Friday, September 29, 2023, to ensure that these issues have been resolved before my next scheduled deposition on October 2nd.

If these issues cannot be resolved promptly, I'll need to inform the plaintiff in advance so that they can make necessary arrangements and avoid unnecessary expenses such as hiring a court reporter and translator.

Your immediate attention and action on this matter are greatly appreciated. I look forward to your response and a resolution to these issues.

Sincerely,

Amrit Kumar

------- Original Message -------
On Wednesday, September 27th, 2023 at 8:28 PM, Cheryl L (Support) <veritext@courtroomconnect.zendesk.com> wrote:

---

**Cheryl L** (CourtroomConnect)

Sep 27, 2023, 16:28 EDT

Hi Amrit

What kind of issue are you experiencing with regard to connectivity?

Thank you
Cheryl L
Support Specialist

---

**Amrit Kumar**

Sep 27, 2023, 12:45 EDT

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Veritext Support Team,

I hope this message finds you well.

I am writing to follow up on a critical issue I have been experiencing with your video conferencing platform. Despite several attempts to resolve the issue, I have been unable to connect properly to the platform, which has impacted my ability to participate in vital deposition proceedings.

I have another deposition scheduled for October 2nd, and it is crucial for me and for the integrity of these legal proceedings that I am able to connect and participate fully.

I have yet to receive a response or update regarding this issue. I would greatly appreciate your immediate attention to this matter. Please provide an update as soon as possible about the steps being taken to rectify this situation.

I look forward to a prompt and positive response.

Sincerely,

Amrit Kumar

This email is a service from CourtroomConnect. Delivered by Zendesk

## Re: [CourtroomConnect] Re: Follow-Up on Video Conferencing Connection Issue

---

From    Alejandro Bastidas <support@veritext.com>

To    amritkum@proton.me , Support<veritext+id836635@courtroomconnect.zendesk.com>

Date    Friday, September 29th, 2023 at 8:18 PM

---

Amrit,

What's the best phone number to reach you at?

Thank you,

**Is there anything else we can do for you today?**
--------

**Williams Alvarez**

Product Support Supervisor
-------------------------------------------------------
VERITEXT
290 West Mt. Pleasant Avenue, Suite 3200 | Livingston, NJ 07039
**Toll Free Support 866.642.9574**
support@veritext.com
www.veritext.com

> On September 29, 2023 at 3:20 PM EDT amritkum@proton.me wrote:
>
> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Dear Chinyere,
>
> Thank you for your follow-up.
>
> I regret to inform you that I was unable to connect to Zoom. I encountered an error message stating "Invalid meeting ID,". I have sent a separate email detailing this issue, along with a screenshot of the error message.
>
> Additionally, I would like to mention that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally. Therefore, I would greatly appreciate if we could continue to communicate via written means to resolve these issues.
>
> Thank you for your understanding, and I look forward to your assistance in resolving this issue.
>
> Best regards,

Amrit Kumar


------- Original Message -------
On Friday, September 29th, 2023 at 6:48 PM, Chinyere W (Support) <veritext@courtroomconnect.zendesk.com> wrote:

##- Please type your reply above this line -##

Your request (836635) has been updated. To add additional comments, reply to this email.

---

**Chinyere W** (CourtroomConnect)

Sep 29, 2023, 14:48 EDT

Hello,

I just want to follow up and make sure that you were able to connect to zoom. If you need assistance still please call us at 855-440-4861, so we can open the room again and help you one on one.

Thank you,

Chinyere W.
Support Specialist

---

**Chinyere W** (CourtroomConnect)

Sep 29, 2023, 12:06 EDT

Hello Amrit,

First, make sure that you have zoom downloaded and updated on your device.

I have opened a test room for you, so to join click on the link below. If it is giving you trouble, you can also use the meeting id and password in the zoom app. Please let me know if you need any further assistance.

Join Zoom Virtual Session
https://veritext.zoom.us/j/82524439670?pwd=3WoTjEbuFVbUPQ5nPeMG321bBhNMQf.1

Meeting ID: 825 2443 9670

Password: 6504283488
One tap mobile
+13126266799,,82524439670#,,1#,6504283488# US (Chicago)
+16465189805,,82524439670#,,1#,6504283488# US (New York)

Dial by your location
+1 312 626 6799 US (Chicago)
+1 646 518 9805 US (New York)
+1 301 715 8592 US (Washington DC)
+1 213 338 8477 US (Los Angeles)
+1 602 753 0140 US (Phoenix)
+1 780 666 0144 Canada
Meeting ID: 825 2443 9670
Password: 6504283488
Find your local number: https://veritext.zoom.us/u/kJMGqqv4f

Chinyere W.
Support Specialist

---

**Amrit Kumar**

Sep 29, 2023, 11:40 EDT

Dear Williams,

I would like to inform you that English is not my first language and my ability to comprehend and communicate in spoken English is quite limited. This makes it extremely difficult for me to engage in meaningful or technical conversations verbally.

Given these circumstances, it would be most helpful if you could provide me with written instructions via email. This would allow me to understand and follow the steps accurately for troubleshooting and testing the connectivity.

I appreciate your understanding and assistance in this matter.

Best regards,

Amrit Kumar

------- Original Message -------
On Friday, September 29th, 2023 at 12:40 PM, Williams Alvarez <support@veritext.com> wrote: