UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-08533-MCS (SPx)                                Date  November 27, 2023

Title  MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Gabriela Garcia | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

A. Eric Bjorgum                                                      None Present

**Proceedings:**      FINAL PRETRIAL CONFERENCE

The Court and counsel confer. On Plaintiff's motion, the Court orders default entered against all defendants. Counsel shall file a Motion for Default Judgment two weeks from today's date. The trial date is vacated.

**IT IS SO ORDERED.**