Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me



Defendant pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>AMRIT KUMAR, d/b/a GOODPORN.TO,<br><br>Defendant | Case No.: 2:21-cv-08533-MCS-SPx<br><br>**REQUEST FOR RESCHEDULING OF FINAL PRETRIAL CONFERENCE AND REMOTE PARTICIPATION** |

I am writing in response to an email I received from the plaintiff, Eric Bjorgum, on Friday, November 24, 2023, concerning the Final Pretrial Conference

1

(FPTC). Initially, I assumed this communication pertained to the mandatory meet and confer session required prior to the FPTC. However, subsequent exchanges made it clear that Mr. Bjorgum was referring to the actual FPTC scheduled to occur. In light of this and several other concerns, I am requesting the rescheduling of the FPTC and approval for my participation via remote means.

**1. Non-compliance with Meet and Confer Requirement:** As mandated by the court, a meet and confer session was required prior to the FPTC. On October 6th, Mr. Bjorgum was requested to provide a location for this crucial meeting. Regrettably, he did not respond, effectively refusing to participate in the meet and confer process. [See exhibit A]

**2. Awaiting Court Instructions:** As a pro se defendant, I adhere to the legal process step by step. Given the plaintiff's failure to engage in the meet and confer, and considering the court's guideline that the FPTC may be canceled if this step is not fulfilled, I have been awaiting further instructions from the court on how to proceed.

**3. Procedural Confusion for Pro Se Defendant:** My approach to this case, as a pro se litigant, is to follow each legal procedure diligently. The plaintiff's omission of a mandatory step has caused confusion and uncertainty about the subsequent steps in the legal process.

**4. Visa Challenges for Indian Citizen:** Residing in India, obtaining a U.S. visa is a challenging, time-consuming, and uncertain process. Considering these difficulties, I had previously been granted permission to participate remotely in the settlement conference. I now request the same accommodation for the FPTC.

In light of the above points, I respectfully request that the court consider rescheduling the FPTC to a date that allows for adequate preparation and adherence to procedural requirements. Additionally, I seek the court's permission

to participate in the FPTC remotely, in recognition of the logistical and visa-related challenges I face as an Indian citizen.

Respectfully submitted,

Amrit Kumar

Pro Se Defendant

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.

Dated: November 26, 2023

/s/ Amrit Kumar

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

## CERTIFICATE OF SERVICE

I hereby certify that on 11/26/2023, copies of the foregoing document have been sent to all the parties at the following addresses:

KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

Emilie Brunn
Emilie.brunn@protonmail.com

Lizette Lundberg
Liz.lundberg@protonmail.ch

Dated: November 26, 2023

/s/ Amrit Kumar

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

# Exhibit A

## Re: Meeting before trial

| | |
|---|---|
| From | Emilie.brunn <Emilie.brunn@protonmail.com> |
| To | Eric Bjorgum<eric.bjorgum@kb-ip.com> |
| CC | amritkum@proton.me, Liz.lundberg<Liz.lundberg@protonmail.ch>, Holly Newsome<holly.newsome@kb-ip.com>, File KBIP<file@kb-ip.com> |
| Date | Friday, October 6th, 2023 at 3:47 PM |

Eric,

I refer to your email about the meeting of counsel before the final pretrial conference, as required under Local Rule 16.

The rule does not specify a location for this meeting and leaves it to the agreement of the parties. As such, we need to determine a suitable location that can easily accommodate all parties involved.

As you might be aware, Amrit has previously expressed that obtaining a visa for travel to the United States can be a challenging, lengthy, and uncertain process for Indian nationals. Therefore, it would be most practical to consider a location that would mitigate such complications.

Could you please suggest a location that you have in mind? We can then work collaboratively to agree on a suitable and accessible location for this crucial meeting.

Looking forward to your response.

Best regards,

Emilie