Emilie Brunn
Johan de Wittlaan 7.
The Hague, 2517 JR, Netherlands
Emilie.brunn@protonmail.com
Pro Per

```
FILED
CLERK, U.S. DISTRICT COURT

11/27/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY
```

# California Central District Court of U.S.A

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus,<br><br>**Plaintiff,**<br>vs.<br><br>EMILIE BRUNN<br><br>**Defendant** | Case No.: 2: 21-cv-08533-MCS-SPx<br><br>**REQUEST FOR ADJUSTMENT TO SANCTION PAYMENT SCHEDULE** |

   I, Emilie Brunn, am self-represented in the case referenced above. I am reaching out in respect to the court's order (Case 2:21-cv-08533-MCS-SP Document 196) dated September 27, 2023, where I have been sanctioned to pay $250 for non-compliance with court orders.

   I hold the court's decision in high regard and acknowledge the consequences of the sanction imposed upon me. However, I am currently undergoing significant financial hardship that prevents me from adhering to the payment deadline of November 27, 2023.

   In light of my current financial situation, I am respectfully submitting a request for an adjustment to the payment schedule. I have every intention of honoring my obligations and paying the full sanction. To this end, I am asking the court to consider extending the payment deadline to July 8, 2024.

   This adjusted timeline will afford me the necessary time to address my financial difficulties and accumulate the funds required to meet my responsibility to the court. I comprehend the seriousness of my circumstances and am wholeheartedly committed to complying with this proposed schedule if the court finds it appropriate.

   I deeply apologize for any inconvenience my situation may cause and wish to assure the court that my request is made in absolute good faith.

   I am grateful for your understanding and patience as I navigate these financial challenges, and I respectfully await your decision on this matter.

   Thank you for taking my request into consideration.

Kind Regards,

Emilie Brunn

Dated:  11/27/2023

Defendant Pro Per

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Dated: 11/27/2023 | /s/ Emilie Brunn |
| | Emilie Brunn |
| | Johan de Wittlaan 7. |
| | The Hague, 2517 JR, Netherlands |
| | Emilie.brunn@protonmail.com |

**Proof of Service**

I hereby certify that a true and correct copy of the Request For Adjustment To Sanction Payment Schedule was served on 11/27/2023 to the following person(s):

ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
AMRIT KUMAR
Amritkum@proton.me
LIZETTE LUNDBERG
Liz.lundberg@protonmail.ch

| | |
|---|---|
| Dated: 11/27/2023 | /s/ Emilie Brunn |
| | Emilie Brunn |
| | Johan de Wittlaan 7. |
| | The Hague, 2517 JR, Netherlands |
| | Emilie.brunn@protonmail.com |