1  Amrit Kumar
2  601 6ᵗʰ Floor, Rupa Solitare
3  Millennium Business Park, Plot No. A-1
4  Mahape, Mumbai
5  Maharashtra-400710, India
6  Email: amritkum@proton.me


**DENIED** as moot.
BY ORDER OF THE COURT
Dated: 12/5/2023

*Mark C. Scarsi*

Defendant pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus, | Case No.: 2:21-cv-08533-MCS-SPx |
|---|---|
| Plaintiff, | **REQUEST FOR RESCHEDULING OF FINAL PRETRIAL CONFERENCE AND REMOTE PARTICIPATION** |
| vs. | |
| AMRIT KUMAR, d/b/a GOODPORN.TO, | |
| Defendant | |

I am writing in response to an email I received from the plaintiff, Eric Bjorgum, on Friday, November 24, 2023, concerning the Final Pretrial Conference

1