|   |   |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>    Plaintiff<br><br>    vs.<br><br>JOHN DOES 4-20, d/b/a GOODPORN.TO, AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual; and EMILIE BRUNN, an individual,<br><br>    Defendants. | Case No. 21-cv-08533-MCS-KK<br><br>**[PROPOSED] JUDGMENT** |

The Court having considered the Complaint, Entry of Default and Motion for Default Judgment and the Pleadings and Order in this matter, hereby enters judgment in favor of Plaintiff MG Premium Ltd and its successor Aylo Premium Ltd (collectively in this Judgment "MG Premium") as to Defendants Amrit Kumar, Lizette Lundberg and Emile Brunn and their successor, predecessors, assigns, agents or alter-egos (collectively, "Defendants"), as follows:

1. It is hereby **ORDERED, ADJUDGED and DECREED** that judgment is entered on behalf of Plaintiff MG Premium and against Defendant Amrit Kumar a/k/a "Krish Kumar" and his successors, predecessors, alter egos or assigns, for statutory damages in the sum of $21,570,000 for Plainttiff's claims for copyright infringement, inducement of copyright infringement, vicarious copyright infringement and contributory copyright infringement;

2. It is hereby **ORDERED, ADJUDGED and DECREED** that Plaintiff MG Premium Ltd, is the owner of all of the Subject Works identified in Exhibits A, B, D, and E to the First Amended Complaint (Dkt. No. 30) in this action, in addition, any works created by Plaintiff and added to Defendants' websites during this proceeding (collectively the "Subject Works");

3. It is hereby **ORDERED, ADJUDGED and DECREED** that the purported "Bilateral Agreement" identified by Defendant Kumar in his answer to the First Amended Complaint does not reflect any agreement with Plaintiff regarding the Subject Works, and it is a void, inoperative, and fabricated document displaying a forged signature of an individual who had no signing authority for Plaintiff;

4. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendants and their respective agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons

acting in concert or participation with any of them, or under their direction or control, are permanently enjoined from:

(1) Hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, communicating to the public, streaming, transmitting, or otherwise exploiting or making any use of any of MG Premium's copyrighted works, including the Subject Works, or any portion(s) thereof in any form;

(2) Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party (i) to host, link to, distribute, reproduce, copy, download, upload, make available for download, index, display, exhibit, communicate to the public, stream, transmit, or otherwise exploit or make any use of MG Premium's copyrighted works, including the Subject Works, or portion(s) thereof; or (ii) to make available any of MG Premium's copyrighted works, including the Subject Works, for hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, communicating to the public, streaming, transmitting, or other exploitation or use;

(3) Using, operating, maintaining, distributing, or supporting any computer server, website, software, domain name, email address, social media account, bank account, or payment processing system in connection with the hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, communicating to the public, streaming, transmitting, or other exploitation or use of any of MG Premium's copyrighted works, including the Subject Works;

(4) Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party to visit

any website, including but not limited to any website operated by Defendants, that hosts, links to, distributes, reproduces, copies, downloads, uploads, makes available for download, indexes, displays, exhibits, communicates to the public, streams, transmits, or otherwise exploits or makes any use of MG Premium's copyrighted works, including the Subject Works, or portion(s) thereof;

(5) Transferring or performing any function that results in the transfer of the registration of Goodporn.to, Goodporn.se, GPStatus.org (collectively the "Goodporn Websites) to any other registrant or registrar; and

(6) Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in this Paragraph including infringing upon any of Plaintiff's copyrighted works.

5. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons or entity acting in concert or participation with any of them, or under their direction or control, including any internet search engines, web hosting and Internet service providers, domain name registrars, domain name registries and other service or software providers, are Ordered, within five (5) business days from the service of this Order:

(1) To block or use reasonable efforts to attempt to block access by United States users of the Goodporn Websites by blocking or attempting to block access to all domains, subdomains, URLs, and/or IP Addresses that have as its sole or predominant purpose to enable to facilitate access to the Goodporn Websites; and

(2)     To re-route all domains, subdomains, URLs, and/or IP Addresses that provide access to each and every URL available from each of the Goodporn Websites and their domains and subdomains.

6. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendants are ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

7. It is hereby **ORDERED, ADJUDGED and DECREED** that:

(i) Tonic Corporation the operator of the .to registry, change the registrar of record for the domain name Goodporn.to to MG Premium's registrar of choice, EuroDNS, and that EuroDNS change the registrant of the domain name Goodporn.to to MG Premium. These efforts shall be done at MG Premium's reasonable expense;

;

(ii) The Internet Infrastructure Foundation, the operator of the .se registry, change the registrar of record for the domain name Goodporn.se to MG Premium's registrar of choice, EuroDNS, and that EuroDNS change the registrant of the domain name Goodporn.se to MG Premium. These efforts shall be done at MG Premium's reasonable expense.is ordered to disable and transfer GPStatus.org to MG Premium Ltd;

(iii) Public Interest Registry, the operator of the .org registry, change the registrar of record for the domain name GPstatus.org to MG Premium's registrar of choice, EuroDNS, and that EuroDNS change the registrant of the domain name GPstatus.org to MG Premium. These efforts shall be done at MG Premium's reasonable expense.It is hereby **ORDERED, ADJUDGED and DECREED** that Defendants Kumar, Lundberg and Brunn shall, within 10 days of service of this Order, provide color copies of

notarized government-issued identification, with current address and contact information; It is hereby **ORDERED, ADJUDGED and DECREED** that, because of Defendants' deceptive conduct and anonymity, and the likelihood that they will attempt to re-monetize Plaitniff's works after wasting extensive judicial resources, Defendants Kumar, Lundberg and Brunn, and the operators of Goodporn are referred to the Department of Justice for potential review in conncection with this matter; .

8. It is hereby **ORDERED, ADJUDGED and DECREED** that Judgment is entered in favor of Plaintiff/Counterdefendant MG Premium Ltd and against Couterclaimants Kumar and Lundberg on all Counterclaims asserted by Kumar and Lundberg in this matter;

9. It is hereby **ORDERED, ADJUDGED and DECREED** that Defendants shall pay to MG Premium Ltd. its attorney's fees of $163,968.00 and costs of suit of $18,892.00 for a total of 176,175;

10. It hereby **ORDERED, ADJUDGED and DECREED** that MG Premium is entitled to all applicable prejudgment and post-judgment interest in this matter;

Violation of this Order shall subject Defendant and all other persons bound by the Order to all applicable penalties, including contempt of Court.

The Court shall retain jurisdiction over this action for the purpose of enforcing this final Judgment.

**IT IS SO ORDERED.**

Dated:                                          By:_____

                                                            Honorable Marc C. Scarsi

7

JUDGMENT