FILED
CLERK, U.S. DISTRICT COURT

12/14/23

CENTRAL DISTRICT OF CALIFORNIA
BY: __CS_____ DEPUTY

1 Amrit Kumar

2 601 6th Floor, Rupa Solitare

3 Millennium Business Park, Plot No. A-1

4 Mahape, Mumbai

5 Maharashtra-400710, India

6 Email: amritkum@proton.me

7

8 Defendant pro se

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12

13 MG PREMIUM LTD, a limited | Case No.: 2:21-cv-08533-MCS-SPx

14 liability, company organized under the

15 laws of the Republic of Cyprus,

16 | **DEFENDANT AMRIT KUMAR'S**

17 Plaintiff, | **EX PARTE APPLICATION TO**

18 vs. | **SET ASIDE DEFAULT**

19 | **JUDGMENT**

20 AMRIT KUMAR

21 , d/b/a GOODPORN.TO,

22

23 Defendant

24

25 Defendant Amrit Kumar hereby applies, on an ex parte basis, for an order to

26 set aside the default judgment entered against him in the above-captioned case.

27

28 1

This application is made in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California.

## I. INTRODUCTION AND BACKGROUND

On November 27, 2023, the court issued an order entering default against all defendants, including Defendant Amrit Kumar, due to their non-appearance at the Final Pretrial Conference (FPTC). The reasons for this non-appearance, which are critical to the current ex parte application, encompass several factors. First, visa restrictions, which were brought to the court's attention prior to the Final Settlement Conference, prevented the Defendant's physical presence in the United States. As a pro se litigant with limited familiarity with U.S. legal procedures, the Defendants faced challenges that led to unintended procedural oversights. Additionally, the situation was further complicated by the Plaintiff's failure to comply with the court's directive to engage in a meet and confer, adding to the Defendant's confusion and contributing to the circumstances leading to the default.

## II. MEMORANDUM

### A. Opposing Counsel's Contact Information

KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH

2

Marc.karish@kb-ip.com

119 E. Union Street, Suite B

Pasadena, CA 91103

Phone: (213) 785-8070

## B. Reasons for Seeking Ex Parte Relief

The Defendant is compelled to file an ex parte motion due to extraordinary circumstances, justifying an expedited judicial review:

**1. Timeline for Regular Motion Exceeded:** The opportunity for filing a regular motion lapsed on August 28, 2023. With the default judgment issued on November 27, 2023, and considering today's date is December 14, 2023, it was impossible for the Defendant to file a standard motion within the prescribed timeframe. Therefore, an ex parte motion remains the sole feasible method for the Defendant to request the court to set aside the default judgment.

**2. External Factors Contributing to Default:** Key issues leading to the default judgment were not within the Defendant's control. Specifically, visa restrictions on Indian nationals, a matter previously disclosed to the court, significantly impeded the Defendant's ability to comply. These restrictions are a result of U.S. policy, not the actions of the Defendant, underscoring that the default was not a result of the Defendant's own doing.

## C. Points and Authorities

The Defendant's ex parte application for setting aside the default judgment is anchored on the following legal provisions and principles:

1. Federal Rules of Civil Procedure Rule 55, Default Judgement.

(c) Setting Aside a Default or a Default Judgment. The court may set aside an entry of default for good cause, and it may set aside a final default judgment under Rule 60(b).

2. Federal Rules of Civil Procedure Rule 60. Relief from a Judgment or Order

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relie

## III. NOTICE OF EX PARTE APPLICATION

In compliance with Local Rules 7-19 and 7-19.1 of the Central District of California, Defendant Amrit Kumar respectfully submits the following details regarding the efforts made to notify the opposing counsel, Eric Bjorgum, about the ex parte application.

On December 13, 2023, the Defendant sent an email to the opposing counsel, notifying them of the intent to file an ex parte motion on either December 14 or 15, 2023. The email outlined the central issues of the motion, including the Defendant's inability to be physically present in the U.S., potential oversights due to pro se representation, and confusion resulting from the Plaintiff's alleged non-compliance with court-ordered procedures such as the meet and confer requirement.

