# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-20 d/b/a GOODPORN.TO, et al., <br><br> Defendants. | Case No. 2:21-cv-08533-MCS (SPx) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed plaintiff's Motion for Sanctions against defendant Amrit Kumar, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant Kumar has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that plaintiff's Motion for Sanctions against defendant Amrit Kumar (docket no. 134) is granted, defendant Kumar's Answer is stricken, and default be entered against defendant Kumar.

Dated: December 22, 2023

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE