Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Defendant pro se



**FILED**
CLERK, U.S. DISTRICT COURT

12/25/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus,

Plaintiff,

vs.

AMRIT KUMAR
, d/b/a GOODPORN.TO,

Defendant

Case No.: 2:21-cv-08533-MCS-SPx

**REQUEST FOR INSTRUCTION ON CREDIT CARD PAYMENT OF APPELLATE FILING FEE**

Amrit Kumar, the Pro Se Defendant in the above-captioned matter, respectfully submits this request for instructions on how to pay the appellate filing fee via credit card from overseas or, alternatively, seeks a waiver of the filing fee.

## I. INTRODUCTION

Amrit Kumar, appearing pro se, respectfully approaches this Honorable Court seeking guidance on the payment of the appellate filing fee, or alternatively, requests a waiver of the fee in relation to the above-captioned matter. The Defendant filed a Notice of Appeal with the 9th Circuit Court of Appeals on November 29, 2023, as indicated in docket entry number 238, appealing the Order on Motion for Reconsideration, documented as docket entry number 222.

This request arises due to the lack of specific instructions for remitting the appellate filing fee from overseas using a credit card, a payment method recognized by the Office of the Clerk of the Central District of California. Currently, the Defendant is in a situation where using a credit card is the only viable option to meet the financial obligation to the Court, yet procedural details for this method have not been provided by the Court.

The Defendant has made earnest efforts to comply with the Court's requirements and to fulfill the appellate filing fee obligation. However, he has encountered challenges beyond his control, leading to this respectful request for the Court's guidance or exemption from the fee requirement.

## II. BACKGROUND

On November 29, 2023, Amrit Kumar, representing himself pro se, filed a Notice of Appeal to the 9th Circuit Court of Appeals (Document 238), challenging

Request for Instruction on Credit Card Payment of Appellate Filing Fee

the Order on Motion for Reconsideration (Document 222). In response, the Clerk of the Central District of California initially issued a filing fee letter on December 4, 2023, demanding a docketing fee of $505. This fee was later revised to $605, as stated in a corrected filing fee letter dated December 12, 2023.

The Office of the Clerk of the Central District of California listed acceptable payment methods, including cashier's checks, certified bank checks, and credit cards. However, the Clerk's Office did not provide specific instructions or an online method for processing credit card payments, which currently is the only viable payment option for the defendant.

The defendant's effort to seek guidance on credit card payment procedures through an email to Court Clerk Mr. Stephen Montes Kerr on November 29, 2023, has not received a response as of December 25, 2023. Attempts to locate a suitable online payment portal have been unsuccessful, as available options do not accommodate the specific fee required for an appeal. Consequently, the defendant finds himself in a challenging position, unable to comply with the fee payment requirement without direct assistance from the Court or a waiver of the fee.

### III. EFFORTS TO SECURE PAYMENT INSTRUCTIONS

On November 29, 2023, Kumar emailed the court clerk, Mr. Stephen Montes Kerr, at his official email address stephen_montes_kerr@cacd.uscourts.gov. This communication was intended to obtain specific instructions for making a credit card payment from abroad, including requests for any necessary forms or online payment links to securely and efficiently remit the fee. Refer to Exhibit A for details.

Despite Kumar's timely and proactive approach, as of December 25, 2023, there has been no response to his email inquiry. This lack of communication from the court clerk has left Kumar without critical information to fulfill his payment obligations for the Notice of Appeal, posing a significant challenge to the progression of his appeal.

Kumar extensively researched online payment portals suitable for credit card transactions but found no practical solutions. Specifically, Kumar noted:

1. A payment form on Pay.gov, designed for notice of appeal and found at https://www.pay.gov/public/form/start/586938248, intended for various government-related fees. However, this form was linked to the Student & Exchange Visitor Program and did not include provisions for the specific appellate filing fee. See Exhibit B for further information.

2. The Electronic Document Submission System (EDSS) at https://apps.cacd.uscourts.gov/edss. While this system provides options for Civil Complaints and other miscellaneous fees, it does not accommodate the payment of the $605 appeal fee. For more details, refer to Exhibit C.

