**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 4–20, d/b/a GOODPORN.TO; AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual; and EMILIE BRUNN, an individual,<br><br>Defendants. | Case No. 2:21-cv-08533-MCS-SP<br><br>**JUDGMENT** |

1

Pursuant to the Court's orders, it is ordered, adjudged, and decreed:

1. Judgment is entered in favor of MG Premium Ltd. and against Amrit Kumar, Lizette Lundberg, and Emilie Brunn on MG Premium's claims. Judgment is entered in favor of MG Premium Ltd. and against Lizette Lundberg and Amrit Kumar on Lundberg and Kumar's counterclaims.

2. MG Premium Ltd. shall recover from Amrit Kumar statutory damages in the sum of $2,157,000.

3. Plaintiff MG Premium Ltd. is the owner of all the works identified in Exhibit A to the First Amended Complaint.

4. Amrit Kumar, Lizette Lundberg, and Emilie Brunn have no rights by virtue of the "Bilateral Agreement" Kumar first identified in his Motion to Dismiss the Complaint and again identified in his Answer to the First Amended Complaint.

5. Amrit Kumar, Lizette Lundberg, and Emilie Brunn shall pay to MG Premium Ltd. attorney's fees in the sum of $46,740. As prevailing party, MG Premium is entitled to recover its costs of suit.

6. MG Premium Ltd. is entitled to recover postjudgment interest at the rate prescribed by 28 U.S.C. § 1961(a).

**IT IS SO ORDERED.**

Dated: February 9, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE