**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Internet Payment History for Bjorgum, A Eric**
**10/26/2021 to 2/26/2022**

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 2:21-cv-08533-MCS-SP | 2021-10-28 13:29:44 | Complaint (Attorney Civil Case Opening)(2:21-cv-08533) [cmp cmpdAty] ( 402.00) | cr card | ACACDC-32234378 | $ 402.00 |
| 8:21-cv-01993-FWS-ADS | 2021-12-07 09:56:45 | Complaint (Attorney Civil Case Opening)(8:21-cv-01993) [cmp cmpdAty] ( 402.00) | cr card | ACACDC-32436252 | $ 402.00 |
| 8:22-cv-00003-JVS-JDE | 2022-01-03 18:47:48 | Complaint (Attorney Civil Case Opening)(8:22-cv-00003) [cmp cmpdAty] ( 402.00) | cr card | ACACDC-32560066 | $ 402.00 |
| 2:22-cv-00102-ODW-KS | 2022-01-05 20:51:52 | Complaint (Attorney Civil Case Opening)(2:22-cv-00102) [cmp cmpdAty] ( 402.00) | cr card | ACACDC-32575582 | $ 402.00 |
| 2:22-cv-00663-MCS-SK | 2022-01-31 12:36:41 | Complaint (Attorney Civil Case Opening)(2:22-cv-00663) [cmp cmpdAty] ( 402.00) | cr card | ACACDC-32709788 | $ 402.00 |
| 2:22-cv-00688 | 2022-01-31 18:49:59 | Complaint (Attorney Civil Case Opening)(2:22-cv-00688) [cmp cmpdAty] ( 402.00) | cr card | ACACDC-32714473 | $ 402.00 |
| 8:22-cv-00172-JWH-JDE | 2022-01-31 18:49:59 | Complaint (Attorney Civil Case Opening)(2:22-cv-00688) | cr card | ACACDC-32714473 | $ 402.00 |

| | | [cmp cmpdAty] ( 402.00) | | | |
|---|---|---|---|---|---|

**FL** **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10717678 | 81761 |
| **Invoice Date** | **Total Due** |
| 12/31/23 | 308.50 |
| | |
| | |
| | |

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81761 | 10717678 | 12/31/23 | 308.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 12/18/23 PDF COURTESY DELIVERY | 5550562 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Holly Newsome<br>2:22-cv-06137-SSS-JC<br>ya ya v opulent   Courtesy copy delivery of Opposition to Motion to Summary Judgment, and Statement of doc69,doc70   Genuine Disputes.<br>COURTESY CPY TO JDGE<br>Signed: delivered | USDC-RIVERSIDE<br>3470 12TH STREET<br>RIVERSIDE      CA 92501<br><br><br><br><br>Ref: 15146.33 | Base Chg :      33.00<br>PDF/Ship :      50.00 | | 83.00 |
| 12/26/23 PDF COURTESY DELIVERY | 5558936 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Holly Newsome<br>MG Premium v. DOES 4-20<br>21-cv-08533-MCS-SP   Courtesy copy delivery of Reply in Support of Motion for Default Judgment.<br>reply<br>COURTESY CPY TO JDGE<br>Signed: DELIVERED MCS | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES     CA 90012<br><br><br><br>Ref: 14955.33 | Base Chg :      33.00 | | 33.00 |
| 12/29/23 PDF COURTESY DELIVERY | 5562931 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Holly Newsome<br>2:22CV06137-SSS-JC<br>YA YA V OPULENT   Courtesy copy delivery of Motion for Default Sanctions and related documents.<br>DOC#73<br>DELIVER CC'S TO<br>Signed: delivered | USDC-RIVERSIDE<br>3470 12TH STREET<br>RIVERSIDE      CA 92501<br><br><br><br>Ref: 15146.33 | Base Chg :      33.00<br>PDF/Ship :     159.50 | | 192.50 |

|  |  |  | | | | Total | 308.50 |
|---|---|---|---|---|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10710296 | 81761 |
| Invoice Date | Total Due |
| 12/15/23 | 75.00 |
| | |
| | |
| | |

TAX ID# 27-3093840

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81761 | 10710296 | 12/15/23 | 75.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/14/23<br><br>PDF COURTESY DELIVERY | 5547395 | PDF | KARISH & BJORGUM, PC          UNITED STATES DISTRICT COURT<br>119 E. UNION STREET           350 WEST 1ST ST<br>PASADENA        CA 91103      LOS ANGELES      CA 90012<br>Caller: Holly Newsome<br>21-cv-08533-MCS-SP  *Courtesy copy delivery of Notice of Errata re Motion for Default Judgment.<br>MG Premium v. DOES 1-20<br>ntc of errata<br>COURTESY CPY TO JDGE<br>Signed: DEL TO MCS              Ref: 14955.33 | Base Chg :   33.00<br>PDF/Ship :    9.00 | | 42.00 |
| 12/14/23<br><br>PDF COURTESY DELIVERY | 5547401 | PDF | KARISH & BJORGUM, PC          UNITED STATES DISTRICT COURT<br>119 E. UNION STREET           350 WEST 1ST ST<br>PASADENA        CA 91103      LOS ANGELES      CA 90012<br>Caller: Holly Newsome<br>2:21-cv-08533-MCS-KK    *Courtesy copy delivery of Notice of Lodging of Proposed Judgment.<br>MG Premium v. DOES 1-20<br>NTC OF LODGING<br>COURTESY CPY TO JDGE<br>Signed: DEL TO MCS              Ref: 14955.33 | Base Chg :   33.00 | | 33.00 |

