Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Defendant pro se



FILED
CLERK, U.S. DISTRICT COURT
7/17/24
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus, <br><br> Plaintiff, <br><br> vs. <br><br> AMRIT KUMAR, d/b/a GOODPORN.TO, <br><br> Defendant | Case No.: 2:21-cv-08533-MCS-SPx <br><br> **DEFENDANT AMRIT KUMAR'S NOTICE OF COMPLIANCE WITH COURT ORDER** |

**TO THE HONORABLE COURT:**

Defendant Amrit Kumar, appearing pro se, hereby gives notice to this Court of the following:

1. On July 13, 2024, I became aware of the Amended Judgment filed on July 8, 2024 (Docket No. 299) by checking the PACER public records.

2. Upon discovery of the Amended Judgment, I took steps to comply with the Court's order, without waiving any rights to seek amendment of the judgment or to appeal.

3. On July 16, 2024, I disabled access to the website located at https://goodporn.to and https://goodporn.se in compliance with the Court's order.



Defendant Amrit Kumar's Notice of Compliance With Court Order



4. In addition, I have also disabled access to all mirror sites and alternate domains associated with Goodporn.

5. As of the filing of this notice, I have not been officially served with the Amended Judgment.

6. While I am taking these actions to comply with the Court's current order, I reserve all rights to seek amendment of the judgment and/or to appeal.

I submit this notice to inform the Court of my actions taken in response to the Amended Judgment, while reserving all rights and legal positions.

Respectfully submitted,

Dated: July 17, 2024

/s/ Amrit Kumar

AMRIT KUMAR

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.

Dated: July 17, 2024

/s/ Amrit Kumar

AMRIT KUMAR

## CERTIFICATE OF SERVICE

I hereby certify that on 07/17/2024, copies of the foregoing document have been sent to all the parties at the following addresses:

KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

Emilie Brunn
Emilie.brunn@protonmail.com

Lizette Lundberg
Liz.lundberg@protonmail.ch

Dated: July 17, 2024

/s/ Amrit Kumar

AMRIT KUMAR

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me
