Name: Amrit Kumar
Address: 601 6th Floor, Rupa Solitare, Millennium Business Park, Plo
City, State, Zip: Mahape, Mumbai, Maharashtra-400710, India
Phone: 912250972547
Fax:
E-Mail: amritkum@proton.me

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

**FILED**
CLERK, U.S. DISTRICT COURT
07/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: IGU DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MG Premium Ltd

PLAINTIFF(S),

v.

Amrit Kumar, Emilie Brunn and Lizette Lundberg

DEFENDANT(S).

CASE NUMBER:

2:21-cv-08533-MCS-SPx

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that _____Amrit Kumar_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
AMENDED JUDGMENT

☐ Other (specify):

Imposed or Filed on __07/08/2024__. Entered on the docket in this action on __07/08/2024__.

A copy of said judgment or order is attached hereto.

7/24/2024
Date

/s/ Amrit Kumar
Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 4–20, d/b/a GOODPORN.TO; AMRIT KUMAR, an individual; LIZETTE LUNDBERG, an individual; and EMILIE BRUNN, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-08533-MCS-SP<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's orders, it is ordered, adjudged, and decreed:

1. Judgment is entered in favor of MG Premium Ltd. and against Amrit Kumar, Lizette Lundberg, and Emilie Brunn on MG Premium's claims. Judgment is entered in favor of MG Premium Ltd. and against Lizette Lundberg and Amrit Kumar on Lundberg and Kumar's counterclaims.

2. MG Premium Ltd. shall recover from Amrit Kumar statutory damages in the sum of $2,157,000.

3. Plaintiff MG Premium Ltd. is the owner of all the works identified in Exhibit A to the First Amended Complaint.

4. Amrit Kumar, Lizette Lundberg, and Emilie Brunn have no rights by virtue of the "Bilateral Agreement" Kumar first identified in his Motion to Dismiss the Complaint and again identified in his Answer to the First Amended Complaint.

5. Amrit Kumar, Lizette Lundberg, and Emilie Brunn shall pay to MG Premium Ltd. attorney's fees in the sum of $46,740. As prevailing party, MG Premium is entitled to recover its costs of suit.

6. MG Premium Ltd. is entitled to recover postjudgment interest at the rate prescribed by 28 U.S.C. § 1961(a).

7. Defendants and their respective agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporation or other related entities, and any or all persons acting in concert or participation with any of them, or under their direction or control, are permanently enjoined from:

    a. Hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, communicating to the public, streaming, transmitting, or otherwise exploiting or making any use of any of MG Premium's copyrighted works, including the Subject Works, or any portion(s) thereof in any form;

  b. Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party (1) to host, link to, distribute, reproduce, copy, download, upload, make available for download, index, display, exhibit, communicate to the public, stream, transmit, or otherwise exploit or make any use of MG Premium's copyrighted works, including the Subject Works, or portion(s) thereof; or (2) to make available any of MG Premium's copyrighted works, including the Subject Works, for hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, communicating to the public, streamlining, transmitting, or other exploitation or use;

  c. Using, operating, maintaining, distributing, or supporting any computer server, website, software, domain name, email address, social media account, bank account, or payment processing system in connection with the hosting, linking to, distributing, reproducing, copying, downloading, uploading, making available for download, indexing, displaying, exhibiting, communicating to the public, streaming, transmitting, or other exploitation or use of any of MG Premium's copyrighted works, including the Subject Works;

  d. Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing, whether directly or indirectly, any user or other third party to visit any website, including but not limited to any website operated by Defendants, that hosts, links to, distributes, reproduces, copies, downloads, uploads, make available for download, indexes, displays, exhibits, communicates to the public, streams, transmits, or otherwise exploits or makes any use of MG Premium's copyrighted works, including the Subject Works, or portion(s)

thereof;

e. Transferring or performing any function that results in the transfer of the registration of Goodporn.to and Goodporn.se (collectively the "Goodporn Websites") to any other registrant or registrar; and

f. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in this Paragraph including infringing upon any of Plaintiff's copyrighted works.

8. Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons or entity acting in concert or participation with any of them, or under their direction or control, including any internet search engines, web hosting and Internet service providers, domain name registrars, domain name registries and other service or software providers are ordered, within five business days from the service of the Judgment to block or use reasonable efforts to attempt to block access by United States users of the Goodporn Websites by blocking or attempting to block access to all domains, subdomains, URLs, and/or IP addresses that have as its sole or predominant purpose to enable to facilitate access to the Goodporn Websites.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_Mark C. Scarsi_
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE