**FILED**
CLERK, U.S. DISTRICT COURT
07/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Defendant pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>AMRIT KUMAR, d/b/a GOODPORN.TO,<br><br>Defendant | Case No.: 2:21-cv-08533-MCS-SPx<br><br>**NAMES AND ADDRESSES OF PARTIES** |

**Plaintiff's Counsel:**

KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

**Defendants:**

Emilie Brunn
Johan de Wittlaan 7.
The Hague, 2517 JR, Netherlands
Emilie.brunn@protonmail.com

Lizette Lundberg
MSA - 41A route des Jeunes
1227 Carouge
Geneva
Switzerland
Liz.lundberg@protonmail.ch

Amrit Kumar
601 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Amritkum@proton.me

**DECLARATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.

Dated: July 28, 2024

/s/ Amrit Kumar
AMRIT KUMAR
601 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Email: amritkum@proton.me

**CERTIFICATE OF SERVICE**

I hereby certify that on 07/28/2024, copies of the foregoing document have been sent to all the parties at the following addresses:

KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

Case 2:21-cv-08533-MCS-SP   Document 302   Filed 07/28/24   Page 4 of 4   Page ID #:7598

Emilie Brunn
Emilie.brunn@protonmail.com

Lizette Lundberg
Liz.lundberg@protonmail.ch

Dated: July 28, 2024

<div style="text-align:right">

<u>/s/ Amrit Kumar</u>
AMRIT KUMAR
601 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Email: amritkum@proton.me

</div>

4

Names and Addresses of Parties