**FILED**
CLERK, U.S. DISTRICT COURT
07/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: IGU DEPUTY

Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Defendant pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus, | Case No.: 2:21-cv-08533-MCS-SPx |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| AMRIT KUMAR, d/b/a GOODPORN.TO, | |
| Defendant | |

# PROOF OF SERVICE

I hereby certify that on 07/28/2024, copies of the following documents: A-2 Form (Notice of Appeal), Court Order, Names and Addresses of Parties, and this Proof of Service were sent to all parties involved in the case at the addresses listed below:

KARISH & BJORUGM, PC
A. ERIC BJORGUM
Eric.bjorgum@kb-ip.com
MARC KARISH
Marc.karish@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103

Emilie Brunn
Johan de Wittlaan 7.
The Hague, 2517 JR, Netherlands
Emilie.brunn@protonmail.com

Lizette Lundberg
MSA - 41A route des Jeunes
1227 Carouge
Geneva
Switzerland
Liz.lundberg@protonmail.ch

Dated: July 28, 2024

/s/ Amrit Kumar
AMRIT KUMAR
601 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Email: amritkum@proton.me

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.

Dated: July 28, 2024

/s/ Amrit Kumar
AMRIT KUMAR
601 6th Floor, Rupa Solitare
Millennium Business Park, Plot No. A-1
Mahape, Mumbai
Maharashtra-400710, India
Email: amritkum@proton.me
