Amrit Kumar

601 6th Floor, Rupa Solitare

Millennium Business Park, Plot No. A-1

Mahape, Mumbai

Maharashtra-400710, India

Email: amritkum@proton.me

Defendant pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MG PREMIUM LTD, a limited liability, company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br>vs.<br><br>AMRIT KUMAR, d/b/a GOODPORN.TO,<br><br>Defendant | Case No.: 2:21-cv-08533-MCS-SPx<br><br>**DECLARATION OF AMRIT KUMAR** |

I, Amrit Kumar, declare as follows:

1. I am the defendant in this action, proceeding pro se. I have personal knowledge of the facts stated herein and, if called upon, I could and would competently testify to them.

2. On July 13, 2024, I became aware of the Amended Judgment filed on July 8, 2024 (Docket No. 299) by checking the PACER public records.

3. Upon discovery of the Amended Judgment, I took immediate steps to comply with the Court's order, without waiving any rights to seek amendment of the judgment or to appeal.

4. On July 16, 2024, I disabled access to the websites located at https://goodporn.to and https://goodporn.se in compliance with the Court's order.

5. In addition, I have also disabled access to all mirror sites and alternate domains associated with Goodporn.

6. As of the filing of this declaration, I have not been officially served with the Amended Judgment.

7. Throughout this litigation, I have made diligent efforts to comply with all Court orders and to participate in the proceedings to the best of my ability, despite significant challenges as a pro se litigant located in India.

8. I have repeatedly attempted to pay the court-ordered sanctions, but have been unable to do so because Plaintiff's counsel has refused to provide proper payment information for MG Premium Ltd. I have documentation of my repeated requests for this information and Plaintiff counsel's refusal to provide it.

9. The technical difficulties I experienced during attempted depositions were not due to any lack of effort on my part, but rather to issues with the Veritext platform that Plaintiff insisted on using despite known problems.

10. My website, goodporn.to, is a service provider hosting user-generated content. I have a registered DMCA agent with the U.S. Copyright Office, and information about this agent is publicly accessible on my website. I also maintain a repeat infringer policy in compliance with DMCA safe harbor requirements.

11. Plaintiff has consistently failed to follow the proper DMCA takedown procedure provided on my website, which is similar to procedures used by major service providers like Google, Twitter, and YouTube. Instead, Plaintiff has sent improperly formatted notices to the wrong person, making it difficult to process their complaints in a timely manner.

12. Despite the improper format and massive volume of Plaintiff's DMCA notices, I have made efforts to process them. However, due to their improper format and the sheer number of notices, processing them has taken longer than it would have if Plaintiff had used the designated takedown form on my website. As of now, all of these notices have been processed.

13. I intend to appeal the Amended Judgment and believe there are substantial legal and factual issues that warrant appellate review.

14. Every day that goodporn.to remains disabled causes significant and irreparable harm to my business. If I am not allowed to re-enable the domain soon, I risk permanently losing valuable traffic, search engine rankings, and user base, even if I ultimately prevail on appeal.

15. I am seeking a stay of the judgment to allow my domain to function for minimum operation, such as showing the status of the website. This is crucial to avoid penalties from search engines, prevent the loss of hyperlinks from other websites (which would be nearly impossible to fully recover), and maintain visitor trust.

16. If granted a stay, I do not intend to run the website at its full operation. I understand that both the Plaintiff and the Court would retain the ability to suspend my domain name if there were any violations of the stay.

17. Throughout this litigation, I have consistently attempted to comply with all Court orders and participate in good faith, despite the significant challenges I face as a pro se litigant located outside the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2024 at Mumbai.

/s/ Amrit Kumar

AMRIT KUMAR

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge and belief.

Dated: July 28, 2024

/s/ Amrit Kumar

AMRIT KUMAR

## CERTIFICATE OF SERVICE

I hereby certify that on 07/28/2024, copies of the foregoing document have been sent to all the parties at the following addresses:

1  
2  KARISH & BJORUGM, PC  
3  A. ERIC BJORGUM  
   Eric.bjorgum@kb-ip.com  
4  MARC KARISH  
5  Marc.karish@kb-ip.com  
   119 E. Union Street, Suite B  
6  Pasadena, CA 91103  
7  
8  Emilie Brunn  
   Emilie.brunn@protonmail.com  
9  
10 Lizette Lundberg  
11 Liz.lundberg@protonmail.ch  
12  
   Dated: July 28, 2024  
13  
14  
15  
                                    /s/ Amrit Kumar
16  
                                    AMRIT KUMAR
17  
                                    601 6th Floor, Rupa Solitare
18  
                                    Millennium Business Park, Plot No. A-1
19  
                                    Mahape, Mumbai
20  
                                    Maharashtra-400710, India
21  
                                    Email: amritkum@proton.me
22  
23  
24  
25  
26  
27  
28  

5

Declaration of Amrit Kumar