# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MG PREMIUM LTD

Plaintiff(s),

v.

JOHN DOE, et al.

Defendant(s).

CASE NUMBER:

2:21−cv−08533−MCS−SP

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/15/2024 | 310 | Transcript Designation Form |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: August 16, 2024

/s/ *Mark C. Scarsi*
United States District Judge

G–112B (07/24)   **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**