| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 28 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MG PREMIUM LTD,

        Plaintiff-counter-defendant - Appellee,

 v.

EMILIE BRUNN and LIZETTE LUNDBERG,

        Defendants,

AMRIT KUMAR, DBA Goodporn.to,

        Defendant-counter-claimant - Appellant.

No. 24-4737

D.C. No. 2:21-cv-08533-MCS-SP
Central District of California, Los Angeles

ORDER

On September 23, 2024, the court ordered appellant to pay to the district court the $605.00 filing and docketing fees for this appeal and file in this court proof of such payment. Appellant has not done so. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order will be the mandate in 21 days.

                              FOR THE COURT:

                              MOLLY C. DWYER<br>                              CLERK OF COURT