The Plaintiff's counsel responded via email on December 13, 2023, stating: "We filed an errata today; let me know what you intend to do. It's attached." Further communication from the Plaintiff's counsel on December 14, 2023, at 1:21 AM, requested a phone call at 10:00 AM PST. The Defendant attempted to call at the specified time but the call didn't go through, and received no call to his number provided to the Plaintiff's counsel. The Defendant then reported this back in an email and inquired about the Plaintiff's position regarding opposition to the ex parte motion. Additionally, the Plaintiff later asked for the translator's name of the Defendant to facilitate a call, which Amrit Kumar immediately provided. **Furthermore, the Plaintiff made a statement indicating their intention to oppose this ex parte application. The Plaintiff was reminded that there is a 24-hour time limit for opposing.**

Later, the Plaintiff emailed, expressing a hope to speak "tomorrow (Friday, PST)" on 12/15/2023 in the PST time zone and mentioned the possibility of providing another contact number if needed. In accordance with the Local Rules, Amrit Kumar responded by stating that he had provided his phone number on Wednesday, 12/13/2023, and had attempted to contact the Plaintiff at the agreed time of 10:00 AM PST on 12/14/2023. Additionally, Amrit Kumar called the Plaintiff several times after 10:00 AM PST, but none of the calls went through,

suggesting that the number provided by the Plaintiff may be non-functional. Despite this, the Plaintiff did not initiate a call to the defendant's number on either December 13 or 14.

Amrit Kumar has adhered to the requirements of the local rules and has demonstrated good faith in trying to facilitate a telephonic meet and confer. However, it appears the plaintiff did not have a working phone number, nor did they attempt to call Amrit Kumar at the number he has provided.

Furthermore, Amrit Kumar has expressed that he is available for the next hour, approximately until 4:30 PM PST on 12/14/2023, which corresponds to 6:00 AM IST in India. Despite not having slept throughout the night, in an effort to contact the Plaintiff and waiting for the Plaintiff to make a call, Amrit Kumar has remained available and vigilant. Nevertheless, he cannot delay filing his ex parte motion indefinitely due to the Plaintiff's lack of response and unreasonable delays. At the time of this filing, the Plaintiff has not yet called the defendant's number. The entire conversation is attached as Exhibit A.

## IV. GROUNDS FOR REQUESTING EX PARTE RELIEF

**1. Visa Restrictions and Physical Presence in the U.S.:** Defendant, as an Indian national, is subject to the extensive and uncertain process faced by many Indian citizens in obtaining a U.S. Visa for physical presence in the United States. Acquiring such a permit involves a lengthy and complex process, laden with numerous requirements, and there's no assurance of eventual approval. Consequently, Amrit Kumar was unable to be physically present in the U.S. This visa issue was previously discussed and acknowledged by the court prior to the final settlement conference, leading to the conference being conducted remotely.

Given this backdrop, the Defendant reasonably did not anticipate the necessity for physical attendance in subsequent court proceedings.

**2. Pro Se Litigant Challenges:** Amrit Kumar, as a pro se litigant, is not experienced or knowledgeable about U.S. laws and legal systems. He has been learning the law progressively as the case advances. For him, each step is new and unfamiliar. Kumar was not aware of the Pretrial Conference, having forgotten that such an event was listed in the schedule report. His limited familiarity with the intricacies of U.S. legal procedures presented significant challenges. Confronted with numerous new legal concepts and requirements, Kumar faced difficulties in fully grasping and retaining all the procedural details. The Pretrial Conference, mentioned in the court's schedule report in February, became one of the many legal elements that Kumar struggled to keep track of amidst the influx of new information. This lack of experience and the overwhelming amount of legal information contributed to his inadvertent oversight of the scheduled Pretrial Conference.

**3. Meet and Confer Compliance Issues:** Prior to the final pretrial conference, the court mandated a meet and confer session between the parties. As a pro se litigant, Amrit Kumar awaited the completion of this session, following the court's instructions, before advancing to the next procedural stage. This requirement, outlined in docket #71, specifically mandated that lead trial counsel for each party meet and confer in person 40 days before the FPTC. On October 6th, Mr. Eric Bjorgum, the Plaintiff's counsel, was contacted via email to suggest a location for this session as required under Local Rule 16, and was reminded of Amrit Kumar's difficulty in visiting the US. However, the Plaintiff's counsel refused to respond, contrary to the court's guidelines which state that non-compliance could lead to sanctions or even the cancellation of the FPTC. This lack

of response left Kumar uncertain and without clear direction on how to proceed, given the absence of the required in-person session.

**4. Late Awareness of Physical Presence Requirement at FPTC and Request for Remote Participation:** The Defendant became aware of the requirement for physical attendance at the FPTC on Friday, November 24, 2023. Initially, it was assumed that this communication related to the mandatory meet and confer session prior to the FPTC. However, further clarifications from Mr. Bjorgum, the Plaintiff's counsel, revealed that the reference was to the actual FPTC. Upon realizing that the FPTC required physical attendance, and considering that all defendants, including Amrit Kumar, are located outside the U.S. with Kumar unable to enter the USA due to visa restrictions, a request was made to the court. On November 26, 2023, a day before the scheduled FPTC, Kumar filed a request (Docket No. 235) seeking to reschedule the FPTC and allow for remote participation, thereby enabling him to participate and defend himself.