Faced with the absence of explicit instructions and the challenge of finding a method to submit the payment by credit card for the appeal fee, Kumar has been unable to determine the appropriate credit card payment procedure. This situation has resulted in a deadlock, hindering his ability to fulfill the payment requirement and consequently impeding the progress of his appeal.

Kumar respectfully requests that the Court provide clear instructions for submitting the appeal fee using a credit card. Typically, websites offer a form for clients to enter credit card details, which is then processed by the bank; however, no such online form has been provided to the defendant. Although the instructions suggest the credit card as a payment method, they fail to provide a URL or direct

access to the appropriate payment page. Kumar earnestly seeks the Court's assistance in resolving this matter or guidance to a suitable payment facility.

## IV. REQUEST FOR RELIEF

Given the challenges faced in securing explicit guidance for the payment of the $605 appeal fee, the defendant respectfully requests one of the following resolutions:

**1. Provision of Payment Instructions:** The Court is kindly requested to furnish instructions for submitting the $605 appeal fee via credit card. The defendant is seeking information regarding online forms or websites that should be used for this transaction, similar to the standard payment processes commonly employed by e-commerce websites, or any other remote method that the Court accepts for credit card payments.

**2. Consideration of Fee Waiver:** In the event that the Court does not facilitate credit card payments from international parties, the defendant humbly requests that the Court consider waiving the fee. This consideration would greatly aid in facilitating the continuation of the appeal process.

The defendant is committed to adhering to all Court protocols and greatly values the Court's assistance in navigating this crucial aspect of the appeal process.

## V. CONCLUSION

Defendant Amrit Kumar respectfully requests this Honorable Court to provide specific instructions or a payment URL for remitting the appellate filing fee via credit card from India. This guidance is essential for complying with the

Request for Instruction on Credit Card Payment of Appellate Filing Fee

Court's financial requirements and ensuring the smooth progression of the appellate process. The Defendant is ready to meet his financial obligations and respects the Court's procedures and authority.

In the event that international credit card payments are not feasible, the Defendant humbly asks the Court to consider waiving the filing fee. Such a waiver would help address the current logistical challenges and support the principle that access to justice should not be hindered by procedural obstacles.

The Defendant values the Court's time and resources and appreciates its consideration of this matter, trusting that the Court will provide the necessary direction or assistance to facilitate his pro se representation in the appellate process.

Respectfully submitted,

Amrit Kumar

Pro Se Defendant

# DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.

Dated: December 25, 2023

/s/ Amrit Kumar

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me


## CERTIFICATE OF SERVICE

I hereby certify that on 12/25/2023, copies of the foregoing document have been sent to all the parties at the following addresses:


KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

Emilie Brunn
Emilie.brunn@protonmail.com

Lizette Lundberg
Liz.lundberg@protonmail.ch


Dated: December 25, 2023


<u>/s/ Amrit Kumar</u>

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

8

# Exhibit A

# Inquiry Regarding Payment of Appeal Filing Fee by Credit Card

| From | amritkum@proton.me <amritkum@proton.me> |
|------|------------------------------------------|
| To | stephen_montes_kerr@cacd.uscourts.gov |
| Date | Wednesday, November 29th, 2023 at 9:01 PM |

Dear Clerk of the Court,

I hope this message finds you well. I am a pro se litigant currently residing in India, involved in a case within the Central District of California (Case No. 2:21-cv-08533-MCS-SPx).

I am writing to inquire about the process for paying the appeal filing fee of $505 by credit card from abroad. As I am not in the United States, I am seeking guidance on how I can make this payment remotely using a credit card.

Could you please provide me with the necessary steps or direct me to the appropriate resources or forms required for this transaction? Any assistance in this matter would be greatly appreciated.

Thank you for your time and assistance.

Sincerely,
Amrit Kumar

# Exhibit B



# Form I-290B Notice of Appeal or Motion



| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Before You Begin | Complete Agency Form | Enter Payment Info | Review & Submit | Confirmation |

**About this form**

Use this form to pay the fee required when filing an appeal or motion on a Student & Exchange Visitor Program issued denial or withdrawal decision as well as a motion on an Administrative Appeals Team issued appeal decision.

**Accepted Payment Methods:**

- Bank account (ACH)
- Amazon account
- PayPal account
- Debit or credit card

**With an account you can:**



# Exhibit C