| | Total | 75.00 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10679614 | 81761 |
| **Invoice Date** | **Total Due** |
| 10/15/23 | 168.05 |
| | |
| | |
| | |

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81761 | 10679614 | 10/15/23 | 168.05 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/11/23<br>PDF COURTESY DELIVERY | 5473252 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA      CA 91103<br>Caller: Holly Newsome<br>2:21-cv-08533-  Courtesy copy delivery of Status Report Regarding Deposition of Amrit Kumar.<br>mg premium v john does<br>doc200<br>COURTESY CPY TO JDGE<br>Signed: delivered | USDC-RIVERSIDE<br>3470 12TH STREET<br>RIVERSIDE      CA 92501<br><br><br><br><br><br>Ref: 14955.33 | Base Chg :   33.00<br>PDF/Ship :   25.50 | 58.50 |
| 10/13/23<br>FILING-SPECIAL VEHICLE | 5477158 | SPF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA      CA 91103<br>Caller: Eric Bjorgum<br>N/A<br>N/A  Courier fee for under seal filing of Motion for Protective Order and related documents.<br>N/A<br>FILE MOTION UNDER<br>Signed: DEL TO CLERK D 17 | LASC-LOS ANGELES<br>111 NORTH HILL STREET<br>LOS ANGELES      CA 90012<br><br><br><br><br><br><br>Ref: N/A   15171.53 -- Daniel Simoni v. Steve Lynch | Base Chg :  100.50<br>Fuel Chg :    9.05 | 109.55 |

| | Total | 168.05 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  A. Eric Bjorgum Esq
Karish & Bjorgum Law Offices PC
119 E. Union Street
Suite "B"
Pasadena, CA, 91103

| | |
|---|---|
| **Invoice #:** | **6882138** |
| **Invoice Date:** | **10/6/2023** |
| **Balance Due:** | **$850.00** |

| **Case: MG Premium v. John Does, Et Al. (2:21cv08533MCSKK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6128435   |   Job Date: 10/2/2023   |   Delivery: Immediate

Location:         Los Angeles, CA

Billing Atty:      A. Eric Bjorgum Esq

Scheduling Atty:   A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC

| **Witness: Amrit Kumar** | **Amount** |
|---|---|
| Interpreting | $850.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$850.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$850.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6882138**
**Invoice Date: 10/6/2023**
**Balance Due: $850.00**

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | A. Eric Bjorgum Esq | | |
|---|---|---|---|
| | Karish & Bjorgum Law Offices PC | **Invoice #:** | **6881870** |
| | 119 E. Union Street | **Invoice Date:** | **10/2/2023** |
| | Suite "B" | **Balance Due:** | **$1,663.13** |
| | Pasadena, CA, 91103 | | |

| Case: MG Premium v. John Does, Et Al. (2:21cv08533MCSKK) | Proceeding Type: Depositions |
|---|---|

Job #: 6128435   |   Job Date: 10/2/2023   |   Delivery: Immediate

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| Witness: Amrit Kumar | Amount |
|---|---|
| Transcript Services - Priority Request | $288.23 |
| Transcript Services | $596.25 |
| Professional Attendance | $265.00 |
| Exhibits | $13.65 |
| Logistics, Processing & Electronic Files | $140.00 |
| Virtual Services | $360.00 |

| Notes: | | Invoice Total: | $1,663.13 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,663.13 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

14955.33  -- Court reporting service fees re deposition of Amrit Kumar.

---

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #: 6881870** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date: 10/2/2023** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | **Balance Due: $1,663.13** |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

149200

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10657882 | 81761 |
| **Invoice Date** | **Total Due** |
| 8/31/23 | 473.45 |
| | |
| | |
| | |