# V. CONCLUSION

In light of the aforementioned circumstances, including the impossibility of traveling to the U.S. due to visa restrictions, the lack of knowledge about litigation procedures, and the plaintiff's refusal to participate in the required meet and confer, which contributed to the defendant's confusion, Amrit Kumar respectfully requests the court to set aside the default judgment. Kumar urges the court to allow the conferences to be conducted remotely, thereby granting him the opportunity to adequately defend himself in accordance with the principles of justice and fairness.

Respectfully submitted,

Amrit Kumar

Pro Se Defendant

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.

Dated: December 14, 2023

/s/ Amrit Kumar

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

## CERTIFICATE OF SERVICE

I hereby certify that on 12/14/2023, copies of the foregoing document have been sent to all the parties at the following addresses:

KARISH & BJORUGM, PC
A. ERIC BJORGUM

9

Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

Emilie Brunn
Emilie.brunn@protonmail.com

Lizette Lundberg
Liz.lundberg@protonmail.ch

Dated: December 14, 2023

/s/ Amrit Kumar

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Defendant Amrit Kumar's Ex Parte Application to Set Aside Default Judgment

# Exhibit A

## Notice of Intent to File Ex Parte Motion to Set Aside Default Judgment

| | |
|---|---|
| From | amritkum@proton.me <amritkum@proton.me> |
| To | Eric Bjorgum<eric.bjorgum@kb-ip.com>, Liz.lundberg<Liz.lundberg@protonmail.ch>, Emilie.brunn<Emilie.brunn@protonmail.com> |
| Date | Wednesday, December 13th, 2023 at 10:56 PM |

Dear Eric,

I hope this message finds you well. I am writing to formally notify you of my intention to file an ex parte motion to set aside the default judgment entered in the case of MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to (Case No. 2:21-cv-08533-MCS-SP). My plan is to file this motion on either December 14th or 15th, 2023.

Some of the issues I intend to raise in my ex parte motion include:

1. Physical Presence in the United States: Due to circumstances beyond my control, I am unable to physically present myself in the United States for proceedings.
2. Pro Se Representation Challenges: As a pro se litigant unfamiliar with the intricacies of the U.S. legal system and procedures, I fear that critical deadlines may have been inadvertently overlooked.
3. Confusion Arising from Plaintiff's Actions: I believe there was a failure on the plaintiff's part to adhere strictly to court-ordered procedures, which contributed significantly to my confusion and inability to respond appropriately to the legal proceedings.

In accordance with Local Rule 7-19.1 of the Central District of California, I am reaching out to you regarding this forthcoming ex parte motion. I kindly request an opportunity to verbally discuss the specifics of this motion with you. Please advise a suitable time for a telephonic conversation. You may also contact me directly at 2250972547 to discuss this matter further.

Sincerely,

Amrit Kumar

## RE: Notice of Intent to File Ex Parte Motion to Set Aside Default Judgment

| | |
|---|---|
| From | Eric Bjorgum <eric.bjorgum@kb-ip.com> |
| To | amritkum@proton.me, Liz.lundberg<Liz.lundberg@protonmail.ch>, Emilie.brunn<Emilie.brunn@protonmail.com> |
| CC | Holly Newsome<holly.newsome@kb-ip.com> |
| Date | Wednesday, December 13th, 2023 at 11:18 PM |

We filed an errata today; let me know what you intend to do.  It's attached.

**From:** Amrit Kumar <amritkum@proton.me>
**Sent:** Wednesday, December 13, 2023 2:56 PM
**To:** Eric Bjorgum <eric.bjorgum@kb-ip.com>; Liz.lundberg <Liz.lundberg@protonmail.ch>; Emilie.brunn <Emilie.brunn@protonmail.com>
**Subject:** Notice of Intent to File Ex Parte Motion to Set Aside Default Judgment

Dear Eric,

I hope this message finds you well. I am writing to formally notify you of my intention to file an ex parte motion to set aside the default judgment entered in the case of MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to (Case No. 2:21-cv-08533-MCS-SP). My plan is to file this motion on either December 14th or 15th, 2023.

Some of the issues I intend to raise in my ex parte motion include:

1. Physical Presence in the United States: Due to circumstances beyond my control, I am unable to physically present myself in the United States for proceedings.

2. Pro Se Representation Challenges: As a pro se litigant unfamiliar with the intricacies of the U.S. legal system and procedures, I fear that critical deadlines may have been inadvertently overlooked.