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81761 | 10657882 | 8/31/23 | 473.45 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/17/23<br>PDF COURTESY DELIVERY | 5412516 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Holly Newsome<br>CV 23-349 CBM (PVCx)<br>MG Premium v. Nguyen Hoi<br>PLAINTIFF MG PREMIUM LTD..S<br>COURTESY CPY TO JDGE<br>Signed: DEL TO CBM | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES      CA 90012<br>*Courtesy copy delivery of Ex Parte Application to Continue Hearing.<br><br><br><br>Ref: 15199.33 | Base Chg : 33.00 | 33.00 |
| 8/21/23<br>PROCESS-BRANCH SAME DAY | 5415087 | BSD | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Eric Bjorgum<br>2:21-cv-08533-MCS-KK<br>MG V KUMAR *Process of Service fee for Subpoena to Produce Documents to Google LLC.<br>SUBPOENA TO PRODUCE<br>Signed: Jenn Bautista client r | GOOGLE LLC<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO      CA 95833<br><br><br><br><br>Ref: MG PREMIUM V KUMAR 14955.33 | Base Chg : 172.50<br>Fuel Chg : 15.53 | 188.03 |
| 8/24/23<br>PROCESS-BRANCH SAME DAY | 5420414 | BSD | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Eric Bjorgum<br>BC597857 *Process of Service fee for Deposition Subpoena to Lorenzo Zamora.<br>SoCal Diesel, Inc. v. Extrasensory Software Inc.,<br>Deposition Subpoena for Personal Appearance and Producti<br>Signed: Lorenzo Zamora | Lorenzo Zamora, d/b/a/ Enzo Powersp<br>811 N. Main St<br>PIRU            CA 93040<br>Comment: 2 attempts<br><br><br>Ref: EMUS   12644.53 -- Socal Diesel v Extrasensory | Base Chg : 158.75<br>Addt'lChgs: 79.38<br>Fuel Chg : 14.29 | 252.42 |
| | | | | Total | | 473.45 |

# INVOICE PAYMENT DUE UPON RECEIPT

**FL**

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10651430 | 81761 |
| **Invoice Date** | **Total Due** |
| 8/15/23 | 157.50 |
| | |
| | |
| | |

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 81761 | 10651430 | 8/15/23 | 157.50 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/08/23<br>PDF COURTESY DELIVERY | 5400559 | PDF | KARISH & BJORGUM, PC          UNITED STATES DISTRICT COURT<br>119 E. UNION STREET          350 WEST 1ST ST<br>PASADENA     CA 91103     LOS ANGELES     CA 90012<br>Caller: Holly Newsome<br>cv-00349-CBM-PVC;     Courtesy copy delivery of Bjorgum Declaration in Support of Motion for Default<br>MG Premium v. Nguyen Hoi /     Judgment regarding Nguyen Hoi.<br>Judge Consuelo B. Ma<br>Signed: DEL TO CBM          Ref: 15199.33 | Base Chg  :     33.00 | | 33.00 |
| 8/14/23<br>PDF COURTESY DELIVERY | 5407502 | PDF | KARISH & BJORGUM, PC          UNITED STATES DISTRICT COURT<br>119 E. UNION STREET          350 WEST 1ST ST<br>PASADENA     CA 91103     LOS ANGELES     CA 90012<br>Caller: Holly Newsome<br>2:23-cv-00349-CBM-PVC     Courtesy copy delivery of Notice of Lodging of Proposed Judgment.<br>MG PREMIUM LTD v. NGUYEN HOI<br>NOTICE OF LODGING OF<br>COURTESY CPY TO JDGE<br>Signed: DEL TO CBM          Ref: 15199.33 | Base Chg  :     33.00 | | 33.00 |
| 8/15/23<br>PDF COURTESY DELIVERY | 5408703 | PDF | KARISH & BJORGUM, PC          UNITED STATES DISTRICT COURT<br>119 E. UNION STREET          350 WEST 1ST ST<br>PASADENA     CA 91103     LOS ANGELES     CA 90012<br>Caller: Holly Newsome<br>cv-08533-MCS-KK     Courtesy copy delivery of Reply regarding Motion for Summary Judgment.<br>MG Premium v. DOES 1-20<br>Judge Mark C. Scarsi<br>Signed: DEL TO MCS          Ref: 14955.33 | Base Chg  :     33.00 | | 33.00 |
| 8/15/23<br>PDF COURTESY DELIVERY | 5408815 | PDF | KARISH & BJORGUM, PC          USDC-LOS ANGELES<br>119 E. UNION STREET          350 W. 1ST STREET<br>PASADENA     CA 91103     LOS ANGELES     CA 90012<br>Caller: Holly Newsome<br>-cv-08533-MCS-KK     Courtesy copy delivery of Motions Courtesy Packet regarding Motion for Summary Judgment.<br>Judge Mark C. Scarsi<br>Signed: DEL TO MCS          Ref: 14955.33 -- | Base Chg  :     33.00<br>PDF/Ship :     25.50 | | 58.50 |
| | | | | **Total** | | 157.50 |

# INVOICE PAYMENT DUE UPON RECEIPT

# FL

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10645711 | 81761 |
| **Invoice Date** | **Total Due** |
| 7/31/23 | 854.83 |
| | |
| | |
| | |