3. Confusion Arising from Plaintiff's Actions: I believe there was a failure on the plaintiff's part to adhere strictly to court-ordered procedures, which contributed significantly to my confusion and inability to respond appropriately to the legal proceedings.

In accordance with Local Rule 7-19.1 of the Central District of California, I am reaching out to you regarding this forthcoming ex parte motion. I kindly request an opportunity to verbally discuss the specifics of this motion with you. Please advise a suitable time for a telephonic conversation. You may also contact me directly at 2250972547 to discuss this matter further.

Sincerely,

Amrit Kumar

**6.51 MB**   7 files attached

DN 251a.pdf
129.43 KB

DN 251.pdf
188.48 KB

DN 250 MG corrected declaration.pdf
139.92 KB

DN 250 -1 MG Corrected defeault judgment motion.pdf
288.48 KB

DN 250 MG Notice of Errata.pdf
118.78 KB

D.N. 30-1 -- MG -- Exhibits A-E to First Amended Complaint.pdf
5.40 MB

D.N. 30 -- MG -- First Amended Complaint.pdf
273.42 KB

## RE: NoticE oefl tEl t to nifEl x PartE Motiol  to SEt AsidE DEæuťt JudgmEl t

| | |
|---|---|
| From | Eric Bjorgum <eric.bjorgum@kb-ip.com> |
| To | amritkum@proton.me |
| Date | Thursday, December 14th, 2023 at 1:21 AM |

Amrit - pls call me at the office at 213-785-8070 at 10:00 am my time.
Sent from my iPhone

> On Dec 13, 2023, at 2:56 PM, Amrit Kumar <amritkum@proton.me> wrote:
>
> Dear Eric,
>
> I hope this message finds you well. I am writing to formally notify you of my intention to file an ex parte motion to set aside the default judgment entered in the case of MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to (Case No. 2:21-cv-08533-MCS-SP). My plan is to file this motion on either December 14th or 15th, 2023.
>
> Some of the issues I intend to raise in my ex parte motion include:
>
> 1. Physical Presence in the United States: Due to circumstances beyond my control, I am unable to physically present myself in the United States for proceedings.
> 2. Pro Se Representation Challenges: As a pro se litigant unfamiliar with the intricacies of the U.S. legal system and procedures, I fear that critical deadlines may have been inadvertently overlooked.
> 3. Confusion Arising from Plaintiff's Actions: I believe there was a failure on the plaintiff's part to adhere strictly to court-ordered procedures, which contributed significantly to my confusion and inability to respond appropriately to the legal proceedings.
>
> In accordance with Local Rule 7-19.1 of the Central District of California, I am reaching out to you regarding this forthcoming ex parte motion. I kindly request an opportunity to verbally discuss the specifics of this motion with you. Please advise a suitable time for a telephonic conversation. You may also contact me directly at 2250972547 to discuss this matter further.

Sincerely,

Amrit Kumar

## RE: NoticE oefl tEl t to nifE l x PartE Motiol  to SEt AsidE DEœuℝt JudgmEl t

From    Emric Bmj  grocou﹤me . Emric Bmj  grocou﹤meb

@﹥     k ri-₊꒡ℝoraBm. eri-﹤ℝoraBmj    t rig﹤ omb

DEœ    @jℝBrsdEy,ꝑDe-emt erpℳ1꒡ch,ꝑ2023ꝑEꝗꝑ꜔AℳꝒf 7

DeErꝑk ri-,

8jEœemgꝗedꝓop E5jꝒyoBrꝓoSS-epEꝗœhepꝑdesiauEꝗedꝓime,ꝓℓ꜕BꝗꝒBuSꝗrꝗBuEœ꜕5ℐy,ꝓhep E5jꝑdidꝓuoꝗaoꝓhroBah﹤ꝗꝒE5ℐoꝓhEPeuℂ re-eiPedꝒEꝑ E5ℐjℬomꝒyoBrꝓeud﹤ꝑ8jEmꝓgro-eediuaꝓ6ꝒichꝓhepꝒℬꝑuaꝓoᏯmꝒypeKꝓgℰrœꝓmodiou﹤Ꝓℓf꜕5jEsept erꝒE6꜔ErepℎEꝗœhe -oBrꝓœwBiresꝒuodꝗS-EœiouꝒreaErdiuaꝓ6꜔heℂherꝒyoBꝒiueudꝓꝓoꝓggosepℎismꝗodiou﹤Ꝓ8j6꜔ishꝒꝓoꝓremiudꝓꝒyoBꝓoꝒ8jheꝑ24rhoBr deEd5ꝒuepꝓoꝓggoseꝒKꝓgℰreꝒEggℐ5-Eœious,ꝓiuꝒE--ordEu-eꝒℓ6꜔ichꝓhepℓ BdaeᏯꝒf꜕ro-edBres﹥ꝒxoBrꝓgromgqℰœeuꝗiouꝓoꝓ chispmEœerꝓ6꜔oB5ℓꝒℓꝓepareEℐꝒyꝒℰggre-iEœed﹤