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81761 | 10645711 | 7/31/23 | 854.83 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/16/23 PROCESS-SAME DAY | 5350806 | SDP | KARISH & BJORGUM, PC 119 E. UNION STREET PASADENA          CA 91103 Caller: Eric Bjorgum 21 STCV07609  *Process of Service fee for service of Deposition Subpoena to Produce Documents to Gerard Guez. PLAYBOY ENTERPRISES INTERNATIONAL, INC. v. ADVANCE Deposition Subpoena for Production of Business Records, advance $15 MONDAY Signed: Cancelled do dec. | Hubert Guez 20752 Pacific Coast Hwy MALIBU          CA 90265  Ref: INTERNATIONAL V. ADVANC  15176.53 -- Playboy Enterprises v. AVS | Base Chg  : 215.00 PDF/Ship  : 2.80 Addt'lChgs: 322.50 Fuel Chg  : 19.35 | 559.65 |
| 7/21/23 FILING-SPECIAL VEHICLE | 5383939 | SPF | KARISH & BJORGUM, PC 119 E. UNION STREET PASADENA          CA 91103 Caller: Eric Bjorgum   Wait: 30 Min EC597857  *Fee for messenger pick-up and delivery to Court of Sealed Motion for Summary Judgment and related documents. socal diesel v. extrasensory seald FILE/CONFORM/RETURN Signed: recv dept | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES  CA 90012  Ref: ESS  12644.53 -- Socal Diesel v Extrasensory | Base Chg  : 51.75 Wait      : 24.00 Fuel Chg  : 4.66 | 80.41 |
| 7/21/23 DROP SERVE-SPECIAL | 5383948 | SDS | KARISH & BJORGUM, PC 119 E. UNION STREET PASADENA  CA 91103 Caller: Eric Bjorgum   Wait: 35 Min EC597857  *Fee for messenger pick-up and delivery to Opposing Counsel of Sealed Motion for Summary Judgment and related documents. socal diesel v. extrasensory seald Signed: Harnoor Kaur | LAWRENCE AND ASSOCIATES 2550 HOLLYWOOD WAY BURBANK        CA 91505  Ref: ESS  12644.53 -- Socal Diesel v Extrasensory | Base Chg  : 105.75 Wait      : 28.00 Fuel Chg  : 9.52 | 143.27 |
| 7/24/23 PDF COURTESY DELIVERY | 5385195 | PDF | KARISH & BJORGUM, PC 119 E. UNION STREET PASADENA  CA 91103 Caller: Holly Newsome cv-08533-MCS-KK  *Courtesy copy delivery of Motion for Sanctions Against Amrit Kumar. MG Premium v. DOES 1-20 courtesy to Judge Ma Signed: DEL TO MCS | UNITED STATES DISTRICT COURT 350 WEST 1ST ST LOS ANGELES  CA 90012  Ref: 14955.33 | Base Chg  : 33.00 PDF/Ship  : 3.00 | 36.00 |
| 7/25/23 PDF COURTESY DELIVERY | 5386624 | PDF | KARISH & BJORGUM, PC 119 E. UNION STREET PASADENA  CA 91103 Caller: Holly Newsome -cv-08533-MCS-KK  *Courtesy copy delivery of Motion for Summary Judgment. MG Premium v. DOES 1-20 to Judge Mark C. Sca Signed: DEL TO MCS | UNITED STATES DISTRICT COURT 350 WEST 1ST ST LOS ANGELES  CA 90012  Ref: 14955.33 | Base Chg  : 33.00 PDF/Ship  : 2.50 | 35.50 |
| | | | | Total | | 854.83 |

# INVOICE PAYMENT DUE UPON RECEIPT

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | A. Eric Bjorgum Esq<br>Karish & Bjorgum Law Offices PC<br>119 E. Union Street<br>Suite "B"<br>Pasadena, CA, 91103 | **Invoice #:** **6712653**<br>**Invoice Date:** **7/21/2023**<br>**Balance Due:** **$550.00** |

| **Case: MG Premium Ltd. v. John Does 4-20, Et Al. (2:21cv08533MCSKK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5990932   |   Job Date: 6/27/2023   |   Delivery: Immediate

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | \| Karish & Bjorgum Law Offices PC |

| **Witness: Amrit Kumar** | **Amount** |
|---|---|
| Interpreting | $550.00 |

| Notes: | | **Invoice Total:** | **$550.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$550.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #: 6712653** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date: 7/21/2023** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Balance Due: $550.00** |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

149200

# Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | A. Eric Bjorgum Esq | | |
|---|---|---|---|
| | Karish & Bjorgum Law Offices PC | **Invoice #:** | **6706704** |
| | 119 E. Union Street | **Invoice Date:** | **7/21/2023** |
| | Suite "B" | **Balance Due:** | **$808.25** |
| | Pasadena, CA, 91103 | | |

| **Case: MG Premium Ltd. v. John Does 4-20, Et Al. (2:21cv08533MCSKK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5990932   |   Job Date: 6/27/2023   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | | Karish & Bjorgum Law Offices PC |

| **Witness: Amrit Kumar** | **Amount** |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $425.00 |
| Professional Attendance | $230.00 |
| Exhibits | $3.25 |
| **Non Witness Specific Charges** | **Amount** |
| Virtual Services | $150.00 |

| Notes: | **Invoice Total:** | **$808.25** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$808.25** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #: 6706704**
**Invoice Date: 7/21/2023**
**Balance Due: $808.25**