Giu-ere꜕ℐy,
Lꝑmriꝗꝡ BmEr

JꝑuꝓꜰℬBrsdEy,ꝑDe-emt erpℳ1꒡ch,ꝑ2023ꝑEꝗꝑ1Ꝓ21ꝓℓ꜕7꜔,ꝑk ri-₊꒡ℝoraBmꝓꝒeri-﹤ℝoraBmj    t rig﹤ ombjꝒ6꜔roœꜰꜰꜵ

| Lꝑmriꝗꝓꝗgꝑ5jꝒ E5jꝒmepEꝗœheꝓꝓoꝒSS-epEꝗꝗ213n꜑Ꝓ:ꜙMꝓ0//0ꝒEꝗꝑ10ꝑ꜔00ꝒEmꝓmyꝓpime-Ꝓꝗꝑ
| Geuꝗꝗℬ,ℬompꝒmyꝒpꝒf꜔houe

| JꝑuꝓꝓDe-Ꝓℓℳ13,ꝑ2023,ꝑEꝗꝒ2꜔AℳꝒf꜕7꜔,ꝑLꝑmriꝗꝡ BmErꝒp Emric Bmj  grocou﹤mebjꝒ6꜔roœꜰꜵ
|
| DeErꝑk ri-,
|
| 8jhogeꝓhismꝗessEaeꝓꝑBudsꝒꝓyoBꝒ6꜔eꝑ5jꝒ8jEmꝒꝓ6꜔ridiuaꝓoꝒꝓℬormE5jꝒꝓuoidᏯ꜕ꝒyꝒyoBꝒoᏯꝒ8jmꝒyꝒpiuœeuꝗioꝓuoꝓoꝓꝒSSꝒEꝓuepEꝑKꝓgℰrœe
| modiouꝓooꝓꝓseꝗꝑEsidepꝒℓhepꝒdeᏯ꜕EᏯ꜕5ꝒℓBꝑdameuꝗœeuœeredꝓiuꝓꝓhepꝒ Eseꝓo꜕S7꜔Ꝓ(ꝒpꝒℓremiBmꝓꝾodꝒ꜔PꝒꝓꝑ꜔ohuꝓDoes꜕ꝓ꜔1꜔r20ꝒpꝒNꝒℕℕꜰEꝒ
| (꜔oodꝗoru﹤꜔cop)ꝒℳUEseꝒℬRo﹥ꜥ2ꜥA21n﹤ꜙPꝒꜙ0:ꜙM33n7꜔UGrℂf꜑ꜰꝒꜥ꜕꜔yꝗgꜥ5uꝓisꝒꝓꝓoꝓ꜕SeꝓꝓhismꝗodiouꝓouꝓeicherꝓDe-emt erpℳ14꒡chꝓpor
| 1Ꝓ꒡MꝒ꒡ch,ꝑ2023﹤

Gomepo Spchepiss Bespo 8piuceudpoopr Eisepiupmype Kpg Ercepmocioupiu- 5BdeA

1<pf hysi- E5pf reseu- epiupchep9 uicedpGcEcesApDBepcop- ir- Bmsc Eu- esp t eyoudpmyp- oucro5,pp8Emp BuEt 5epco
ghysi- E5ypgreseucpmyse5piupchep9 uicedpGcEcespSorpgro- eediuas<
2<pf ropGepq egreseudEcioupUhE5euaesApL spEpgropsepcia EupBuSEmi5Erp6 ichpchepiucri- E- iespo Spchep9 <G<p5eaE5
syscempEudpgro- edBres,pp8SeErpchEcp- rici- E5pdeEd5uespmEyphEPept eeupiuEdPerceucy5ypo Per5oo ed<
3<pUouSBsioupL risiuapSomp f 5EiuciS8SpL - ciousAp8t e5ePepchereppE6 EspEpSEi5BrepoupchepgE5EiuciS8SpgErcpcopEdhere
scri- cy5pcop- oBrcnorderedpgro- edBres,p6 hi- hp- oucrit BcedpsiauiS- Eucy5pcopmyp- ouSBsioupEudpiuEt i5cypcopresgoud
EggrogriEce5ypcopchep5eaE5pgro- eediuas<