Pay by Credit Card: www.veritext.com

149200

# Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | A. Eric Bjorgum Esq | | |
|---|---|---|---|
| | Karish & Bjorgum Law Offices PC | **Invoice #:** | **6697972** |
| | 119 E. Union Street | **Invoice Date:** | **7/21/2023** |
| | Suite "B" | **Balance Due:** | **$1,840.00** |
| | Pasadena, CA, 91103 | | |

| Case: MG Premium Ltd. v. John Does 4-20, Et Al. (2:21cv08533MCSKK) | Proceeding Type: Depositions |
|---|---|

Job #: 5990744   |   Job Date: 6/28/2023   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| Witness: 12:59pm Amrit Kumar | Amount |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $425.00 |

| Witness: 3:58am Amrit Kumar | Amount |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $425.00 |

| Non Witness Specific Charges | Amount |
|---|---|
| Professional Attendance | $690.00 |
| Virtual Services | $300.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,840.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,840.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6697972**
**Invoice Date: 7/21/2023**
**Balance Due: $1,840.00**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - California Region
Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | A. Eric Bjorgum Esq | | |
|---|---|---|---|
| | Karish & Bjorgum Law Offices PC | **Invoice #:** | **6696270** |
| | 119 E. Union Street | **Invoice Date:** | **7/21/2023** |
| | Suite "B" | **Balance Due:** | **$828.40** |
| | Pasadena, CA, 91103 | | |

| **Case: MG Premium Ltd. v. John Does 4-20, Et Al. (2:21cv08533MCSKK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5977840   |   Job Date: 6/27/2023   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| Witness: Transcript of Proceedings | Amount |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $425.00 |
| Professional Attendance | $230.00 |
| Exhibits | $23.40 |
| Virtual Services | $150.00 |

| Notes: | **Invoice Total:** | **$828.40** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$828.40** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 6696270** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice Date: 7/21/2023** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due: $828.40** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To:  A. Eric Bjorgum Esq | **Invoice #:** | **6676012** |
| Karish & Bjorgum Law Offices PC | **Invoice Date:** | **7/21/2023** |
| 119 E. Union Street | **Balance Due:** | **$1,500.00** |
| Suite "B" | | |
| Pasadena, CA, 91103 | | |

| **Case: MG Premium Ltd. v. John Does 4-20, Et Al. (2:21cv08533MCSKK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5990744   |   Job Date: 6/28/2023   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| **Non Witness Specific Charges** | **Amount** |
|---|---|
| Interpreting | $1,500.00 |

| Notes: | **Invoice Total:** | **$1,500.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,500.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6676012**
**Invoice Date: 7/21/2023**
**Balance Due: $1,500.00**

Pay by Credit Card: www.veritext.com

149200

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | A. Eric Bjorgum Esq | | |
|---|---|---|---|
| | Karish & Bjorgum Law Offices PC | **Invoice #:** | **6672474** |
| | 119 E. Union Street | **Invoice Date:** | **7/21/2023** |
| | Suite "B" | **Balance Due:** | **$1,500.00** |
| | Pasadena, CA, 91103 | | |

| Case: MG Premium Ltd. v. John Does 4-20, Et Al. (2:21cv08533MCSKK) | Proceeding Type: Depositions |
|---|---|

Job #: 5977840   |   Job Date: 6/27/2023   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| Witness: Transcript of Proceedings | Amount |
|---|---|
| Interpreting | $1,500.00 |

| Notes: | Invoice Total: | $1,500.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,500.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:** 6672474 |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:** 7/21/2023 |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | **Balance Due:** $1,500.00 |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

149200

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



Bill To: A. Eric Bjorgum Esq
Karish & Bjorgum Law Offices PC
119 E. Union Street
Suite "B"
Pasadena, CA, 91103

| | |
|---|---|
| **Invoice #:** | **6711114** |
| **Invoice Date:** | **7/17/2023** |
| **Balance Due:** | **$395.00** |

| **Case: MG Premium v. John Does ()** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6013824   |   Job Date: 7/17/2023   |   Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:        A. Eric Bjorgum Esq

Scheduling Atty:    A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC

| **Witness: Emilie Brunn** | **Amount** |
|---|---|
| Cancellation of Reporting Services | $395.00 |

| Notes: Late Cancellation | | |
|---|---|---|
| | **Invoice Total:** | **$395.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$395.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6711114**
**Invoice Date: 7/17/2023**
**Balance Due: $395.00**