8upE- - ordEu- ep6 ichpCo- E5pq B5ep/ m1Y<1 po SpchepUeucrE5pDiscri- cpo SpUE5SoruiE,pp8EmpreE- hiuapo BcpcopyoBpreaErdiua
chispSorch- omiuapeKpgErcepmociou<p8 iud5yprewBespcEupoggorcBuicypcopPert E5ypdis- BsspchepsgeiS- spo Spchis
mocioup6 ichpyoB<pf 5eEsepEdPisepEpsBicEt 5epcimepSorpEpce5eghoui- p- ouPersEciou<px oBpmEypE5sop- oucE- cpme
dire- cy5ypEcp22M0Y/ 2M4/ pcopdis- BsspchispmEccerpSBrcher<

Giu- ere5y,

L mriqpv BmEr

## RE: NoticE oefl tEl t to nifEl x PartE Motiol  to SEt AsidE DEæuŕ JudgmEl t

| | |
|---|---|
| From | Eric Bjorgum <eric.bjorgum@kb-ip.com> |
| To | amritkum@proton.me |
| Date | Thursday, December 14th, 2023 at 9:04 PM |

Amrit,

There is no record of you calling. Please let me know the name of your translator because you require a translator when I call you.

However, per the rule, we will oppose.

— Eric Bjorgum.


Sent from my iPhone

> On Dec 14, 2023, at 12:57 PM, Amrit Kumar <amritkum@proton.me> wrote:
>
>
> Dear Eric,
>
> I attempted to call your office at the designated time, but unfortunately, the call did not go through. I also haven't received a call from your end. I am proceeding with the filing of my ex parte motion. Please be aware that the court requires notification regarding whether you intend to oppose this motion. I wish to remind you of the 24-hour deadline to oppose ex parte applications, in accordance with the Judge's Procedures. Your prompt attention to this matter would be greatly appreciated.
>
> Sincerely,
> Amrit Kumar

On Thursday, December 14th, 2023 at 1:21 AM, Eric Bjorgum <eric.bjorgum@kb-ip.com> wrote:

Amrit - pls call me at the office at 213-785-8070 at 10:00 am my time.
Sent from my iPhone

On Dec 13, 2023, at 2:56 PM, Amrit Kumar <amritkum@proton.me> wrote:

Dear Eric,

I hope this message finds you well. I am writing to formally notify you of my intention to file an ex parte motion to set aside the default judgment entered in the case of MG Premium Ltd v. John Does 1-20 d/b/a Goodporn.to (Case No. 2:21-cv-08533-MCS-SP). My plan is to file this motion on either December 14th or 15th, 2023.

Some of the issues I intend to raise in my ex parte motion include:

1. Physical Presence in the United States: Due to circumstances beyond my control, I am unable to physically present myself in the United States for proceedings.
2. Pro Se Representation Challenges: As a pro se litigant unfamiliar with the intricacies of the U.S. legal system and procedures, I fear that critical deadlines may have been inadvertently overlooked.
3. Confusion Arising from Plaintiff's Actions: I believe there was a failure on the plaintiff's part to adhere strictly to court-ordered procedures, which contributed significantly to my confusion and inability to respond appropriately to the legal proceedings.

In accordance with Local Rule 7-19.1 of the Central District of California, I am reaching out to you regarding this forthcoming ex parte motion. I kindly request an opportunity to verbally discuss the specifics of this motion with you. Please advise a suitable time for a telephonic conversation. You may also contact me directly at 2250972547 to discuss this matter further.

Sincerely,

Amrit Kumar

## RE: NoticE oefl tEl t to nifE l x PartE Motiol  to SEt AsidE DEæuŕt JudgmEl t

| | |
|---|---|
| From | Emric Bmj  groœou‹me . Emric Bmj  groœou‹meb |
| @ | k ri-p‹ ĐraBm. eri-‹t ĐraBmj    t rig‹ omb |
| DEœ | @nBrsdEy, pDe- emt erpl4ch, p2023 pEœ9:12 pPM |

DeErp k ri-,

Myp rEus/Ecorfsp uEmepisp ishi‹

wiu- ereAy,

q mric


I  up@nBrsdEy, pDe- emt erpl4ch, p2023 pEœ9:04 pPM, p k ri-p‹ ĐraBmp eri-‹t ĐraBmj    t rig‹ ombp Hroœ:

> q mricp
>
> @herepisp uop re- ordp oyoBp‹ E/Aua‹p Ps Esep Aœmep uoHp hep uEmep oyoBrp rEus/Ecorŕ e- EBsep oyoBp re—BirepE σrEus/Ecorŕ Hheupp‹ E/Ayo B‹p
>
> OoHe5er, pgerp oheprBAe, p HepHi/Ap oggose‹p
>
> 7  p k ri-p‹ ĐraBm‹p
>
>
> weuœp rompmyp iPhoue
>
> > I  up De- pl4, p2023, pEœpl2:K' PM, p q mricpx Bm Erp Emric Bmj   groœou‹mebp Hroœ:

DeErpk ri- ,

SIEœemgœdpop EAyoBrpowi- epEœthepdesiauEœdpime,pt BqpBuvordBuEœeAy,phep EAydidpuoqœaopthroBah<pSEAso hE5eufœre- ei5edpEp EAvrompyoBrpeud<pSEmpgro- eediuapHidphepi/Auapovpmype JpgEropmodœou<pPAcEsept e EHErephEœphep oBrpœre—Biespuœdvi- EœoupreaErdiuapHhechepryoBpiuœudpopoqggosepœphismodœou<pSHishpo remiudpyoBpovphep24rhoBrpdeEdAuepopoqggosepe JpgErœpEggA- Eœous,piupE- - ordEu- epHidphepphepYBdaefs Pro- edBres<pBoBrpgromgqqEœeuœioupœophispmEœerpHoBАpt epareEœypEggre- iEœed<

wiu- ereAy,
q mriœx BmEr

I up@nBrsdEy,pDe- emt erp14- h,p2023pEœp1:21pq M,pk ri- p> ToraBmp eri-< ToraBmj    t rig< ombpHroœe:

q mriœpg/Asp EAbmepEœthepowi- epEq213rl 6Kr60' 0pEœp10:00pEmpmypœime-p weuœqvrompmypiPhoue

I upDe- p13,p2023,pEœp2:KGPM,pq mriœx BmErp Emric Bmj   groœou<mebpHroœe:

DeErpk ri- ,

Shogepphismpmess Eaepiudpyoвp BpHe/ApSEmpHridiuapœopormEAyuoœd/pyoвBpo-pmypiuœudpop/pAcpEupeJ gEropmodœoupopseqEsidephepdevEB/ApBdameuœeuœeredpiupheр Esepovp/ML pPremiBmp/ cdp5<pYohupDoes 1r20pd(t (EpL_oodgoru<copDNEsep) o<p2:21- 5r06K33rMNwrwPUpMyrg/Aupispropi/Aphismodœoupoupeicher De- emt erp14chprorp1Kch,p2023<

womepovphepissBes<pSiuœudpop Eisepiupmype JpgEropmodœoupiu- Asde:

1<pPhysi- EA/Apreseu- epiupheр RuiœdpwdEœes:pDBepœop ir- BmsœEu- espt eyoudpmyp ouœroA<pSEmpBuEt Asro ghysi- EA/Apgreseuœpmyse/Apiupheр RuiœedpwdEœesporpgro- eediuas<
2<pPropweps egreseuœEœoupNhEA/Auaes:pp spEgrgrosep/kiaEuqBuvEmi/AErpHidphepiuœri- E- iespovphepR<w< /AsaEA/psyscempEudpgro- edBres,p/SveErphEœp- rid- EA/pdeEdAuespmEyphE5ept eeupiuE5erœuœ/Ayp5erAoo ed<

## RE: NoticE oefl tEl t to nifEl x PartE Motiol  to SEt AsidE DEæuft JudgmEl t

| | |
|---|---|
| From | Eric Bjorgum <eric.bjorgum@kb-ip.com> |
| To | amritkum@proton.me |
| Date | Thursday, December 14th, 2023 at 109⁴:  PM |

Amrit,

Thank you. f am hopeluwthat q e can speak soon, so as to al oid issues q ith the  Hocaww uve. f am al aivabwe tomorroq  –Friday, PSTO fl needed, f q iwprol ide a diawin conlerence number.

5  Eric Bjorgum

> 7 n Dec 14, 2023, at 19⅋2 PM, Amrit Kumar <amritkum@proton.me> q rote9
>
> Dear Eric,
>
> My transwator's name is v ishi.
>
> Sincerew,
>
> Amrit
>
> 7 n Thursday, December 14th, 2023 at x9⁰4 PM, Eric Bjorgum <eric.bjorgum@kb-ip.com> q rote9
>
>> Amrit,

There is no record of you calling. Please let me know the name of your translator because you require a translator when I call you.

You either, per the rule, we will oppose.