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



Bill To:   A. Eric Bjorgum Esq
Karish & Bjorgum Law Offices PC
119 E. Union Street
Suite "B"
Pasadena, CA, 91103

| | |
|---|---|
| **Invoice #:** | **6711112** |
| **Invoice Date:** | **7/17/2023** |
| **Balance Due:** | **$395.00** |

| **Case: MG Premium v. John Does ()** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6013823   |   Job Date: 7/17/2023   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| **Witness: Lizette Lundberg** | **Amount** |
|---|---|
| Cancellation of Reporting Services | $395.00 |

| Notes: | Late Cancellation | **Invoice Total:** | **$395.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$395.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Bank Addr:**311 W. Monroe Chicago, IL 60606<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #: 6711112**<br>**Invoice Date: 7/17/2023**<br>**Balance Due: $395.00** |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | A. Eric Bjorgum Esq | **Invoice #:** | **6662704** |
| | Karish & Bjorgum Law Offices PC | **Invoice Date:** | **6/23/2023** |
| | 119 E. Union Street | **Balance Due:** | **$1,076.95** |
| | Suite "B" | | |
| | Pasadena, CA, 91103 | | |

| **Case: MG Premium Ltd. v. John Does 4-20, Et Al. (2:21cv08533MCSKK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5972018   |   Job Date: 6/19/2023   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| **Witness: (CXLD) Lizette Lundberg** | **Amount** |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $425.00 |
| Professional Attendance | $500.00 |
| Exhibits | $1.95 |
| Virtual Services | $150.00 |

| Notes: | Holiday Surcharge included | **Invoice Total:** | **$1,076.95** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,076.95** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

14955.33 -- MG Premium v. John Does -- Non-Appearance fees for deposition of Lizette Lundberg.

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 6662704** |
| Veritext | **A/C Name:** Veritext | **Invoice Date: 6/23/2023** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due: $1,076.95** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420230624

## Veritext, LLC - California Region

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | A. Eric Bjorgum Esq | **Invoice #:** | **6655734** |
| | Karish & Bjorgum Law Offices PC | **Invoice Date:** | **6/21/2023** |
| | 119 E. Union Street | **Balance Due:** | **$413.32** |
| | Suite "B" | | |
| | Pasadena, CA, 91103 | | |

| Case: MG Premium Ltd. v. John Does 4-20, et al. () | Proceeding Type: Depositions |
|---|---|

Job #: 5971979   |   Job Date: 6/20/2023   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| Witness: Emilie Brunn | Amount |
|---|---|
| Cancellation of Reporting Services | $395.00 |

| Notes: | | Invoice Total: | $395.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $18.32 |
| | | Balance Due: | $413.32 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

14955.33 -- MG v. John Does -- Cancellation fee re Reporting Services for deposition of Emilie Brunn.

---

**THIS INVOICE IS 106 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 6655734** |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice Date: 6/21/2023** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due: $413.32** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420231005

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10611127 | 81761 |
| **Invoice Date** | **Total Due** |
| 4/15/23 | 203.54 |
|  |  |
|  |  |
|  |  |

TAX ID# 27-3093840

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81761 | 10611127 | 4/15/23 | 203.54 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/03/23<br>PROCESS-BRANCH 3 DAYS | 5277112 | B3D | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA      CA 91103<br>Caller: Eric Bjorgum<br>2:21-cv-08533-MCS-KK<br>MG PREMIUM LTD v. JOHN DOE; ET AL<br>Subpoena to Produce Documents, Information, or Objects o<br>Registered Agent Sol<br>Signed: Jackson Yang agent | Upwork, Inc.<br>720 14th St<br>SACRAMENTO       CA 95814<br>Service of Subpoena to Produce Documents to Upwork, Inc.<br><br><br><br>Ref: MG PREMIUM V. JOHN DOE   14955.33 | Base Chg : 103.25<br>Fuel Chg : 9.29 | 112.54 |
| 4/10/23<br>PDF COURTESY DELIVERY | 5283454 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA      CA 91103<br>Caller: Holly Newsome<br>cv-00349-CBM-PVC<br> MG Premium v. NGuyen Hoi<br>courtesy copy to Jud<br>Signed: DEL TO CBM | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES      CA 90012<br>Courtesy copy delivery of Application for Entry of Default as to Nguyen Hoi dba PORNEZ.net<br><br>Ref: 15199.33 | Base Chg : 33.00 | 33.00 |
| 4/14/23<br>FILING-FAX/PDF SAME DAY | 5289179 | FAX | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA      CA 91103<br>Caller: Eric Bjorgum<br>2:21-bk-18572-BB<br>ADLI LAW GROUP P.C<br>FILE/CONFORM/RETURN<br>Signed: FILED | USBC-LOS ANGELES CLERK'S OFFICE<br>255 E TEMPLE ST<br>LOS ANGELES      CA 90012<br>Manual filing of Notice of Withdrawal of Proof of Claim<br><br><br>Ref: ADLI LAW GROUP P.C   WBS v. Adli Law Group 14670.53 | Base Chg : 58.00 | 58.00 |

| | Total | 203.54 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

**FL** **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10606116 | 81761 |
| **Invoice Date** | **Total Due** |
| 3/31/23 | 510.31 |
| | |
| | |
| | |