5  Eric Bjorgum.


Sent from my iPhone

> On Dec 14, 2023, at 12:18 PM, Amrit Kumar <amritkum@proton.me> wrote:
>
> Dear Eric,
>
> I attempted to call your office at the designated time, but unfortunately, the call did not go through. I also haven't received a call from your end. I am proceeding with the filing of my ex parte motion. Please be aware that the court requires notification regarding whether you intend to oppose this motion. I wish to remind you of the 24-hour deadline to oppose ex parte applications, in accordance with the Judge's Procedures. Your prompt attention to this matter would be greatly appreciated.
>
> Sincerely,
> Amrit Kumar
>
>
> On Thursday, December 14th, 2023 at 11:21 AM, Eric Bjorgum <eric.bjorgum@kb-ip.com> wrote:
>
>> Amrit - pls call me at the office at 213-8/ : -/ 080 at 10:00 am my time.
>> Sent from my iPhone
>>
>>> On Dec 13, 2023, at 2:( PM, Amrit Kumar <amritkum@proton.me> wrote:

Dear Eric,

I hope this message finds you well. I am writing to formally notify you of my intention to file an ex parte motion to set aside the default judgment entered in the case of MC Premium Ltd I. John Does 1-20 d/b/a Coodporn.to (Case No. 2:21-cv-0/:33-M) S-SP). My plan is to file this motion on either December 14th or 1:th, 2023.

Some of the issues I intend to raise in my ex parte motion include:

1. Physical Presence in the United States: Due to circumstances beyond my control I am unable to physically present myself in the United States for proceedings.
2. Pro Se representation challenges: As a pro se litigant unfamiliar with the intricacies of the U.S. legal system and procedures, I fear that critical deadlines may have been inadvertently overlooked.
3. Confusion Arising from Plaintiff's Actions: I believe there was a failure on the plaintiff's part to adhere strictly to court-ordered procedures, which contributed significantly to my confusion and inability to respond appropriately to the legal proceedings.

In accordance with Local Rule 8-1x.1 of the Central District of California, I am reaching out to you regarding this forthcoming ex parte motion. I kindly request an opportunity to verbally discuss the specifics of this motion with you. Please advise a suitable time for a telephonic conversation. You may also contact me directly at 22: 0x82: 48 to discuss this matter further.

Sincerely,

Amrit Kumar

## RE: NoticE oefl tEl t to nifE l x PartE Motiol  to SEt AsidE DEœuft JudgmEl t

| From | Emric Bmj  groœu‹me . Emric Bmj  groœu‹meb |
|---|---|
| @ | k ri- p> ToraBm. eri-‹ ToraBmj    t rig‹ omb |
| DEœ | @n BrsdEy, pDe- emt erpl4ch, p2023 pEœp11911p  P |

DeErpk ri-,

Ngro Aidedpmypu Bmt erpyescerdEypEudpEœemgœdpop oudE- qyoBpEqdhepœimepyoBpref Besœd‹p oBph Edp1 ochpyescerdEy EudpœodEypop Ewpl Bodidpuoqdopso-‹Mp seemsphepu Bmt erpyoBpa EAepq Espuourl Bu- œouEwphl EAepBuiwdphepo- Ev rBveshpef Biremeu‹pEudpshoq upaoodpdl Eichpiupryiuapœp oudB- qdhepmeeqEudp ouler‹pMpyoBpq ishpoph EAepE œewghoui- pmeeqEudp ouler, pgw Esepgro AiderpEqp or  iuapuBmt erpop Ewpmepoupmiue‹pMpEmpEAiEt wepuoq porphepuevc hoBrpphd Euuoqhowdpoll piwiuapmypevpgErepmodoupd Bepopyo BrpBurEEsouEt wepev- Bses‹

—iu- erew,
Smric

Oup @n BrsdEy, pDe- emt erpl4ch, p2023 pEœp10945p  P ,pk ri- p> ToraBmp eri-‹ ToraBmj    t rig‹ ombpq roœ9

> Smric;
>
> @n Eu  pyo B<pMyEmphogelBwphEqœ ep Eupsge E  psoou, psop Esp opEAoidpiss Besp ichphepp7o- Ew pK Bwe<pMy Emp EAEiv Et we
> œomorroq pl FridEy, p —@‹p0Mpueeded, pqt iw groAiderpEqdiEwiup ouleru-epu Bmt erp
>
> J  pk ri- p> ToraBmp

> Oup De- pl4, p2023 pEœp1912 :  P ,pSmriqpYBmErp Emric Bmj  groœu‹mebpq roœ9

yoBpreaErdiuapchispdorch- omiuapevpgErcepmocciou<pM iudwypref BesqpEupoggordBuicypcopAert Ewy dis- BsspchepsgeiIi- spolpchispmocioupq ichpyoB<p weEsepEdAisepEpsBidEt wepcimepdorpEpcewsghoui- - ouAersEciou<pI oBpmEypEwsop- oudE- pmepdire- cwypEcp22508G254GpcopdisBsspchispmEccerpIBrcher<

—iu- erewy,

SmriqpYBmEr