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81761 | 10606116 | 3/31/23 | 510.31 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/03/23 | 5248228 | BSD | KARISH & BJORGUM, PC          MINTA GRANT | Base Chg : | 159.75 | 333.89 |
| PROCESS-BRANCH SAME DAY | | | 119 E. UNION STREET          55 BLUFF COVE DR | Addt'lChgs: | 159.76 | |
| | | | PASADENA        CA 91103     ALISO VIEJO      CA 92656 | Fuel Chg : | 14.38 | |
| | | | Caller: Eric Bjorgum | | | |
| | | | 2:21-cv-08533-MCS-KK  Service of Subpoena to Testify at a Deposition to Minta Grant. | | | |
| | | | MG PREMIUM LTD V DOE | | | |
| | | | SUBPOENA TO TESTIFY AT A DEPOSTION IN A CIVIL ACTION | | | |
| | | | ADVANCE FEES $140.00 | | | |
| | | | Signed: Cancelled do dec.       Ref: MINTA GRANT   14955.33 -- MG v. John Does | | | |
| 3/29/23 | 5272245 | PDF | KARISH & BJORGUM, PC          USDC-RIVERSIDE | Base Chg : | 51.75 | 101.75 |
| PDF COURTESY DEL.-RUSH | | | 119 E. UNION STREET          3470 12TH STREET | PDF/Ship : | 50.00 | |
| | | | PASADENA        CA 91103     RIVERSIDE        CA 92501 | | | |
| | | | Caller: Holly NewsomeCourtesy copy delivery of Reply to Motion for Summary Judgment, Redacted Statement of | | | |
| | | | 2:22-cv-02616              Genuine Disputes, Objections to Evidence, Application to File Under Seal, and Sealed | | | |
| | | | opulent v ya ya           Declaration and Related Documents. | | | |
| | | | doc221,doc222,doc223,doc224 | | | |
| | | | COURTESY CPY TO JDGE | | | |
| | | | Signed: Delivered            Ref: 15013.23 | | | |
| 3/30/23 | 5273562 | 3DP | KARISH & BJORGUM, PC          PayPal Holdings, Inc. | Base Chg : | 68.50 | 74.67 |
| PROCESS-3 DAYS | | | 119 E. UNION STREET          330 N Brand Blvd | Fuel Chg : | 6.17 | |
| | | | PASADENA        CA 91103     GLENDALE         CA 91203 | | | |
| | | | Caller: Eric Bjorgum | | | |
| | | | 2:21-cv-08533-MCS-KK     Service of Subpoena to Produce Document to Upwork, Inc. | | | |
| | | | MG PREMIUM LTD v. Amrit Kumar; ET AL | | | |
| | | | Subpoena to Produce Documents, Information, or Objects o | | | |
| | | | CT | | | |
| | | | Signed: Sarai Marin intake spe   Ref: 01829 : 14955.33. | | | |
| | | | | Total | | 510.31 |

# INVOICE PAYMENT DUE UPON RECEIPT

**Atkinson-Baker -  A Veritext Company**

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | A. Eric Bjorgum Esq | | |
|---|---|---|---|
| | Karish & Bjorgum Law Offices PC | **Invoice #:** | **6428671** |
| | 119 E. Union Street | **Invoice Date:** | **3/14/2023** |
| | Suite "B" | **Balance Due:** | **$732.25** |
| | Pasadena, CA, 91103 | | |

| **Case: MG Premium v. John Does (2:21cv08533MCSKK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5780084   |   Job Date: 3/2/2023   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | A. Eric Bjorgum Esq |
| Scheduling Atty: | A. Eric Bjorgum Esq | Karish & Bjorgum Law Offices PC |

| **Witness: Amrit Kumar** | **Amount** |
|---|---|
| Transcript Services | $425.00 |
| Professional Attendance | $207.50 |
| Litigation Services & Logistics (Exh,Files,etc.) | $99.75 |

| Notes: | **Invoice Total:** | **$732.25** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$732.25** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #: 6428671** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date: 3/14/2023** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Balance Due: $732.25** |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420230315

**FL** **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10591922 | 81761 |
| **Invoice Date** | **Total Due** |
| 2/15/23 | 242.09 |
| | |
| | |
| | |

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|---|
| | | 81761 | 10591922 | 2/15/23 | 242.09 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 2/01/23<br>PDF COURTESY DELIVERY | 5218074 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Holly Newsome<br>cv-00349-CBM-PVC     *Courtesy copy delivery of Motion for Leave for Alternative Service.<br>MG Premium v. NGuyen Hoi<br>courtesy copies to J<br>Signed: DEL TO CBM | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES     CA 90012<br><br><br><br>Ref: 15199.33 | Base Chg :     33.00<br>PDF/Ship :      2.50 | | 35.50 |
| 2/02/23<br>PROCESS-BRANCH NEXT DAY | 5218880 | BND | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Eric Bjorgum<br>2:21-cv-08533-MCS-KK *Process of Service of Subpoena to Testify at a Deposition to Minta Grant.<br>MG PREMIUM LTD V DOE<br>SUBPOENA TO TESTIFY AT A DEPOSTION IN A CIVIL ACTION<br>ADVANCE FEES $140.00<br>Signed: cancel do dec | MINTA GRANT<br>26546 MAMBRINO<br>MISSION VIEJO     CA 92691<br><br><br><br><br>Ref: MINTA GRANT Mindgeek - 14955.33 | Base Chg :    148.25<br>Fuel Chg :     13.34 | | 161.59 |
| 2/13/23<br>PDF COURTESY DELIVERY | 5229391 | PDF | KARISH & BJORGUM, PC<br>119 E. UNION STREET<br>PASADENA        CA 91103<br>Caller: Holly Newsome<br>22-cv-00172      *Courtesy copy delivery of Motion for Leave to File First Amended Complaint.<br>intent v solaradvicenow<br>doc 38<br>COURTESY CPY TO JDGE<br>Signed: Delivered | USDC-SANTA ANA<br>411 WEST 4TH STREET<br>SANTA ANA     CA 92701<br><br><br><br><br>Ref: 14998.53 | Base Chg :     33.00<br>PDF/Ship :     12.00 | | 45.00 |
| | | | | | Total | | 242.09 |

# INVOICE PAYMENT DUE UPON RECEIPT

**FL** **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10507047 | 81761 |
| **Invoice Date** | **Total Due** |
| 5/31/22 | 591.23 |
| | |
| | |
| | |

TAX ID# 27-3093840

KARISH & BJORGUM, PC
119 E. UNION STREET
SUITE "B"
PASADENA, CA 91103

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 81761 | 10507047 | 5/31/22 | 591.23 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/18/22 | 4986413 | FNP | KARISH & BJORGUM, PC          BRILLIANCE, LLC | Base Chg : 249.25 | | 306.65 |
| PROCESS-FORWARD NEXT DAY | | | 119 E. UNION STREET          10868 Lake Wynds Ct | PDF/Ship : 57.40 | | |
| | | | PASADENA          CA 91103     BOYNTON BEACH    FL 33436 | | | |
| | | | Caller: Holly Newsome  *Unsuccessful service attempt of Summons, Complaint, and related documents. | | | |
| | | | 2:22-cv-03049-PA-PD | | | |
| | | | TACORI ENTERPRISES, a California corporation, v. B | | | |
| | | | Summons in a Civil Action, Complaint, Civil Cover Sheet, | | | |
| | | | Attn: Jacob and Jona | | | |
| | | | Signed: hold expired          Ref: 15094.53 | | | |
| 5/18/22 | 4986550 | 3DP | KARISH & BJORGUM, PC          Silicon Valley Bank | Base Chg : 64.50 | | 86.81 |
| PROCESS-3 DAYS | | | 119 E. UNION STREET          330 N Brand Blvd | Fuel Chg : 5.81 | | |
| | | | PASADENA          CA 91103     GLENDALE          CA 91203 | Adv/Wit Ck: 15.00 | | |
| | | | Caller: Eric Bjorgum          Check Chg : 1.50 | | | |
| | | | 21STCV47604 *Service of Deposition Subpoena for Production of Business Records Silicon Valley Bank | | | |
| | | | INTELIGLAS CORPORATION v. ROBERT GRANADINO | | | |
| | | | Deposition Subpoena for Production of Business Records, | | | |
| | | | REG CT | | | |
| | | | Signed: Daisy Montenegro intak          Ref: INTELIGLAS V. ROBERT    15017.53 | | | |
| 5/19/22 | 4988180 | SDP | KARISH & BJORGUM, PC          Bryan Nakamori | Base Chg : 153.00 | | 166.77 |
| PROCESS-SAME DAY | | | 119 E. UNION STREET          15941 Community St | Fuel Chg : 13.77 | | |
| | | | PASADENA          CA 91103     NORTH HILLS          CA 91343 | | | |
| | | | Caller: Holly Newsome | | | |
| | | | 2:22-cv-02616-SVW-JC  *Service of Subpoena to Testify at Deposition re Bryan Nakamori. | | | |
| | | | OPULENT TREASURES, INC. v. YA YA CREATIONS, INC | | | |
| | | | Subpoena to Testify at a Deposition in a Civil Action, F | | | |
| | | | Advance Witness fees | | | |
| | | | Signed: trans to investigation          Ref: 15013.23 | | | |
| 5/26/22 | 4994632 | PDF | KARISH & BJORGUM, PC          UNITED STATES DISTRICT COURT | Base Chg : 31.00 | | 31.00 |
| PDF COURTESY DELIVERY | | | 119 E. UNION STREET          350 WEST 1ST ST | | | |
| | | | PASADENA          CA 91103     LOS ANGELES          CA 90012 | | | |
| | | | Caller: Holly Newsome | | | |
| | | | cv-08533-MCS-KK; | | | |
| | | | MG Premium v. DOES 1-20    *Courtesy copy delivery of Motion to Serve by Email. | | | |
| | | | motion | | | |
| | | | deliver the attached | | | |
| | | | Signed: del to MCS          Ref: 14955.33 | | | |

Invoice Amount:      576.23
Fees Advanced:       15.00
**Total   Amount Due:**      591.23

| | Total | 591.23 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT